United States District Court
District of Minnesota

Christopher Kohls, Mary Franson

    Plaintiff(s),

v.

Keith Ellison in his official capacity as
Attorney General of Minnesota, Chad Larson,
in his official capacity as County Attorney
of Douglas County
    Defendant(s).

Court File No.
24-CV-03754

AFFIDAVIT OF SERVICE

---

State of Minnesota
County of Ramsey
(County Affidavit signed in)

David J. Lunda, Being duly sworn, on oath says: that on the 30th day of September, 2024 at 9:49am he served the following: Summons; Verified Complaint; Civil Cover Sheet on Keith Ellison in his official capacity as Attorney General of Minnesota therein named, personally at 445 Minnesota Street, Skyway Lobby, St. Paul 55101, County of Ramsey, State of Minnesota, by handing to and leaving with William Young, Assistant Attorney General, an expressly authorized agent for service a true and correct copy thereof.

Subscribed and Sworn to Before Me this

2nd Day of October, 2024    David J. Lunda

_____
Notary Public

RUTH ANN ELIZABETH LUNDA
Notary Public
State of Minnesota
My Commission Expires
January 31, 2026

Twin City Process Service, LLC
5416 Jefferson Court
St. Paul, MN. 55110
651-214-8312

United States District Court
District of Minnesota

Christopher Kohls, Mary Franson

    Plaintiff(s),

v.

Keith Ellison in his official capacity as
Attorney General of Minnesota, Chad Larson,
in his official capacity as County Attorney
of Douglas County
    Defendant(s).

Court File No.
24-CV-03754

AFFIDAVIT OF SERVICE

State of Minnesota
County of Ramsey
(County Affidavit signed in)

David J. Lunda, Being duly sworn, on oath says: that on the 30th day of September, 2024 at 1:02pm he served the following: Summons; Verified Complaint; Civil Cover Sheet on Chad Larson, in his official capacity as County Attorney of Douglas County therein named, personally at 821 Cedar Street, lower level, Alexandria 56308, County of Douglas, State of Minnesota, by handing to and leaving with Stacy Wickland, Deputy Auditor, an expressly authorized agent for service a true and correct copy thereof.

Subscribed and Sworn to Before Me this

2nd Day of October, 2024 David J. Lunda

Notary Public

RUTH ANN ELIZABETH LUNDA
Notary Public
State of Minnesota
My Commission Expires
January 31, 2026

Twin City Process Service, LLC
5416 Jefferson Court
St. Paul, MN. 55110
651-214-8312

# United States District Court
## District of Minnesota

Christopher Kohls, Mary Franson

    Plaintiff(s),

v.

Keith Ellison in his official capacity as Attorney General of Minnesota, Chad Larson, in his official capacity as County Attorney of Douglas County
    Defendant(s).

Court File No.
24-CV-03754

AFFIDAVIT OF DELIVERY

---

State of Minnesota
County of Ramsey
(County Affidavit signed in)

David J. Lunda, Being duly sworn, on oath says: that on the 30th day of September, 2024 at 1:02pm he delivered the following: Summons; Verified Complaint; Civil Cover Sheet on Chad Larson, in his official capacity as County Attorney of Douglas County therein named, personally at 305 8th Ave W, 1st floor, Alexandria 56308, County of Douglas, State of Minnesota, by handing to and leaving with Chris Mathews a true and correct copy thereof.

Subscribed and Sworn to Before Me this

2nd Day of October, 2024 David J. Lunda

_____
Notary Public

RUTH ANN ELIZABETH LUNDA
Notary Public
State of Minnesota
My Commission Expires
January 31, 2026

Twin City Process Service, LLC
5416 Jefferson Court
St. Paul, MN. 55110
651-214-8312