UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| CHRISTOPHER KOHLS and, MARY FRANSON | Case No. 24-cv-03754 (ECT/DLM) |
| Plaintiffs, | |
| vs. | **STIPULATION FOR AN EXTENSION OF TIME TO RESPOND TO COMPLAINT** |
| KEITH ELLISON, in his official capacity as Attorney General of Minnesota, and CHAD LARSON, in his official capacity as County Attorney of Douglas County, | |
| Defendants. | |

Upon stipulation of the parties, Defendant Keith Ellison, in his official capacity as Attorney General of the State of Minnesota (Attorney General) and Chad Larson, in his official capacity as County Attorney of Douglas County (Douglas County Attorney), requests an extension of time to respond to the Complaint. In support of the stipulation, the parties state as follows:

1. Plaintiffs filed this action on September 27, 2024, naming the Attorney General and the Douglas County Attorney as Defendants. (ECF No. 1.) Plaintiffs served the Summons and Complaint on the Attorney General on September 30, 2024; they served the Douglas County Attorney the same day. (ECF No. 8.)

2. The defendants' deadline to respond to the Complaint is October 21, 2024.

3. On October 11, 2024, Plaintiffs moved for a preliminary injunction. (ECF No. 11). Defendants' deadline to respond to the motion is November 1, 2024; Plaintiffs' reply deadline is November 15, 2024; and the hearing will be held on November 25, 2024.

4. To conserve the resources of the parties and the Court, the parties agree that the deadline for the defendants to answer or otherwise respond to the Complaint should be extended until 21 days after a ruling from the Court on the motion for a preliminary injunction.

**WHEREFORE**, the parties respectfully request that the Court enter an Order pursuant to Fed. R. Civ. P. 6(b) granting the Attorney General and the Douglas County Attorney an extension of the deadline to answer or otherwise respond to the complaint until 21 days after a ruling from the Court on the motion for a preliminary injunction.

Dated:  October 17, 2024

UPPER MIDWEST LAW CENTER

s/**M. Frank Bednarz**
Douglas P. Seaton (#127759)
James V. F. Dickey (#393613)
Alexandra K. Howell (#0504850)
UPPER MIDWEST LAW CENTER

12600 Whitewater Drive, Suite 140
Minnetonka, MN 55343
Voice: 612-428-7000
Email: Doug.Seaton@umlc.org
James.Dickey@umlc.org
Allie.Howell@umlc.org

M. Frank Bednarz (*pro hac vice*)
HAMILTON LINCOLN LAW INSTITUTE

1440 W. Taylor St. # 1487
Chicago, IL 60607
Voice: 801-706-2690
Email: frank.bednarz@hlli.org

*Attorneys for Plaintiffs Christopher Kohls and Mary Franson*

Dated: October 17, 2024					KEITH ELLISON
								State of Minnesota
								Attorney General

								s/**Allen Cook Barr**
								LIZ KRAMER (#0325089)
								Solicitor General
								PETER J. FARRELL (#0393071)
								Deputy Solicitor General
								ANGELA BEHRENS (#0351076)
								ALLEN COOK BARR (#0399094)
								Assistant Attorneys General

								445 Minnesota Street, Suite 1400
								St. Paul, Minnesota 55101-2131
								(651) 757-1010 (Voice)
								(651) 282-5832 (Fax)
								liz.kramer@ag.state.mn.us
								peter.farrell@ag.state.mn.us
								angela.behrens@ag.state.mn.us
								allen.barr@ag.state.mn.us

								*Attorneys for Keith Ellison*

Dated: October 17, 2024					SQUIRES, WALDSPURGER & MACE P.A.

								s/**Kristen C. Nierengarten**
								Kristin C. Nierengarten, Atty. No. 395224
								Zachary J. Cronen, Atty. No. 397420

								333 South Seventh Street, Suite 2800
								Minneapolis, MN 55402
								Phone: (612) 436-4300
								Fax: (612) 436-4340
								kristin.nierengarten@raswlaw.com
								zachary.cronen@raswlaw.com

								*Attorneys For Defendant Chad Larson, in his Official Capacity as County Attorney of Douglas County*

|#5913915-v1

3