UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | |
|---|---|
| CHRISTOPHER KOHLS and,<br>MARY FRANSON<br><br>      Plaintiffs,<br><br>    vs.<br><br>KEITH ELLISON, in his official capacity<br>as Attorney General of Minnesota, and<br>CHAD LARSON, in his official capacity<br>as County Attorney of Douglas County,<br><br>      Defendants. | Case No. 24-cv-03754 (ECT/DLM)<br><br>**[Proposed] ORDER** |

On October 16, 2024, the parties filed a Stipulation for an Extension of Time to Respond to Complaint (ECF No. 15). Defendants Keith Ellison, in his official capacity as Minnesota Attorney General, and Chad Larson, in his official capacity as Douglas County Attorney, request an extension of time to answer or otherwise respond to the Complaint until 21 days after the Court decides the plaintiffs pending motion for a preliminary injunction (ECF. No. 11). Based upon review of the files, **IT IS HEREBY ORDERED** that:

1. The parties' Stipulation for an Extension of Time to Respond to the Complaint (ECF No. 15) is **APPROVED**; and

2. Defendants' deadline to answer or otherwise respond to the Complaint shall be 21 days after a ruling from the Court on Plaintiffs' pending motion for a preliminary injunction.

BY THE COURT

_____
The Honorable Douglas L. Micko
Magistrate Judge of U.S. District Court

Dated this ____ day of _____, 2024.