JEFFREY T. HANCOCK
Harry and Norman Chandler Professor of Communication
Director, Stanford Center for Computational Social Science
Founding Director, Stanford Social Media Lab

**Stanford University**

# Jeffrey T. Hancock
## Curriculum Vitae

Department of Communication
McClatchy Hall                                    650.723.5499 (w)
Stanford University                               650.725.2472 (f)
Palo Alto, CA 94304                               jeff.hancock@stanford.edu

## Education

| 2002 | Ph.D. | Dalhousie University,  Psychology |
| 1998 | M.Sc. | Dalhousie University,  Psychology |
| 1996 | B.Sc. | University of Victoria,  Psychology |

## Positions Held:

| 01/23 -present | Co-Director Stanford Cyber Policy Center |
| 01/23 -present | Faculty Director Stanford Internet Observatory |
| 12/17 -present | Harry and Norman Chandler Professor of Communication Stanford University |
| 05/16 -05/18 | Director Stanford Center for Computational Social Science |
| 07/15 -present | Founder and Director, Stanford Social Media Lab Stanford University |
| 07/15 -present | Professor, Department of Communication, Stanford University |

1

**EXHIBIT A**

| | |
|---|---|
| 01/14<br>-06/15 | Professor,<br>Departments of Communication and Information Science<br>Cornell University |
| 08/12<br>-06/15 | House Professor and Dean,<br>Keeton House, Cornell University |
| 11/14<br>-06/15 | Chair,<br>Department of Information Science, Cornell University |
| 07/11<br>-10/14 | Co-Chair,<br>Department of Information Science, Cornell University |
| 08/08<br>-06/15 | Co-Director,<br>Cognitive Science Program, Cornell University |
| 08/09-<br>08/11 | Director of Graduate Studies,<br>Department of Communication, Cornell University |
| 08/08<br>–12/08 | Fellow,<br>Institute for Social Sciences, Cornell University |
| 02/08<br>–12/13 | Associate Professor,<br>Departments of Communication and Information Science |
| 08/02<br>–01/08 | Assistant Professor,<br>Department of Communication<br>Faculty of Computing and Information Science<br>Cornell University |

**Honors and Awards**

| | |
|---|---|
| 2019 | Wayne A. Danielson Award for Distinguished Contributions to Communication Scholarship, UT Austin |
| 2013 | Cornell University Outstanding Faculty Rising Star Award |
| 2009 | Cornell University Institute for Social Sciences Fellowship |
| 2009 | Cornell University Provost's Award for Distinguished Scholarship |

**Research Awards**

| | |
|---|---|
| 2023 | Top Paper Award – CSCW2023 (top 1%) |
| 2022 | Journal of Language & Social Psychology Best Paper Award |
| 2022 | Top Paper Award – CHI2022 (top 1%) |
| 2021 | Association of Computational Linguistics Test-of-Time paper award for "Finding Deceptive Opinion Spam by Any Stretch of the Imagination" |

2

**EXHIBIT A**

| | |
|---|---|
| 2020 | Honorable Mention Best Paper – *CHI 2020* (top 5%) |
| 2017 | Honorable Mention Best Paper – *CSCW 2017* (top 5%) |
| 2015 | Honorable Mention Best Paper – *CHI 2015* (top 5%) |
| 2014 | Top Paper Award – *NCA 2014* Mass Communication Division |
| 2014 | Honorable Mention Best Paper – *CSCW 2014* (top 5%) |
| 2013 | Top 3 Paper Award – *NCA 2013* Comm Technology Division |
| 2013 | Honorable Mention Best Paper – *CSCW 2013* (top 5%) |
| 2011 | *Gouran* Award – NCA Group Division Top Journal Article for 2010 |
| 2011 | Honorable Mention – *CSCW 2011* (top 5%) |
| 2010 | Top 3 Paper – *ICA* Communication Technology Division |
| 2008 | Honorable Mention (a) – *CSCW 2008* (top 5%) |
| 2008 | Honorable Mention (b) – *CSCW 2008* (top 5%) |
| 2007 | Top 3 Paper – *ICA* Communication and Technology Division |
| 2007 | Top 3 Paper – *ICA* Communication and Technology Division |
| 2007 | Honorable Mention Best Paper – *CHI 2007* (top 5%) |
| 2004 | Top Paper Nomination – *HICSS 2005* |

**Teaching Awards**

| | |
|---|---|
| 2008 | SUNY Chancellor's Award for Excellence in Teaching |
| 2005 | Cornell Young Faculty Teaching Excellence Award |
| 2004 | Merrill Presidential Outstanding Educator Award |
| 2003 | Cornell University Panhellenic Faculty Recognition Nomination |

**Research Areas**

AI-Mediated Communication
Communication and Technology
Deception and Trust
Psychology and Technology
Social Media
Cognitive Science
Psychology of Language, Irony, Sarcasm

Grant Support

PI: Bernstein
(with Hancock, Persily, Christin, Ugander, Tsai)          $2,000,000
9/1/2022-8/31/2023
Tuning Our Algorithmic Amplifiers: Encoding Societal Values into Social Media
Algorithms - Full Award
Stanford HAI Hoffman-Yee Grant

PI: Bernstein
(with Hancock, Persily, Christin, Ugander, Tsai)          $500,000
9/1/2022-8/31/2023

**EXHIBIT A**

Tuning Our Algorithmic Amplifiers: Encoding Societal Values into Social Media Algorithms
Stanford HAI Hoffman-Yee Grant

PI: Yang (with Bernstein & Hancock, Stanford)            $75,000
9/1/2022-8/31/2023
Adapting Language Models to Social Roles for Tailored Skill Training
Stanford HAI Seed Grant

PI: Hancock                                              $500,000
7/1/2022-12/31/2024
*Empowering Diverse Digital Citizen at Scale*
Stanford Impact Lab Award

PI: Hancock (with Stamos)                                $350,000
7/1/2022-12/31/2024
Support of the Stanford Internet Observatory
Hewlett Foundation

PI: Hancock (with Stamos)                                $2,025,000
7/1/2022-12/31/2022
The Stanford Internet Observatory: Creating a critical hub for countering misinformation
Pew Charitable Trusts

PI: Hancock                                              $ 748,437
(with Starbird, Univ. of Washington)
07/01/2021-06/30/2026
*Collaborative Research: SaTC: Core: Large: Building Rapid-Response Frameworks to Support Multi-Stakeholder Collaborations for Mitigating Online Disinformation*
NSF #2120098

PI: Hancock                                              $ 2,987,629
(with Langbort, Univ. of Illinois & Gentzkow, Ugander, Stanford)
05/01/2020-04/30/2025
*MURI TOPIC 14 Information Exchange Network Dynamics: A multilevel multimodal approach to network information dynamics*
U.S. Army Research Office

PI: Hancock (with Paekcke, Stanford)                     $199,298
07/01/2020-03/31/2021
RAPID: Pinpointing Expected Covid-19 Related Voter Turnout Problems
NSF #2031398

PI: Hancock (with Bailenson, Stanford)                   $15,000
09/01/2020-08/01/2021

**EXHIBIT A**

*Zoom Fatigue: The Effects of Videoconferencing on Well-Being*
McCoy Family Center for Ethics in Society

PI: Hancock (with Naaman, Cornell Tech & Levy, Cornell)    $1,200,000
9/1/2019-8/31/2022
*Charting a Research Agenda in Artificial Intelligence - Mediated Communication*
NSF: CHS, #1901329

PI: Hancock    $50,000
9/1/2019-8/30/2020
*Bringing Science to the Debate about Social Technologies, Young People and Well-Being*
*Stanford Impact Lab Design Fellowship*

PI: Hancock (with Bernstein, Stanford)    $73,000
5/1/2019-4/30/2020
*Understanding Folk Theories of AI Systems as An Approach to Develop Explainable AI*
Stanford HAI Seed Grant

PI: Hancock (w/ Harari, Leskovec, Miner & Roehrick)  $75,000
5/1/2019-4/30/2020
Promoting Well-Being by Predicting Behavioral Vulnerability in Real-Time
Stanford HAI Seed Grant

PI: Hancock (with Birnholtz, Northwestern)    $500,000
8/1/2016-7/31/2019
*The Presentation of Self in Networked Life*
NSF: CHS Cyber Human Systems, IIS #1617243

PI: Hancock (with Bernstein, Stanford)    $100,000
7/1/2016-6/30/2017
*Folk Theories of Cyber-Social Systems and Implications for Privacy*
Stanford Cyber-Initiative Program

PI: Hancock (with Acquisti, CMU)    $1,200,000
8/1/2015-7/31/2018
*Understanding and Exploiting Visceral Roots of Privacy and Security Concerns*
NSF: CISE Secure and Trustworthy Computing, SBE #1513702

PI: Hancock (with Tong, Wayne State University)    $851,462
8/1/2015-7/31/2018
*Technology, Perceptions, & Behavior: The SMART Model of Online Dating*

**EXHIBIT A**

NSF: IBSS Interdisciplinary Behavioral and Social Science Research

PI: Hancock (subcontract to Charles River Analytics)          $500,000
7/1/2013-6/30/2015
*Credibility Assessment and Intent Research Network (CAIRN)*
Combating Terrorism Technical Support Office (CTTSO)

PI: Hancock (with Ho, Burmester, Liu, FSU)        $200,000
*Language-Action Causal Graphs for Trustworthiness Attribution*
NSF: CISE Secure and Trustworthy Computing
Award #1347120

PI: Hancock (with Ceci, Cowie & Macy)          $50,000
1/1/13-12/31/13
Google Teaching Award
*Perspectives on Social Behavior MOOC*

PI: Hancock (with Acquisti, CMU)
9/1/2012-4/1/2014
NSF: CISE Secure and Trustworthy Computing          $300,000
*Evolutionary Approaches to Privacy and Information*
Award #CNS-1228684

PI: Cardie, co-PI: Hancock
8/1/2012-7/31/2013
Google Research Award          $55,000
*Enhancing Credibility for Online User Reviews*

PI: Hancock (subcontract to Charles River Analytics)
7/1/2011-06/1/2014
Office of Naval Research STTR          $150,765
Solicitation Topic # N10A-029
*Automated Linguistic Analysis Revealing Misrepresentation and Messaging –*
*Phase II*

PI: Hancock (subcontract to Charles River Analytics)
7/1/2010-4/30/2011
Office of Naval Research STTR          $44,000
Solicitation Topic # N10A-029
*Automated Linguistic Analysis Revealing Misrepresentation and Messaging –*
*Phase I*

PI: Hancock (subcontract to Intelligent Automation Inc.)
7/1/2010-4/30/2011
Office of Naval Research STTR          $24,444
Solicitation Topic # N10A-029

**EXHIBIT A**

*Information System for Uncovering Deception in Unstructured Data – Phase I*

PI: Kleinberg, co-PI: Cardie, Cosley, Gay, Hancock, Huttenlocher, Lee
07/15/09-06/30/14
NSF Human-Centered Computing                              $2,631,903
*Design Principles for Information Networks Supporting the Social Production of Knowledge*
*HCC*

PI: Hancock, co-PI: Beaver, Cardie, Graesser, Pennebaker, Rooth
09/15/09-09/14/12
NSF National Security, Competition & Cooperation          $1,850,000
Cornell Award: $950,946
*Modeling Discourse and Social Dynamics in Authoritarian Regimes*
NSF# 0904822

PI: Birnholtz, co-PI: Hancock
04/01/09-03/31/10
NSF REU Supplement                                       $16,000
*Deception as a Resource in Interpersonal Awareness*

PI: Hancock
04/21/09-03/20/10
NSF REU Supplement                                       $6,000.00
*Dynamics of Deception in Computer-Mediated Environments*

PI: *Birnholtz, co-PI: Hancock*
*08/15/09-08/14/12*
*NSF Human-Centered Computing,*                          $460,884.00
*Deception Hotspots as a Resource for Supporting Interpersonal Awareness Narratives,  #0915081*

PI: Hancock
10/01/08-09/30/09
Counter-Intelligence Field Activity                      $99,508
*The Language of Deception in Computer-mediated Environments*

PI: Birnholtz, co-PI: Hancock
01/01/09-12/31/09
NSF Human & Social Dynamics (#0624267)                   $75 000
*Deception as a Resource in Interpersonal Awareness*

PI: Pennebaker, co-PI: Hancock, Graesser
09/15/07-09/14/08
Counter-Intelligence Field Activity (DoD)                $300 000
Sub-contract to Cornell ($100 000)

7

**EXHIBIT A**

*Detecting Social and Personality Processes of Political Leaders through Word Use*

PI: Hancock
10/01/07-09/30/10
Federal Formula Funds (Hatch)                                    $42 000
*Deception and Fraud Online: Developing Guidelines for Online Safety*

PI: Pennebaker, co-PI: Graesser
09/15/07-09/14/08
Consultant: Hancock
Counter-Intelligence Field Activity                              $300 000
Sub-contract to Cornell ($100 000)
*Computer-based Text Analysis Across Cultures: Viewing Language
Samples through English and Arabic Eyes*

PI: Gay, co-PI:  Hancock
04/01/06-03/30/07
Faculty Innovation Grant                                         $25 000
*Blurring the Boundaries: Collaborative learning environments*

PI: Hancock, co-PI: Cardie & Rooth
09/01/06-08/31/09
NSF Human & Social Dynamics (#0624267)                   $680 000
*The Dynamics of Deception in Computer Mediated Environments*

PI: Hancock
01/15/05-01/14/06
Cornell Institute for Social Sciences                            $19 248
*Lying Online: The Effects of Communication Technology on Deception*

PI: Hancock
10/1/03 – 10/1/06
Federal Formula Funds (Hatch)                                    $54000
*Communication technology use in rural settings*

**Patents**

Ott, M, Choi, Y., Cardie, C. & Hancock, J.T. (April, 2013). System and methods for
    automatically detecting deceptive content. WO Patent # 2013059487.

**National Academy of Science Reports**

National Academies of Sciences, Engineering, and Medicine. 2023. *Social media and
    adolescent health*. Washington, DC: The National Academies Press.
    https://doi.org/10.17226/27396.

**EXHIBIT A**

## Publications

### Journal Articles

Jia, C., Lee, A. Y., Moore, R. C., Decatur, C. H. S., Liu, S. X., & Hancock, J. T. (2024). Collaboration, crowdsourcing, and misinformation. *PNAS nexus*, *3*(10), page 434.

Lee, A. & Hancock, J.T. (2024). Social media mindsets: a new approach to understanding social media use and psychological well-being, *Journal of Computer-Mediated Communication*, Volume 29, Issue 1, January 2024, zmad048,
https://doi.org/10.1093/jcmc/zmad048

Liu, X. "Sunny", Shen, Q., & Hancock, J. (2024). But is it for us? Rural Chinese elders' perceptions, concerns, and physical preferences regarding social robots. *New Media & Society.*
https://doi-org.stanford.idm.oclc.org/10.1177/14614448231220346

Markowitz, D. M., Hancock, J. T., & Bailenson, J. N. (2024). Linguistic Markers of Inherently False AI Communication and Intentionally False Human Communication: Evidence From Hotel Reviews. *Journal of Language and Social Psychology, 43(1)*, 63-82. https://doi-org.stanford.idm.oclc.org/10.1177/0261927X231200201

Markowitz, D. M., & Hancock, J. T. (2023). Generative AI Are More Truth-Biased Than Humans: A Replication and Extension of Core Truth-Default Theory Principles. Journal of Language and Social Psychology, 43(2), 261-267.
https://doi-org.stanford.idm.oclc.org/10.1177/0261927X231220404

Moore, R.C., Hancock, J.T. & Bailenson, J. (2023). From 65 to 103, Older Adults Experience Virtual Reality Differently Depending on Their Age: Evidence from a Large-Scale Field Study in Nursing Homes and Assisted Living Facilities. *Cyberpsychology, Behavior, and Social Networking*.
http://doi.org.stanford.idm.oclc.org/10.1089/cyber.2023.0188

Queiroz, A. C., Lee, A. Y., Luo, M., Fauville, G., Hancock, J. T., & Bailenson, J. N. (2023). Too tired to connect: Understanding the associations between video-conferencing, social connection and well-being through the lens of zoom fatigue. Computers in Human Behavior, 149.
https://doi.org/10.1016/j.chb.2023.107968

Dahlke, R., Kumar, D., Durumeric, Z., & Hancock, J. T. (2023). Quantifying the Systematic Bias in the Accessibility and Inaccessibility of Web Scraping Content From URL-Logged Web-Browsing Digital Trace Data. *Social Science Computer Review*. https://doi-org.stanford.idm.oclc.org/10.1177/08944393231218214

Bernstein, M., Christin, A., Hancock, J., Hashimoto, T., Jia, C., Lam, M.,Meisster, N. Persily, N., Piccardi, T., Saveski, M. Tsai, J.L., Ugander, J.. & Xu, C. (2023).

**EXHIBIT A**

Embedding Societal Values into Social Media Algorithms. *Journal of Online Trust and Safety, 2(1)*, 1-13.
https://doi:10.54501/jots.v2i1.148

Park, J., Hallman, J., Liu, X. S., & Hancock, J. (2023). Black representation in social media well-being research: A scoping review of social media experience and psychological well-being among Black users in the United States. *New Media & Society*.
https://doi-org.stanford.idm.oclc.org/10.1177/14614448231191542

Lee, A. Y., & Hancock, J. T. (2023). Developing digital resilience: An educational intervention improves elementary students' response to digital challenges. Computers *and Education Open*, *5*.
https://doi.org/10.1016/j.caeo.2023.100144

Fauville, G., Luo, M., Queiroz, A., Lee, A., Bailenson, J., & Hancock, J. (2023). Video-conferencing usage dynamics and nonverbal mechanisms exacerbate Zoom Fatigue, particularly for women. *Computers in Human Behavior Reports*, *10*.
https://doi.org/10.1016/j.chbr.2023.100271

Brown, J., Bailenson, J., & Hancock, J. (2023). Misinformation in Virtual Reality. Journal of Online Trust and Safety, 1(5).
https://doi:10.54501/jots.v1i5.120

Moore, R. C., Dahlke, R., & Hancock, J. T. (2023). Exposure to untrustworthy websites in the 2020 US election. *Nature Human Behaviour,* 1-10.

Hohenstein, J., Kizilcec, R. F., DiFranzo, D., Aghajari, Z., Mieczkowski, H., Levy, K., ... & Jung, M. F. (2023). Artificial intelligence in communication impacts language and social relationships. *Scientific Reports, 13(1)*, 5487.

Lee, A. Y., Ellison, N. B., & Hancock, J. T. (2023). To use or be used? The role of agency in social media use and well-being. *Frontiers in Computer Science, 5*.
https://doi.org/10.3389/fcomp.2023.1123323

Jakesch, M., Hancock, J. T., & Naaman, M. (2023). Human heuristics for AI-generated language are flawed. *Proceedings of the National Academy of Sciences, 120(11)*, e2208839120.
https://doi-org.stanford.idm.oclc.org/10.1073/pnas.2208839120

Han, E., Miller, M. R., DeVeaux, C., Jun, H., Nowak, K. L., Hancock, J. T., ... & Bailenson, J. N. (2023). People, places, and time: a large-scale, longitudinal study of transformed avatars and environmental context in group interaction in the metaverse. Journal of Computer-Mediated Communication, 28(2).
https://doi-org.stanford.idm.oclc.org/10.1093/jcmc/zmac031

**EXHIBIT A**

Markowitz, D. M., Kouchaki, M., Gino, F., Hancock, J. T., & Boyd, R. L. (2023). Authentic First Impressions Relate to Interpersonal, Social, and Entrepreneurial Success. *Social Psychological and Personality Science,* 14(2), 107-116. https://doi-org.stanford.idm.oclc.org/10.1177/19485506221086138

Lee, A. Y., Moore, R. C., & Hancock, J. T. (2023). Designing misinformation interventions for all: Perspectives from AAPI, Black, Latino, and Native American community leaders on misinformation educational efforts. *Harvard Kennedy School Misinformation Review.* https://doi.org/10.37016/mr-2020-111

Markowitz, D. M., Hancock, J. T., Woodworth, M. T., & Ely, M. (2023). Contextual considerations for deception production and detection in forensic interviews. *Frontiers in Psychology*, *14*. https://doi.org/10.3389/fpsyg.2023.1134052

Miner, A. S., Fleming, S. L., Haque, A., Fries, J. A., Althoff, T., Wilfley, D. E., Agras, W.S., Milstein, A., Hancock, J., Asch, S. M., Stirman, S. W., Arnow, B. A., & Shah, N. H. (2022). A computational approach to measure the linguistic characteristics of psychotherapy timing, responsiveness, and consistency. *NPJ Mental Health Research*, *1*(1), 1-12.

Acquisti, A., Brandimarte, L., & Hancock, J. (2022). How privacy's past may shape its future. *Science*, *375*(6578), 270-272.

Huang, S. A., & Hancock, J. T. (2022). Will you go on a date with me? Predicting first dates from linguistic traces in online dating messages. *Journal of Language and Social Psychology*, *41*(4), 371-395.

Huang, S. A., Hancock, J., & Tong, S. T. (2022). Folk Theories of Online Dating: Exploring People's Beliefs About the Online Dating Process and Online Dating Algorithms. *Social Media + Society*, *8*(2), 20563051221089561.

Moore, R. C., & Hancock, J. T. (2022). A digital media literacy intervention for older adults improves resilience to fake news. *Scientific reports*, *12*(1), 1-9.

Weiss, D., Liu, S. X., Mieczkowski, H., & Hancock, J. T. (2022). Effects of Using Artificial Intelligence on Interpersonal Perceptions of Job Applicants. *Cyberpsychology, Behavior, and Social Networking*, *25*(3), 163-168.

Goldenthal, E., Park, J., Liu, S. X., Mieczkowski, H., & Hancock, J. T. (2021). Not All AI are Equal: Exploring the Accessibility of AI-Mediated Communication Technology. *Computers in Human Behavior*, *125*, 106975, https://doi.org/10.1016/j.chb.2021.106975

Liu, S. X., Shen, Q., & Hancock, J. (2021). Can a social robot be too warm or too competent? Older Chinese adults' perceptions of social robots and

**EXHIBIT A**

vulnerabilities. *Computers in Human Behavior*, *125*, 106942, https://doi.org/10.1016/j.chb.2021.106942

Lee, A. Y., Katz, R., & Hancock, J. (2021). The Role of Subjective Construals on Reporting and Reasoning about Social Media Use. *Social Media+ Society*, *7*(3), 20563051211035350.

Luo, M., Falisi, A., & Hancock, J. (2021). Can Text Messaging Influence Perceptions of Geographical Slant? A Replication and Extension of Schnall, Harber, Stefanucci, Proffitt (2008). DOI: 10.1037/tmb0000031

Moore, R. C., Lee, A. Y., Hancock, J. T., Halley, M. C., & Linos, E. (2021). Age-Related Differences in Experiences With Social Distancing at the Onset of the COVID-19 Pandemic: A Computational and Content Analytic Investigation of Natural Language From a Social Media Survey. *JMIR Human Factors*, *8*(2), e26043. doi: 10.2196/26043

Fauville, G., Luo, M., Muller Queiroz, A. C., Bailenson, J. N., & Hancock, J. (2021). Nonverbal Mechanisms Predict Zoom Fatigue and Explain Why Women Experience Higher Levels than Men. *Available at SSRN 3820035*. http://dx.doi.org/10.2139/ssrn.3820035

Hancock, J. T. & Bailenson. J. N. (2021) The Social Impact of Deepfake, *Cyberpsychology, Behavior, and Social Networking*.24 (3).149-152.http://doi.org/10.1089/cyber.2021.29208.jth

Markowitz, D. M., Kouchaki, M., Hancock, J. T., & Gino, F. (2021). The deception spiral: Corporate obfuscation leads to perceptions of immorality and cheating behavior. *Journal of Language and Social Psychology*, *40*(2), 277-296, https://doi.org/10.1177/0261927X20949594

Fauville, G., Luo, M., Muller Queiroz, A. C., Bailenson, J. N., & Hancock, J. (2021). Zoom Exhaustion & Fatigue Scale. *Available at SSRN 3786329*, http://dx.doi.org/10.2139/ssrn.3786329

Hohenstein, J., DiFranzo, D., Kizilcec, R. F., Aghajari, Z., Mieczkowski, H., Levy, K., ... & Jung, M. (2021). Artificial intelligence in communication impacts language and social relationships. *arXiv preprint arXiv:2102.05756*

Lee, A. Y., Moskowitz-Sweet, G., Pelavin, E., Rivera, O., & Hancock, J. T. (2021). "Bringing you into the Zoom": the power of authentic engagement in a time of crisis in the US. *Journal of Children and Media*, *15*(1), 91-95, https://doi.org/10.1080/17482798.2020.1858437

**EXHIBIT A**

Lossio-Ventura, J. A., Lee, A. Y., Hancock, J. T., Linos, N., & Linos, E. (2021). Identifying Silver Linings During the Pandemic Through Natural Language Processing. *Frontiers in Psychology*, *12*, doi: 10.3389/fpsyg.2021.712111

Mieczkowski, H., Lee, A. Y., & Hancock, J. T. (2020). Priming effects of social media use scales on well-being outcomes: The influence of intensity and addiction scales on self-reported depression. *Social Media+ Society*, *6*(4), 2056305120961784.

Reeves, B., Hancock, J., & Liu, S.X. (2020), Social Robots Are Like Real People: First Impressions, Attributes, and Stereotyping of Social Robots. Technology, Mind, & Behavior, https://doi.org/10.1037/tmb0000018

Rochadiat, A. M. P., Tong, S. T., Hancock, J. T., & Stuart-Ulin, C. R. (2020). The Outsourcing of Online Dating: Investigating the Lived Experiences of Online Dating Assistants Working in the Contemporary Gig Economy. *Social Media Society,* https://doi.org/10.1177/2056305120957290

Markowitz, D. M., Kouchaki, M., Hancock, J. T., & Gino, F. (2020). The Deception Spiral: Corporate Obfuscation Leads to Perceptions of Immorality and Cheating Behavior. *Journal of Language and Social Psychology* https://doi.org/10.1177/0261927X20949594

Moore, R. C., & Hancock, J. T. (2020). Older Adults, Social Technologies, and the Coronavirus Pandemic: Challenges, Strengths, and Strategies for Support. *Social Media + Society*. https://doi.org/10.1177/2056305120948162

Luo, M., Hancock, J. T., & Markowitz, D. M. (2020). Credibility Perceptions and Detection Accuracy of Fake News Headlines on Social Media: Effects of Truth-Bias and Endorsement Cues. *Communication Research* https://doi.org/10.1177/0093650220921321

Moore, R. C., Lee, A., Hancock, J. T., Halley, M., & Linos, E. (2020). Experience with social distancing early in the COVID-19 pandemic in the United States: Implications for Public Health Messaging. *medRxiv*.

Hancock, J. T., Naaman, M., & Levy, K. (2020). AI-Mediated Communication: Definition, Research Agenda, and Ethical Considerations. *Journal of Computer-Mediated Communication,* 1-12, https://doi.org/10.1093/jcmc/zmz022

Denault, V., Plusquellec, P., Jupe, L. M., St-Yves, M., Dunbar, N. E., Hartwig, M., … van Koppen, P. J. (2020). The analysis of nonverbal communication: The dangers of pseudoscience in security and justice contexts. Anuario de Psicología Jurídica, 30, 1-2. doi: 10.5093/apj2019a9

**EXHIBIT A**

Ho, S.M. & Hancock, J.T. (2019) Context in a bottle: Language-action cues in spontaneous computer-mediated deception. *Computers in Human Behavior*, 91, 33-41.

Markowitz DM, Hancock JT, Bailenson JN, Reeves B (2019) Psychological and physiological effects of applying self-control to the mobile phone. PLoS ONE 14(11): e0224464. https://doi.org/10.1371/journal.pone.0224464

Miner, A. S., Shah, N., Bullock, K. D., Arnow, B. A., Bailenson, J., & Hancock, J. (2019). Key considerations for incorporating conversational AI in psychotherapy. *Frontiers in Psychiatry*, 10, 746. doi: 10.3389/fpsyt.2019.00746

Luo, M., & Hancock, J. (2019). Self-Disclosure and Social Media: Motivations, Mechanisms and Psychological Well-Being. *Current Opinion in Psychology*, 3, 110-115.

Hancock, J. T., Woodworth, M., & Boochever, R. (2018). Psychopaths Online: The Linguistic Traces of Psychopathy in Email, Text Messaging and Facebook. *Media and Communication, 6,* 83-92.

Markowitz, D. M., & Hancock, J. T. (2018). Deception in Mobile Dating Conversations. *Journal of Communication, 68,* 547-569.

Ho, A., Hancock, J., & Miner, A. S. (2018). Psychological, Relational, and Emotional Effects of Self-Disclosure After Conversations With a Chatbot. *Journal of Communication*, 68, 712-733.

Kim S.J., Marsch L.A., Hancock J.T., & Das A.K. (2017). Scaling Up Research on Drug Abuse and Addiction Through Social Media Big Data. *J Med Internet Res*, 19(10):e353 DOI: 10.2196/jmir.6426

Miner AS, Milstein A, Hancock JT. (.2017). Talking to Machines About Personal Mental Health Problems. *JAMA, 318*, 1217–1218. doi:10.1001/jama.2017.14151

Oeldorf-Hirsch, A., Birnholtz, J., & Hancock, J. T. (2017). Your post is embarrassing me: Face threats, identity, and the audience on Facebook. *Computers in human behavior, 73,* 92-99.

Drouin, M., Boyd, R. L., Hancock, J. T., & James, A. (2017). Linguistic analysis of chat transcripts from child predator undercover sex stings. *Journal of Forensic Psychiatry and Psychology, 28*, 437-457.

Kim, S.J., & Hancock, J.T. (2017). How advertorials deactivate advertising schema: MTurk-based experiments to examine persuasion tactics and outcomes in health advertisements. *Communication Research. 44,* 7, 1019-1045. https://doi.org/10.1177/0093650216644017

**EXHIBIT A**

Spottswood, E. & Hancock, J.T. (2017). Should I Share That? Prompting Social Norms That Influence Privacy Behaviors on a Social Networking Site. *Journal of Computer-Mediated Communication, 22, 55-70.*

Tong, S., Hancock, J.T. & Slatcher, R. (2016). Online Dating System Design and Relational Decision-Making: Choice, Algorithms, and Control. *Personal Relationships, 23, 645-662*

Spottswood, E. & Hancock, J.T. (2016). The Positivity Bias and Prosocial Deception on Facebook. *Computers in Human Behavior, 65*, 252-259*.*

Markowitz, D.M. & Hancock, J.T. (2016). The 27 Club: Music lyrics reflect psychological distress. *Communication Reports,* 1-13.

Toma, C.T., Jiang, L.C., & Hancock, J.T. (2016). Lies in the Eye of the Beholder: The Intensifying Effect of Media on Self-Other Asymmetries Regarding Deception. *Communication Research, 45, 1167-1192.*

Markowitz, D.M. & Hancock, J.T. (2015). Linguistic obfuscation in fraudulent science. *Journal of Language and Social* Psychology, 35, 435-445.

Kim, S.J., & Hancock, J.T. (2015). Optimistic Biases among Facebook Users: Self-Other Discrepant Perceptions toward Potential Risks and Benefits of Facebook Use. *Cyberpsychology, Behavior, and Social Networking, 18,* 214-220.

Black, P., Wollis, M., Woodworth, M. & Hancock, J.T. (2015). A Linguistic Analysis of Grooming Strategies of Online Child Sex Offenders: Implications for our Understanding of Predatory Sexual Behavior in an Increasingly Computer-Mediated World. *Child Abuse & Neglect, 44,* 140-149*.*

Guillory, J., Keilman, J., Woodruff, C., & Hancock, J.T. (2015). Text messaging reduces analgesic requirements during surgery. *Pain Medicine*, *16,* 667-672.

Smith, M., Hancock, J.T., Birnholtz, J., & Reynolds, L. (2014). Everyday Deception or A Few Prolific Liars? The Prevalence of Lies in Text Messaging. *Computers in Human Behavior, 41*, 220-227.

Markowitz, D. & Hancock, J.T. (2014). Linguistic Traces of a Scientific Fraud: The Case of Diederik Stapel. *PLoS ONE 9*: e105937. doi:10.1371/journal.pone.0105937

Kramer, A., Guillory, J., & Hancock, J.T. (2014). Experimental evidence of massive-scale emotional contagion through social networks. *Proceedings of the National Academy of Science, 111,* 8788-8790.

**EXHIBIT A**

Ellison, N.B. & Hancock, J.T. (2013). Profile as promise: Honest and deceptive signals in online dating. *IEEE Security & Privacy Economics, 11,* 84-88. DOI: 10.1109/MSP.2013.120

Birnholtz, J., Reynolds, L., Smith, M. Hancock, J.T. (2013). 'Everyone has to do it:'  A joint action approach to managing social inattention. *Computers in Human Behavior, 29*, 2230-2238.

Jiang, L.C. & Hancock, J.T. (2013). Absence makes the communication grow fonder: Geographic separation, interpersonal media and intimacy in dating relationships. *Journal of Communication, 63, 556-577.*

Hancock, J.T., Woodworth, M., & Porter, S. (2013). Hungry like the wolf: A word pattern analysis of the language of psychopaths. *Legal and Criminological Psychology, 18,* 102-114.

Toma, C. & Hancock, J.T. (2013). Self-affirmation underlies Facebook use. *Personality and Social Psychology Bulletin, 39,* 321-331.

Jiang, L.C., Bazarova, N., & Hancock, J.T. (2013). From perception to behavior: Disclosure reciprocity and the intensification of intimacy in computer-mediated communication. *Communication Research, 40, 125-143*.

Birnholtz, J., Hancock, J., Smith, M., & Reynolds, L. (2012). Understanding unavailability in a world of constant connection. *Interactions 19,* 32-35.

Birnholtz, J., Dixon, G., & Hancock, J.T. (2012). Polite task-switching: Technology, ambiguity and autonomy in a work organization. *Computers in Human Behavior, 28,* 1028-1035.

Bazaova, N. & Hancock, J.T. (2012). Attributions after a group failure: Do they matter? *Communication Research, 39*, 499-522.

Guillory, J. & Hancock, J.T. (2012). The effect of Linkedin on deception in resumes. *Cyberpsychology, Behavior and Social Networking, 15*, 135-140.

Toma, C. & Hancock, J.T. (2012). What lies beneath: The linguistic traces of deception in online dating profiles. *Journal of Communication*, *62,* 78-97.

Ellison, N, Hancock, J.T., & Toma, C. (2012). Profile as promise: A framework for conceptualizing the veracity of online dating profiles. *New Media & Society*, *14,* 42-59.

Gonzales, A.G. & Hancock, J.T. (2011). Mirror, mirror on my Facebook wall: Effects of exposure to Facebook on self-esteem. *Cyberpsychology, Behavior and Social Networking, 14,* 79-83.

**EXHIBIT A**

Jiang, L. C., Bazarova, N., & Hancock, J.T. (2011). Self-disclosure-intimacy link in computer-mediated communication: An attributional extension of the hyperpersonal model. *Human Communication Research, 37, 58-77.*

Kenny, D.A., Snook, A., Boucher, E.M., & Hancock, J.T. (2010). Interpersonal sensitivity, status, and stereotype accuracy: Was Snodgrass right after all? *Psychological Science, 21* 1735-1739.

Bazarova, N.N. & Hancock, J.T. (2010). From dispositions to motives: New perspectives on attributions and their implications for communication. *Communication Yearbook, 34, 63-92.*

Hancock, J.T., Beaver, D.I., Chung, C.K., Frazee, J., Pennebaker, J.W., Graesser, A., & Cai, Z., (2010). Social Language Processing: A Framework for Analyzing the Communication of Terrorists and Authoritarian Regimes. *Behavioral Sciences of Terrorism and Political Aggression 2,* 108-132.

Toma, C.L. & Hancock, J.T. (2010). Looks and Lies: The role of physical attractiveness in online dating self-presentation and deception. *Communication Research, 37*, 335-351.

Gonzales, A.G., Hancock, J.T., & Pennebaker, J. (2010). Language style matching as a predictor of social dynamics in small groups. *Communication Research, 37,* 3-19.

Hancock, J. T., Woodworth, M., & Goorha, S. (2010).  See no evil:  The effect of communication medium and motivation on deception detection.  *Group Decision and Negotiation, 19, 327-343.*

Peña, J., & Hancock, J. T., & Merola, N. A. (2009). The priming effects of avatars in virtual settings. *Communication Research, 36*, 838-856.

Hancock, J.T. & Toma, C. (2009). Putting Your Best Face Forward: The Accuracy of Online Dating Photographs. *Journal of Communication, 59,* 367-386.

Wang, Z., Walther, J. B., & Hancock, J. T. (2009). Social identification and interpersonal communication in computer-mediated communication: What you do versus who you are in virtual groups. *Human Communication Research, 35,* 59-85.

Toma, C., Hancock, J.T., & Ellison, N. (2008). Separating Fact from Fiction: An Examination of Deceptive Self-Presentation in Online Dating Profiles. *Personality and Social Psychology Bulletin, 34,* 1023-1036.

**EXHIBIT A**

Gonzales, A. & Hancock, J.T. (2008). Identity Shift in Computer-Mediated Environments. *Media Psychology, 11,* 167-185.

Boucher, E., Hancock, J.T., & Dunham, P.J. (2008). Interpersonal Sensitivity in Computer-Mediated and Face-to-Face Conversations. *Media Psychology, 11,* 235-258.

Hancock, J.T., Curry, L., Goorha, S., & Woodworth, M.T. (2008). On lying and being lied to: A linguistic analysis of deception. *Discourse Processes, 45*, 1-23.

Pena, J., Walther, J.B., & Hancock, J.T. (2007). Effects of Geographic Distribution on Dominance Perceptions in Computer-Mediated Groups. *Communication Research*, *34*, 313-331.

Abbass, A.A., Hancock, J.T., Henderson, J., Kisely, S. (2006). Short-term Psychodynamic Psychotherapies for Common Mental Disorders. *Cochrane Database of Systematic Reviews, 4,* 1-47.

Nastri, J. &, Pena, J., & Hancock, J.T. (2006). The Construction of Away Messages: A Speech Act Analysis. *Journal of Computer-Mediated Communication, 11,* 1025-1045.

Pena, J., & Hancock, J.T. (2006). An analysis of instrumental and socio-emotional content in online multi-player videogames. *Communication Research, 33*, 92-109.

Mathews, J., Hancock, J.T., & Dunham, P.J. (2006). The role of politeness and humor in the asymmetry of affect in verbal irony. *Discourse Processes, 41, 3-24.*

Walther, J.B., Gay, G, & Hancock, J.T. (2005). How do communication and technology researchers study the Internet? *Journal of Communication, 55*, 632-657.

Hancock, J.T. (2004). Verbal irony use in computer-mediated and face-to-face conversations. *Journal of Language and Social Psychology, 23,* 447-463.

Hancock, J.T., & Dunham, P.J. (2001a). Impression Formation in Computer-Mediated Communication Revisited: An Analysis of the Breadth and Intensity of Impressions. *Communication Research, 28*, 325-347.

Hancock, J.T., & Dunham, P.J. (2001b). Language use in computer-mediated communication: The role of coordination devices. *Discourse Processes, 31*, 91-110.

Hancock, J.T., Purdy, K., & Dunham, P.J. (2000). Children's comprehension of critical and complimentary forms of verbal irony. *Journal of Cognition and Development, 1*, 227-248.

**EXHIBIT A**

**Refereed and Published Proceedings**

Han, C., Seering, J., Kumar, D., Hancock, J. T., & Durumeric, Z. (2023). Hate raids on Twitch: Echoes of the past, new modalities, and implications for platform governance. *Proceedings of the ACM Conference on Computer Supported Cooperative Work*, 7(CSCW2023), 1-28. (Best Paper Award)

Karinshak, E., Liu, S. X., Park, J. S., & Hancock, J. T. (2023). Working With AI to Persuade: Examining a Large Language Model's Ability to Generate Pro-Vaccination Messages. *Proceedings of the ACM Conference on Computer Supported Cooperative Work, 7(CSCW2023)*, 1-29.

Kumar, D., Hancock, J., Thomas, K., & Durumeric, Z. (2023, April). Understanding the behaviors of toxic accounts on reddit. In *Proceedings of the ACM Web Conference (WWW2023)*, 2797-2807. https://doi-org.stanford.idm.oclc.org/10.1145/3543507.3583522

DeVeaux, C., Markowitz, D. M., Han, E., Miller, M. R., Hancock, J. T., & Bailenson, J. N. (2023, March). Descriptive Linguistic Patterns of Group Conversations in VR. *In 2023 IEEE Conference on Virtual Reality and 3D User Interfaces Abstracts and Workshops (VRW)* (pp. 785-786). IEEE.

Queiroz, A., McGivney, E., Liu, S. X., Anderson, C., Beams, B., DeVeaux, C., ... & Bailenson, J. N. (2023). Collaborative Tasks in Immersive Virtual Reality Increase Learning. In *Proceedings of the 16th International Conference on Computer-Supported Collaborative Learning-CSCL 2023*, pp. 27-34.

Gordon, M. L., Lam, M. S., Park, J. S., Patel, K., Hancock, J., Hashimoto, T., & Bernstein, M. S. (2022, April). Jury learning: Integrating dissenting voices into machine learning models. In Proceedings of the ACM *Conference on Human Computer Interaction (CHI2022),* pp. 1-19. **Best Paper Award**

Lee, A. Y., Mieczkowski, H., Ellison, N. B., & Hancock, J. T. (2022). The algorithmic crystal: Conceptualizing the self through algorithmic personalization on TikTok. *Proceedings of the ACM Conference on Computer Supported Cooperative Work, 6* (CSCW2022), 1-22.

Lam, M. S., Gordon, M. L., Metaxa, D., Hancock, J. T., Landay, J. A., & Bernstein, M. S. (2022). End-User Audits: A System Empowering Communities to Lead Large-Scale Investigations of Harmful Algorithmic Behavior. *Proceedings of the ACM Conference on Computer Supported Cooperative Work, 6* (CSCW2022), 1-34.

Metaxa, D., Gan, M. A., Goh, S., Hancock, J., & Landay, J. A. (2021). An Image of Society: Gender and Racial Representation and Impact in Image Search Results for Occupations. *Proceedings of the ACM Conference on Computer Supported Cooperative Work, 5* (CSCW2021), 1-23, https://doi.org/10.1145/3449100

**EXHIBIT A**

Mieczkowski, H., Hancock, J. T., Naaman, M., Jung, M., & Hohenstein, J. (2021). AI-Mediated Communication: Language Use and Interpersonal Effects in a Referential Communication Task. *Proceedings of the ACM Conference on Computer Supported Cooperative Work, 5* (CSCW2021), 1-14, https://doi.org/10.1145/3449091

Khadpe, P., Krishna, R., Fei-Fei, L., Hancock, J. T., & Bernstein, M. S. (2020). Conceptual Metaphors Impact Perceptions of Human-AI Collaboration. *Proceedings of the ACM Conference on Computer Supported Cooperative Work*, *4*(CSCW2020), 1-26.

Luo, M., Hsu, T. W., Park, J. S., & Hancock, J. T. (2020). Emotional Amplification During Live-Streaming: Evidence from Comments During and After News Events. *Proceedings of the ACM Conference on Computer Supported Cooperative Work*, *4*(CSCW2020), 1-19.

Metaxa, D., Park, J.S., Landay, J.A., & Hancock, J.T. (2019) Search Media and Elections: A Longitudinal Investigation of Political Search Results in the 2018 U.S. Elections. *Proceedings of the ACM Conference on Computer Supported Cooperative Work and Social Computing, 3 (CSCW2019).*

Mieczkowski, H., Liu, S. X., Hancock, J., & Reeves, B. (2019, March). Helping Not Hurting: Applying the Stereotype Content Model and BIAS Map to Social Robotics. In *2019 14th ACM/IEEE International Conference on Human-Robot Interaction (HRI2019)* (pp. 222-229).

Jakesch, D., French, M., Ma, X., Hancock, J.T. & Naaman, M. (2019). AI-Mediated Communication: How Profile Generation by AI Affects Perceived Trustworthiness. *Proceedings of the ACM Conference on Human Factors in Computing Systems (CHI 2019).*

Che, X., Metaxa-Kavouli, D., & Hancock, J. T. (2018, October). Fake News in the News: An Analysis of Partisan Coverage of the Fake News Phenomenon. *Proceedings of the ACM Conference on Computer Supported Cooperative Work, 2* (CSCW2018) (pp. 289-292). ACM.

DeVito, M. A., Birnholtz, J., Hancock, J. T., French, M., & Liu, S. (2018, April). How People Form Folk Theories of Social Media Feeds and What It Means for How We Study Self-Presentation. In *Proceedings of the 2018 CHI Conference on Human Factors in Computing Systems* (p. 120). ACM.

Metaxa-Kavouli, D., Wang, K., Landay, J. A., & Hancock, J. (2018, April). Gender-Inclusive Design: Sense of Belonging and Bias in Web Interfaces. In *Proceedings of the 2018 CHI Conference on Human Factors in Computing Systems* (p. 614). ACM.

**EXHIBIT A**

DeVito, M. A., Hancock, J. T., French, M., Birnholtz, J., Antin, J., Karahalios, K., ... & Shklovski, I. (2018, April). The Algorithm and the User: How Can HCI Use Lay Understandings of Algorithmic Systems?. In *Extended Abstracts of the 2018 CHI Conference on Human Factors in Computing Systems* (p. panel04). ACM.

Fiesler, C., Hancock, J., Bruckman, A., Muller, M., Munteanu, C., & Densmore, M. (2018, April). Research Ethics for HCI: A Roundtable Discussion. In Extended Abstracts of the 2018 CHI Conference on Human Factors in Computing Systems (p. panel05). ACM.

Ho, S. M., & Hancock, J. T. (2018, January). Computer-Mediated Deception: Collective Language-action Cues as Stigmergic Signals for Computational Intelligence. In Proceedings of the 51st Hawaii International Conference on System Sciences.

Ma, X., Hancock, J.T., Mingjie, K. & Naaman, M. (2017). Self-disclosure and perceived trustworthiness of Airbnb host profiles. *Proceedings of the ACM conference on Computer-Supported Cooperative Work (CSCW 2017)*, 2397-2409. (Honorable Mention Top Paper)

DeVito, M., Birnholtz, J., & Hancock, J.T. (2017). Platforms, People, and Perception: Using Affordances to Understand Self-Presentation on Social Media. *Proceedings of the ACM conference on Computer-Supported Cooperative Work (CSCW 2017)*, 740-754.

Ma, X. Hancock, J.T., & Naaman, M. (2016). Anonymity, intimacy and self-disclosure in social media. *Proceedings of the ACM Conference on Human Factors in Computing Systems (CHI 2016), pp. 3857-3869.*

Ho, S., Booth, C., Timmarajus, S.S., Hancock, J.T., Liu, X., & Burmester, M. (2015). Liar, liar, IM on fire: Deceptive language-action cues in spontaneous online communication. *IEEE International Conference on Intelligence and Security Informatics (ISI2015)*, 157-159. DOI:10.1109/ISI.2015.7165960

French, M., Smith, M.E., Birnholtz, J.B., & Hancock, J.T. (2015). Is This How We (All) Do It?: Butler Lies and Ambiguity Through a Broader Lens. *Proceedings of the ACM Conference on Human Factors in Computing Systems (CHI 2015).* (Honorable Mention Top Paper)

Litt, E., Spottswood, E., Birnhotlz, J, Smith, M., Reynolds, L., & Hancock, J.T. (2014). Awkward Encounters of an "Other" Kind: Collective Self-Presentation and Face Threat on Facebook. Proceedings *of the ACM conference on Computer-Supported Cooperative Work (CSCW 2014). (Honorable Mention Top Paper)*

**EXHIBIT A**

Acquisti, A, Brandimarte, L., & Hancock, J.T. (2013). Are There Evolutionary Roots To Privacy Concerns? *Privacy Law Scholars Conference (PLSC2013)*.

Ott, M., Cardie, C., & Hancock, J.T. (2013). Negative Deceptive Opinion Spam. *North American Chapter of the Association for Computational Linguistics: Human Language Technologies (NAACL2013)*.

Birnholtz, J.P. Retelny, D., & Hancock, J.T. (2013). Tweeting for Class: Co-Construction as a Means for Engaging Students in Lectures. *Proceedings of the ACM Conference on Human Factors in Computing Systems (CHI 2013)*.

Liu, X., Tang, K, T., Hancock, J.T., Han, J., Song, M., Xu, R., & Pokorny, B. (2013). A text cube approach to human, social and cultural behavior in the Twitter stream. Proceedings of *the International Conference on Social Computing, Behavioral-Cultural Modeling, & Prediction (SBP 2013)*, pp. 321--330.

Reynolds, L., Smith, M.E., Birnholtz, J.P., & Hancock, J.T. (2013). Butler lies from both sides: Actions and perceptions of unavailability messaging in texting. *Proceedings of the ACM conference on Computer-Supported Cooperative Work (CSCW 2013). [Top Paper Nomination, top 5%, acceptance rate: 36%]*

Liu, X, Tang, K., Hancock, J.T., Han, J., Son"g, M., Xu, & Manikonda, V. (2012). SocialCube: A text cube framework for analyzing social media data. *Proceedings of the ASE International Conference on Social Informatics (SocialInformatics2012).* [acceptance rate: 11.5%]

Woodworth, M., Hancock, J.T., Porter, S., Hare, R., Logan, M., O'Toole, M.E. & Smith, S. (2012). The Language of Psychopaths: New Findings and Implications for Law Enforcement. FBI Law Enforcement Bulletin, July 2012 Issue.

Ott, M., Cardie, C., & Hancock, J.T. (2012). Estimating the prevalence of deception in online review communities. *Proceedings of International World Wide Web Conference 2012 (IW3C2).* [acceptance rate: 12%]

Gokhman, S., Hancock, J.T., Prahbu, P., Ott, M., & Cardie., C. (2012). In search of a gold standard in studies of deception. *Proceedings of the European Association of Computational Linguistics (EACL) Workshop on Deception Detection*. [acceptance rate: 27%]

Liu, X., Hancock, J.T., Zhang, G., Xu, R., Markowitz & Bazarova, N. (2012). Exploring Linguistic Features for Deception Detection in Unstructured Text. Proceedings, *Forty-Fifth Hawaii International Conference on System Sciences (HICSS45).*

Hancock, J.T., Woodworth, M.T, Morrow, R., McGillivray, H., & Boochever, R. (2012). Assessing credibility through text: A preliminary analysis for identifying

**EXHIBIT A**

psychopathy. *Forty-Fifth Hawaii International Conference on System Sciences (HICSS45).*

Ott, M., Cardie, C., Choi, Y., & Hancock, J.T. (2011). Finding deceptive opinion spam by any stretch of the imagination. *Proceedings of the 49th Annual Meeting of the Association for Computational Linguistics (ACL 2011)*, 309–319.

Guillory, J., Spiegel, J., Drislane, M., Weiss, B., Donner, W., & Hancock, J.T. (2011). Upset now?: Emotion contagion in distributed groups. *Proceedings of the ACM Conference on Human Factors in Computing Systems (CHI 2011)*, 745-748. [Acceptance rate: 26%]

Getty, E., Cobb, J., Gabeler, M., Nelson, C., Weng, E., & Hancock, J.T. (2011). I said your name in an empty room: grieving and continuing bonds on Facebook. *Proceedings of the ACM Conference on Human Factors in Computing Systems (CHI 2011)*, 997-1000. [Acceptance rate: 26%]

Tang, D., Chou, D., Drucker, N., Robertson, A., Smith, W.C., Hancock, J.T. (2011). A tale of two languages: strategic self-disclosure via language selection on facebook. *Proceedings of the ACM Conference on Human Factors in Computing Systems (CHI 2011)*, 387-390. [Acceptance rate: 26%]

Schwanda, V., Barron, K., Lien, J., Schoreer, G., Vernon, A., & Hancock, J.T. (2011). Temporal patterns of cohesiveness in virtual groups. *Proceedings of the ACM conference on Computer-Supported Cooperative Work (CSCW 2011)*, 709-712. . [Acceptance rate: 22%]

Reynolds, L., Gillette, S., Marder, J., Miles, Z., Vodenski, P., Weintraub, A., Birnholtz, J., & Hancock, J.T. (2011). Contact stratification and deception: blackberry messenger versus SMS use among students. *Proceedings of the ACM conference on Computer-Supported Cooperative Work (CSCW 2011)*, 221-224. [Acceptance rate: 22%]

Leshed, G., Cosley, D., Hancock, J.T., & Gay, G. (2010). Visualizing Language Use in Team Conversations: Designing Through Theory, Experiments, and Iterations. *Proceedings of the ACM Conference on Human Factors in Computing Systems (CHI 2010)*. [Acceptance rate: 22%]

Birnholtz, J., Guillory, J., Hancock, J.T., & Bazarova, N.N. (2010) "on my way": Deceptive Texting and Interpersonal Awareness Narratives. *Proceedings of the ACM conference on Computer-Supported Cooperative Work (CSCW 2010)*, 1-4. [Acceptance rate: 20%]

Toma, C.L. & Hancock, J.T. (2010). Reading between the Lines: Linguistic Cues to Deception in Online Dating Profiles. *Proceedings of the ACM conference on Computer-Supported Cooperative Work (CSCW 2010, 5-8.* [Acceptance rate:

**EXHIBIT A**

20%]

Warkentin, D., Woodworth, M, Hancock, J.T., & Cormier, N. (2010). Warrants and Deception in Computer Mediated Communication. *Proceedings of the ACM conference on Computer-Supported Cooperative Work (CSCW 2010)*, 9-12. [Acceptance rate: 20%]

Woodworth, M., Hancock, J.T., Agar, A., Cormier, N, & Carpenter, T. (2010). Suspicion in Synchronous Computer-Mediated Communication: Preliminary Results. *Proceedings, Hawaii International Conference on System Sciences.*

Shami, N.S., Ehrlich, K., Gay, G., & Hancock, J.T. (2009). Making Sense of Strangers' Expertise from Signals in Digital Artifacts. *Proceedings of the ACM Conference on Human Factors in Computing Systems (CHI 2009).* (Acceptance Rate: 24.5%)

Leshed, G., Perez, D., Hancock, J.T., Lee, S., Cosley, D., Birnholtz, J., McLeod, P., & Gay, G. (2009). Visualizing Real-Time Language-Based Feedback on Teamwork Behavior in Computer-Mediated Groups. *Proceedings of the ACM Conference on Human Factors in Computing Systems (CHI 2009).* (Acceptance Rate: 24.5%)

Hancock, J.T., Birnholtz, J., Bazarova, N., Guillory, J., Amos, B., & Perlin, J. (2009). *Butler Lies: Awareness, Deception and Design. Proceedings of the ACM Conference on Human Factors in Computing Systems (CHI 2009).* (Acceptance Rate: 24.5%)

Hancock, J.T., Gee, K., Ciaciaco, K. & Mae, J. (2008). I'm sad you're sad: Emotional contagion in CMC. *Proceedings of the ACM conference on Computer-Supported Cooperative Work (CSCW 2008).* (Acceptance Rate: 16%; Best Note Nomination)

Hancock, J.T., Toma, C., & Fenner, K. (2008). I know something you don't: Use of asymmetric personal information for interpersonal advantage. *Proceedings of the ACM conference on Computer-Supported Cooperative Work (CSCW 2008).* (Acceptance Rate: 16%; Top Note Nomination)

Leshed, G., Hancock, J.T., Cosley, D., McLeod, & Gay, G. (2007). Feedback for guiding reflection on teamwork practices. *Proceedings of the ACM Conference GROUP 2007.* (Acceptance Rate: 28%)

Hancock, J.T., Toma, C., & Ellison, N. (2007). The truth about lying in online dating profiles. *Proceedings of the ACM Conference on Human Factors in Computing Systems (CHI 2007).* (Acceptance Rate: 24%; Top Note Nomination).

Hancock, J.T., Landrigan, C., & Silver, C. (2007). Expressing emotion in text. *Proceedings of the ACM Conference on Human Factors in Computing Systems* (CHI 2007), 929 - 932. (Acceptance Rate: 24%)

**EXHIBIT A**

Boehner, K., & Hancock, J.T. (2006). Advancing ambiguity. *Proceedings of the ACM Conference on Human Factors in Computing Systems* (CHI 2006),103-107. (Acceptance rate: 23%)

Hancock, J.T., Curry, L., Goorha, S., & Woodworth, M. (2005). An automated linguistic analysis of deceptive and truthful computer-mediated communication. *Proceedings, Hawaii International Conference on System Sciences.* (Best Paper Nominee) (Acceptance rate: 37%)

Woodworth, M., Hancock, J.T., & Goorha, S. (2005). The motivational enhancement effect:  Implications for our chosen modes of communication in the 21st century. *Proceedings, Hawaii International Conference on System Sciences*. (Acceptance rate: 37%)

Hancock, J.T. (2004). LOL: Humor online. *ACM Interactions*, *11,* 57-58.

Person, N., Hancock, J.T., Burke, D.R., & Graesser, A.C. (2004). A Linguistic Model that Infers User States and Traits. *Proceedings, Intelligent Tutor Systems*, Maceio, Brazil. (Acceptance rate: 35%)

Stefanone, M., Hancock, J.T., & Gay, G., & Ingraffea, A. (2004). Emergent networks, locus of control and the pursuit of social capital. *Proceedings of the ACM Computer-Supported Cooperative Work (CSCW 2004),* 592-595. (Acceptance rate 26%)

Hancock, J.T., Curry, L., Goorha, S., & Woodworth, M.T. (2004). Lies in Conversation: An Examination of Deception Using Automated Linguistic Analysis. *Proceedings, Annual Conference of the Cognitive Science Society*, *26*, 534-540. Mahwah, NJ: LEA. (Acceptance rate 31%)

Hancock, J.T., Thom-Santelli, J., & Ritchie, T. (2004). Deception and design: The impact of communication technologies on lying behavior. *Proceedings of the ACM Conference on Human Factors in Computing Systems (CHI 2004), 6,* 130-136. New York, ACM. (Acceptance rate 16%)

Hancock, J.T. (1999). The importance of coordination devices in text-based, task-oriented conversations. *Proceedings of the ACM Conference on Human Factors in Computing Systems* (CHI 1999), 316-317. New York, ACM.

**Book Chapters**

Hancock, J., Liu, S. X., Luo, M., Mieczkowski, H. (2022). Social Media and Well-Being., In Matz, S. (Ed.) The Psychology of Technology: Social Science Research in the Age of Big Data. American Psychological Association.

**EXHIBIT A**

Luo, M., & Hancock, J. T. (2020). Modified self-praise in social media. *Complimenting Behavior and (Self-) Praise across Social Media: New contexts and new insights*, *313*, 289

Luo, M., & Hancock, J.T. (2020). Complimenting the self online: The humblebrag and self-presentation in social media. In *Complimenting behavior across social media: New contexts and emerging trends*

Markowitz, D. M., & Hancock, J. T. (2019). Deception and Language: The Contextual Organization of Language and Deception (COLD) Framework. In *The Palgrave Handbook of Deceptive Communication* (pp. 193-212). Palgrave Macmillan, Cham.

Hancock, J.T. (2019). Introduction to Ethics of Digital Research. In B. Foucault-Welles and S. González-Bailon (Eds.) *The Oxford Handbook of Networked Communication*. Oxford, UK: Oxford University Press.

Markowitz, D. M., Hancock, J. T., & Tong, S. T. (2018). Interpersonal Dynamics in Online Dating: Profiles, Matching, and Discovery. In A Networked Self and Love (pp. 66-77). Routledge.

Tong, S., Hancock, J.T. & Slatcher, R. (2016). The Influence of Technology on Romantic Relationships: Understanding Online Dating. *Social Computing and Social Media, 162-173*

Hancock, J.T. & Guillory, J. (2016). Lies, damned lies and online lies. In S. Sundar (ed.) T*he Handbook of the Psychology of Communication Technology (pp. 270-289).* Wiley Blackwell.

Hancock, J.T., & Gonzales, A. (2012). To Lie or Not To Lie Online: The Pragmatics of Deception in Computer-Mediated Communication. In S. Herring, D. Stein and T. Virtanen (Eds.) *Handbook of Pragmatics of Computer-Mediated Communication*. Berlin, Germany: Mouton de Gruyter.

Toma, C. L., & Hancock, J. T. (2011). Love's labor online: Self-presentation in online dating profiles. In K. B. Wright & L. M. Webb (Eds.) *Computer-Mediated Communication in Personal* Relationships (pp 41-55), Hampton Press.

Toma, C. & Hancock, J.T. (2009). Lying for Love in the Digital Age: Deception in Online Dating. In M. McGlone & M. Knapp (eds.) *Interplay of Truth and Deception* (pp. 149-164). New York, NY: Taylor & Francis.

Hancock, J.T. (2009). Digital Deception: The Practice of Lying in the Digital Age. To appear in B. Harrington (ed.) *Deception: Methods, Contexts and Consequences (Santa Fe Institute)* (pp.109-120). Palo Alto, CA: Stanford Press.

**EXHIBIT A**

Hancock, J.T., Purdy, K., & Dunham, P.J. (2007). Children's comprehension of critical and complimentary forms of verbal irony. In R. W. Gibbs and H. L. Colston (Eds.) *Irony in language and thought:  A cognitive science reader* (pp. 425-446).  Hillsdale, NJ: Lawrence Erlbaum.

Hancock, J.T. (2007). Disclosure and Deception in Tomorrow's Survey Interview: The Role of Information Technology. In M. Schober & F. Turner (eds.) *Envisioning the Survey Interview of the Future* (pp. 179-194). Hoboken, NJ: John Wiley & Sons.

Hancock, J.T. (2007). Digital deception: When, where and how people lie online. In K. McKenna, T. Postmes, U. Reips & A.N. Joinson (eds) *Oxford Handbook of Internet Psychology* (pp. 287-301). Oxford: Oxford University Press.

Shapiro, M.A., Pena-Hebron, J, & Hancock, J.T. (2006). Realism, imagination and videogames. In P. Vorderer and Jennings Bryant (Eds.) *Playing Computer Games: Motives, Responses, and Consequences* (pp. 275-290). New York: Lawernce Earlbaum Associates.

**Encyclopedia Entries**

Markowtiz, D.M. & Hancock, J.T. (2016). Online deception. In the *International Encyclopedia of Interpersonal Communication.* John Wiley & Sons. Inc: New York, NY.

31 entries in T. R. Levine (Ed.), Encyclopedia of Deception (pp. 667-668). Thousand Oaks, California: Sage Publications. List available upon request.

**Selected Invited Talks**

Hancock, JT (Sept, 2020). The Human Psychology of Live versus Written Hearings. Panel at The Right To Be Heard: The Future of Advocacy in Post-Pandemic Canada.

Hancock, J.T. (2015, March). The Facebook Study: A Personal Account of Data Science, Ethics and Change. Opening Keynote at *CSCW 2015*, Vancouver, BC.

**Media Resource**

*Selected Print and Web Media*

USA Today, Absence Makes the Heart Grow Fonder, July 2013
CNN, Social Media Can Make Us More Honest, Jan, 2013
Associated Press, LinkedIn Resumes More Honest, Mar 2012
New York Times, Love, Lies and What they Learned, Nov 2011
New York Times, Ferreting Out Fake Reviews, Aug 2011
Fox News TV. Telling Lies Online, Feb, 2010.

**EXHIBIT A**

McCarthy, E. Small lies about height or weight are frequently on online dating sites. *The Washington Post* (December, 2009)

Bielski, Z. Sex, lies and online profiles: Can you spot the fake? *Globe and Mail* (December, 2009)

NSF Media Advisory (Dec, 2009). Hancock discusses deception on Internet dating and social networking science. http://www.nsf.gov/news/news_videos.jsp?cntn_id=116021&media_id=65969

Lindner, M. How to sniff out a liar. Forbes.com (May, 2009)

Miller, G. (2007). The promise of Parallel Universes. *Science*, 317, 1341-1343.

Scientific American -  The Truth about Online Dating, Feb, 2007

Reuters -  Most online daters trim the fat, stand tall to win love**,** Feb, 2007

New Scientist – Online daters: Tall, dark and dishonest, Jan, 2007

New Scientist – Just can't get e-nough, Dec, 2006

New Scientist – For a new personality, click here, Feb 2005

Readers Digest - Catch an Online Fibber, Jan, 2005

National Post - Lying online, Oct 23, 2004

New York Times Magazine – The honesty virus, Mar 21, 2004

New York Times - E-Mail Doesn't Lie (That Much), Mar 2, 2004

New Scientist – People lie more on the phone than by email, Feb 12, 2004

ABC News - Liars on the Line, Feb 24, 2004

Washington Times – Liars find comfort on the phone, Feb 20, 2004

*Selected Television Appearances*

CBS Morning Show, Deception and Redemption, Jan, 2013

CBS Morning Show, Social Networks and Privacy, Mar, 2012

CBS Morning Show, Protecting Online Privacy, Feb 2012

CBS Morning Show, Online Dating, Feb 2012

CTV News, Fake Reviews, Sept 2011

ABC News Now – Top Priority, Dec 14, 2005

CNN – Anderson Cooper 360 degrees

My research has been covered in over a dozen countries, including Canada, England, Chile, Scotland, Denmark, Holland, Wales, Germany, South Africa, India, Pakistan, Japan, and Australia, in over 100 print and web pieces. It was one of the top ten emailed stories on ABC News on the day it was published. The study has been discussed in over 20 radio interviews, including the BBC and NPR, and has been reported on over 450 stations in the U.S.

**Teaching and Advising**

**Teaching Interests**

Psychology of Language, Social Cognition, Interpersonal Communication, Computer-Mediated Communication, Social Psychology, Research Methods

**EXHIBIT A**

**Cornell Courses Taught**

| | |
|---|---|
| 2012-fall | 4550 – Deception in the Networked Age (N=30) |
| 2013-fall | 2450 – Communication and Technology (N=180) |
| 2013-fall | 1840 – Six Pretty Good Books (N=90) |
| 2012-fall | 4550 – Deception in the Networked Age (N=32) |
| 2011-fall | 1840 – Six Pretty Good Books (N=86) |
| 2011-fall | 2450 – Communication and Technology (N=180) |
| 2010-fall | 4550 – Deception in the Networked Age (N=12) |
| 2009-fall | 2450 – Communication and Technology (N=180) |
| 2008-spring | 450 – Language and Technology (N = 18) |
| 2008-spring | 650 – Graduate Language and Technology (N = 5) |
| 2007-fall | 245 – Psychology of Social Computing (N = 180) |
| 2006-fall | 680 – Introduction to Communication Studies (Graduate) |
| 2006-fall | 445 – Seminar in Computer-Mediated Communication (N =18) |
| 2006-spring | 450 - Language and Technology (N = 28) |
| 2005-fall | 245 - Psychology of Social Computing (N = 109) |
| 2005-spring | 450 - Language and Technology (N = 35) |
| 2005-spring | 650 – Graduate Language and Technology (N = 2) |
| 2004-fall | 440 - Advanced Human-Computer Interaction (N = 17) |
| 2004-fall | 640 - Advanced Human-Computer Interaction Research (Graduate) |
| 2004-spring | 682 - Advanced Communication Research Methods (Graduate) |
| 2004-spring | 245 - Psychology of social computing (N = 47) |
| 2003-fall | 450 - Language and technology (N = 23) |
| 2003-spring | 450 - Language and technology (N = 13) |
| 2002-fall | 494 - Special topics in communication: Lying in everyday life, online and off (N = 5) |
| 2002-fall | 345 - Psychology and the Internet (N = 22) |

**Advising**

*PhD Thesis Advisor*

| | |
|---|---|
| Jorge Pena | *The puppet and the puppeteer: Priming in online contexts*, 2007 |
| Zuoming Wang | *Social Identification and Interpersonal Perception in Computer-mediated Communication: What You Do Versus Who You Are in Virtual Groups,* 2007 |
| Natalie Bazarova | *Attributions, media, and communicative process,* 2009 |
| Amy Gonzales | The Intensifying Effect of Computer-Mediated Communication on Identity Shift: Perceptions of Audience Size, Acquaintanceship and Self-Presentation Certainty as Indicators of Self-Concept Change, 2010 |

**EXHIBIT A**

| | |
|---|---|
| Catalina Toma | Affirming the Self Online: Motives, Costs and Benefits, 2010 |
| Crystal Liang | Absence Makes the Heart Grow Fonder: Behavioral Adaptation and Idealized Perception in Interpersonal Media, 2011 |
| Jamie Guillory | Social Support, Psychosocial Resources and Eating: Using Social Media to Encourage Healthy Eating, 2012 |
| Sunny Kim | Sleep is Proven to Improve your Health - Try This Special Pillow: An Information Processing Approach to Health Advertorials, 2013 |
| Erin Spottswood | Nudging Prviacy on social Network Sites: How Contextual Cues and Surveillance Primes Affect Disclosure Behavior and Privacy Setting Decisions, 2014 |
| David Markowitz | The Media Marshmallow Test: Psychological and Physiological Effects of Applying Self-Control to the Mobile Phone, 2017 |
| Megan French | Algorithmic Mirrors: An Examination of How Personalized Recommendations Can Shape Self-Perceptions and Reinforce Gender Stereotypes, 2018. |
| Annabel Suh | Understanding the Impact of Conversational AI on Supportive Interactions: Towards the CARE (Conversational AI and Response Effects) Model, 2018. |
| Mufan Luo | What makes livestreaming enjoyable? Understanding the impacts of live streaming affordances on hedonic media experiences, 2020 |
| Hannah Mieczhkowski | AI-Mediated Communication: Examining Agency, Ownership, Expertise, and Roles of AI Systems, 2022 |
| Sabrina Huang | Early relationship development: a prospective longitudinal study on new online relationships, 2022 |
| Danae Metaxa | Auditing bias and representation in sociotechnical systems, 2022 |

*Cornell MS Thesis Advisor*

| | |
|---|---|
| Jamie Guillory | *Warranting, self-presentation goals, and deception,* 2009 |
| Randy Au | *Uncovering psychopaths: An automated linguistic analysis,* 2008 |
| Catalina Toma | *Deception in online dating profiles,* 2006 |
| Amy Gonzales | *Self-concept shift in online communication,* 2006 |
| Saurabh Goorha | *Deception detection in face-to-face and computer-mediated environments,* 2004 |
| Jorge Pena | *Task and socioemotional messages in online videogames,* 2004 |
| Antony Berzack | Lies and Mafia 2011 |

**EXHIBIT A**

*Undergraduate Honor's Theses Supervised*

| | |
|---|---|
| Julien Wormser | Priming and Deception on Facebook, 2012 |
| Kate Pasucci | Warranted Self-Presentation in Online Resumes, 2012 |
| Rachel Boochever | Psychopathic Language in Social Media, 2012 |
| Angela Falisi | Using Social Media to Prime Social Support, 2012 |
| Carolyn Witte | The Social Media Effect on Preference Formation and Expression: A Paradigm for Understanding Revolutionary Dynamics in the Digital Age, 2012 |
| Melissa Wollis | *Online Predation: A Linguistic Analysis of Online Predator Grooming, 2011* |
| David Markowitz | *Presidential Lies*, 2010 |
| Rebecca Morrow | *Psychopathic Storytelling: The Effect of Valence on Self and Time in Psychopathic Language Use, 2009* |
| Robin Kornet | *Detecting Emotion in Psychopathic Language*, 2008 |
| Josh Perlin | *It's a Jungle Out There: A Real-World Analysis of Lying in Instant Messaging*, 2008 |
| Barrett Amos | *Are you Lying Now? A Linguistic Examination of Deceptive Utterances in Online Conversation*, 2008 |
| Cameron Hall | *Revealing Online Deception: The Discrepancy Between Deceptive Belief and Practice Online*, 2008 |
| Kailyn Gee | *I'm Sad You're Sad: Emotional Contagion in Instant Messaging*, 2008 |
| Allie Markowitz | *Individual Differences in Irony*, 2007 |
| Erica Fink | *Nice to Meet You: Spontaneous Deceptions in Initial, Online Interactions*, 2007 |
| Kate Frezon | *Profile Information as a Tool for Interpersonal Attraction, 2007* |
| Bethany Marmillo | *The Language of Deception Online: The Role of Suspicion, 2006* |
| Chris Landrigan | *Emotional Language in CMC*, 2006 |
| Jackie Nastri | *The Construction of Away Messages: A Speech Act Analysis, 2005* |
| Thompson Ritchie | *Effects of communication technology on lying behavior in non-student populations, 2004* |
| Nicolas Merola | *Effects of personal and visual anonymity on Internet-based stereotyping behavior, 2004* |
| Lauren Curry | *On lying and being lied to: Automated linguistic analysis of deception*, 2003 |
| Alex Green | *Irony use in computer-mediated conversations*, 2003 |

## Current Professional Activities

## Recent University Service

| | |
|---|---|
| 2023-2024 | Search Committee Member, Stanford MS&E |
| 2018-2019 | Search Committee Member, Stanford MS&E |

31

**EXHIBIT A**

| | |
|---|---|
| 2017-2018 | Search Committee Member, Stanford Communication |
| 2016-2017 | Search Chair, Stanford Communication |
| 2009-2013 | Survey Research Institute – Advisory Board Member |
| 2010-2011 | Cornell Institutional Research Board (IRB) |
| 2012-2013 | CIS Dean Search – Committee Member |
| 2012-2013 | Atkinson Center for a Sustainable Future – Faculty Fellow |
| 2012-2013 | Bronfenbrenner Center for Translational Research (BCTR) – Affiliate |
| 2012-2013 | VPUE Senior Leadership Group - formal leadership committee for university-wide undergraduate education |
| 2012-2013 | Wect Campus Council – Council Member |

**Professional Societies**

American Psychological Association
Cognitive Science Society
International Communication Association
Society for Text and Discourse
Association for Computing Machinery

**Professional Honoraries**

Associate Editor, Discourse Processes, 2007-2013

**Editorial Boards and Reviewing**

**Editorial Boards**

*Small Group Research*
*Journal of Communication*
*Communication Research*
*Media Psychology*
*Journal of Computer-Mediated Communication*
*Social Psychology and Personality Science*

**Ad hoc reviewer**
*Cognitive Science, Journal of Communication, Human Communication Research, Journal of European Social Psychology, Social Psychological and Personality Science, Pragmatics, Journal of Experimental Social Psychology, Developmental Psychology, Personality and Social Psychology Bulletin, Journal of Computer-Mediated Communication, Communication Research, Communication Theory, Computer-Human Interaction (CHI), Society for Text and Discourse, Human Communication Research, Social Development, Computer-Supported Cooperative Work (CSCW), Media and Society, Western Journal of Communication, Media Psychology, Journal of Language and Social Psychology, New Media and Society, Journal of Applied Psycholinguistics, MISQ, Journal of Marketing Research, PLOS One, PNAS, Journal of Social and Personal Relationships*

32

**EXHIBIT A**

**Reviewer for funding agencies**

*National Science Foundation (2006-present), Social Science and Humanities Research Council of Canada (2006, 2009), Office of Naval Research (2011)*

**EXHIBIT A**

# Jeffrey T. Hancock
# Expert Witness Curriculum Vitae

## Education

2002            Ph.D. Dalhousie University,      Psychology

1998            M.Sc. Dalhousie University,      Psychology

1996            B.Sc.  University of Victoria, Psychology

## Primary Academic Positions

2015-present    Harry and Norman Chandler Professor of Communication,
                Stanford University

2023-present    Co-Director, Stanford Cyber Policy Center and the Stanford
                Internet Observatory

2020-present    Co-Founding Editor of the *Journal of Trust and Safety*

2015-present    Founder and Director, Stanford Social Media Lab
                Stanford University

2002-2015       Professor of Communication and Information Science
                Cornell University

## Cases - Current

Expert witness for the US government in an ongoing, non-public and confidential investigation for the FTC on the issue of how statements portrayed on websites, on social media and in emails would be interpreted by a reasonable viewer.

Expert witness for the defense in the case of USA v. Myrna Ortiz, 2:22-cr-00006-TJS on vulnerabilities to online scams. Eastern District of Pennsylvania.

Expert witness for the plaintiff in the case of E. Remy Martin & Co. vs. Sire Spirits LLC, Vetroelite Inc., and Vetroeltie S.P.A., 1:21-cv-06838-AKH on the prevalence of bots online and how social media messages would be interpreted by reasonable persons.

**EXHIBIT B**

Expert witness for the defense in the case of <u>The State of Oregon v. Justin Metschan-Baertlein, Case No. 18-CR-31560</u>, regarding how messages exchanged in text messaging would be interpreted by reasonable persons.

**Cases - Completed (last 5 years)**

Expert witness for the <u>State Bar of California in the case of The State Bar of California va Marla Ann Brown, Case No. SBC-23-O-30270-DGS</u> to provide testimony on how information Twitter is produced on the platform and how it is interpreted by a reasonable viewer.

Expert witness for the defense in <u>Doe vs. Union School District</u> to provide testimony on texting prevalence and behaviors of adolescence during the years 2006-2012.

Expert witness for the defense in the case of <u>Michael Rapaport v. Barstool Sports</u> on how statements portrayed on websites, on social media and in emails would be interpreted by a reasonable viewer.

Expert witness for the defense in a binding arbitration in the case of <u>American Apparel, Inc., et al. v. Irene Morales</u>, regarding how ordinary language users would make sense of language used in online weblogs.

Expert witness for the defense in the case of <u>US v. Alexander Davis</u>, <u>Criminal No. 18-105-1</u> on the issue of how ordinary language users would make sense of language used on digital platforms.

Expert witness for the defense in the case of <u>State of California v. William Butte, Docket No. 01-183264-1</u> on the issue of how ordinary language users would make sense of language used on digital platforms.

Expert witness for the defense in the case of <u>US v. Thomas Traumann</u>, Criminal No. 18-CR-00564, on the issue of how ordinary language users would make sense of communication in Internet chat rooms, emails and in online dating applications.

Expert witness for the defense in the case of <u>State of Missouri v. Darren Lasley, Docket No. 17-04045-01-CR-C-BCW</u> on the issue of how ordinary language users would make sense of language used on digital platforms.

**Relevant Law Enforcement Consulting and Experience**

**EXHIBIT B**

| 2015 | Federal Law Enforcement Training Center (FLETC) FLETC Psychology Consortium 2016, Behavioral Science Division |
|------|------|
| 2010 | United States Secret Service (USSS) |
| 2009-2010 | United States Government (USG) |
| 2007-2008 | Counter-Intelligence Field Activity (US Department of Defense) |
| 1994-1996 | Canada Customs, Border Officer |

**Relevant peer-reviewed academic research papers**

*Misinformation and AI*

Markowitz, D. M., Hancock, J. T., & Bailenson, J. N. (2024). Linguistic Markers of Inherently False AI Communication and Intentionally False Human Communication: Evidence From Hotel Reviews. *Journal of Language and Social Psychology, 43(1),* 63-82. https://doi-org.stanford.idm.oclc.org/10.1177/0261927X231200201

Brown, J., Bailenson, J., & Hancock, J. (2023). Misinformation in Virtual Reality. *Journal of Online Trust and Safety, 1(5).* https://doi:10.54501/jots.v1i5.120

Moore, R. C., Dahlke, R., & Hancock, J. T. (2023). Exposure to untrustworthy websites in the 2020 US election. *Nature Human Behaviour,* 1-10.

Hohenstein, J., Kizilcec, R. F., DiFranzo, D., Aghajari, Z., Mieczkowski, H., Levy, K., ... & Jung, M. F. (2023). Artificial intelligence in communication impacts language and social relationships. *Scientific Reports, 13(1)*, 5487.

Hancock, J. T. & Bailenson. J. N. (2021) The Social Impact of Deepfake, *Cyberpsychology, Behavior, and Social Networking*.24 (3).149-152. http://doi.org/10.1089/cyber.2021.29208.jth

*Psychopaths*

**EXHIBIT B**

Hancock, J. T., Woodworth, M., & Boochever, R. (2018). Psychopaths Online: The Linguistic Traces of Psychopathy in Email, Text Messaging and Facebook. *Media and Communication, 6,* 83-92.

Hancock, J.T., Woodworth, M., & Porter, S. (2013). Hungry like the wolf: A word pattern analysis of the language of psychopaths. *Legal and Criminological Psychology, 18,* 102-114.

Woodworth, M., Hancock, J.T., Porter, S., Hare, R., Logan, M., O'Toole, M.E. & Smith, S. (2012). The Language of Psychopaths: New Findings and Implications for Law Enforcement. FBI Law Enforcement Bulletin, July 2012 Issue.

*Internet Crimes Against Children Cases*

Drouin, M., Boyd, R. L., Hancock, J. T., & James, A. (2017). Linguistic analysis of chat transcripts from child predator undercover sex stings. *Journal of Forensic Psychiatry and Psychology, 28*, 437-457.

Black, P., Wollis, M., Woodworth, M. & Hancock, J.T. (2015). A Linguistic Analysis of Grooming Strategies of Online Child Sex Offenders: Implications for our Understanding of Predatory Sexual Behavior in an Increasingly Computer-Mediated World. *Child Abuse & Neglect*, *44,* 140-149.

*Deception, Credibility Assessment and Understanding Language*

Markowitz, D. M., & Hancock, J. T. (2019). Deception and Language: The Contextual Organization of Language and Deception (COLD) Framework. In *The Palgrave Handbook of Deceptive Communication* (pp. 193-212). Palgrave Macmillan, Cham

Kim, S.J., & Hancock, J.T. (2017). How advertorials deactivate advertising schema: MTurk-based experiments to examine persuasion tactics and outcomes. *Communication Research*. *44,* 7, 1019-1045. https://doi.org/10.1177/0093650216644017

Hancock, J.T. & Guillory, J. (2016). Lies, damned lies and online lies. In S. Sundar (ed.) T*he Handbook of the Psychology of Communication Technology (pp. 270-289).* Wiley Blackwell.

**EXHIBIT B**

Ott, M., Cardie, C., Choi, Y., & Hancock, J.T. (2011). Finding deceptive opinion spam by any stretch of the imagination. *Proceedings of the 49th Annual Meeting of the Association for Computational Linguistics (ACL 2011)*, 309–319.

Hancock, J. T., Woodworth, M., & Goorha, S. (2010).  See no evil:  The effect of communication medium and motivation on deception detection.  *Group Decision and Negotiation, 19, 327-343.*

Hancock, J.T., Curry, L., Goorha, S., & Woodworth, M.T. (2008). On lying and being lied to: A linguistic analysis of deception. *Discourse Processes, 45*, 1-23.

Hancock, J.T. (2004). Verbal irony use in computer-mediated and face-to-face conversations. *Journal of Language and Social Psychology, 23,* 447-463.

**EXHIBIT B**

# References

## Cited References

Ahmed, S., Bee, A. W. T., Ng, S. W. T., & Masood, M. (2024). Social Media News Use Amplifies the Illusory Truth Effects of Viral Deepfakes: A Cross-National Study of Eight Countries. *Journal of Broadcasting & Electronic Media*, 1-28.

Appel, M., & Prietzel, F. (2022). The detection of political deepfakes. *Journal of Computer-Mediated Communication*, *27*(4), zmac008.

Brown, J., Bailenson, J., & Hancock, J. (2023). Misinformation in virtual reality. *Journal of Online Trust and Safety*, *1*(5).

De keersmaecker, J., & Roets, A. (2023). Deepfakes and the Illusion of Authenticity: Cognitive Processes Behind Misinformation Acceptance. Computers in Human Behavior, 139, 107569. https://doi.org/10.1016/j.chb.2023.107569

Farid, H. (2022). Creating, using, misusing, and detecting deep fakes. *Journal of Online Trust and Safety*, *1*(4).

Goldstein, J., Nikkhah, M., Pulmo, J., Shapiro, J., & Wint, K. (2023). Generative Language Models and Automated Influence Operations: Emerging Threats and Potential Mitigations. Center for Security and Emerging Technology, Georgetown University.

Hameleers, M., van der Meer, T. G., & Dobber, T. (2024). They would never say anything like this! Reasons to doubt political deepfakes. *European Journal of Communication*, *39*(1), 56-70.

Hameleers, M., & Marquart, F. (2023). It's nothing but a deepfake! The effects of misinformation and deepfake labels delegitimizing an authentic political speech. *International Journal of Communication*, *17*, 21.

Hancock, J. T., & Bailenson, J. N. (2021). The social impact of deepfakes. *Cyberpsychology, behavior, and social networking*, *24*(3), 149-152.

Hancock, J. T., Naaman, M., & Levy, K. (2020). AI-mediated communication: Definition, research agenda, and ethical considerations. *Journal of Computer-Mediated Communication*, *25*(1), 89-100.

Hwang, J., Zhang, X., & Wang, Y. (2023). The Influence of Deepfake Videos on Political Attitudes and Behavior. Journal of Information Technology & Politics, 20(2), 165-182. https://doi.org/10.1080/19331681.2022.2151234

EXHIBIT C

Metz, R. (Aug 6, 2021). How a deepfake Tom Cruise on TikTok turned into a very real AI company. CNN Business

Pataranutaporn, P., Archiwaranguprok, C., Chan, S. W., Loftus, E., & Maes, P. (2024). Synthetic Human Memories: AI-Edited Images and Videos Can Implant False Memories and Distort Recollection. arXiv preprint arXiv:2409.08895.

Russell, S., & Norvig, P. (2021). Artificial Intelligence: A Modern Approach (4th ed.). Pearson.

Vaccari, C., & Chadwick, A. (2020). Deepfakes and Disinformation: Exploring the Impact of Synthetic Political Video on Deception, Uncertainty, and Trust in News. Social Media + Society, 6(1), 1-13. https://doi.org/10.1177/2056305120903408

**References consulted but not cited:**

Goodfellow, I., Pouget-Abadie, J., Mirza, M., Xu, B., Warde-Farley, D., Ozair, S., ... & Bengio, Y. (2014). Generative Adversarial Nets. In Advances in Neural Information Processing Systems (pp. 2672–2680).

Radford, A., Wu, J., Child, R., Luan, D., Amodei, D., & Sutskever, I. (2019). Language Models are Unsupervised Multitask Learners. OpenAI GPT-2 Technical Report.

Zhang, Y., Sun, S., Galley, M., Chen, Y.-C., Brockett, C., Gao, X., ... & Dolan, B. (2020). DIALOGPT: Large-Scale Generative Pre-training for Conversational Response Generation. In Proceedings of the 58th Annual Meeting of the Association for Computational Linguistics: System Demonstrations (pp. 270–278).

Karras, T., Laine, S., Aittala, M., Hellsten, J., Lehtinen, J., & Aila, T. (2020). Analyzing and Improving the Image Quality of StyleGAN. In Proceedings of the IEEE/CVF Conference on Computer Vision and Pattern Recognition (pp. 8110–8119).

Shum, H.-Y., He, X., & Li, D. (2018). From Eliza to XiaoIce: Challenges and Opportunities with Social Chatbots. Frontiers of Information Technology & Electronic Engineering, 19(1), 10–26.

Bender, E. M., Gebru, T., McMillan-Major, A., & Shmitchell, S. (2021). On the Dangers of Stochastic Parrots: Can Language Models Be Too Big? In Proceedings of the 2021 ACM Conference on Fairness, Accountability, and Transparency (pp. 610–623).

EXHIBIT C

Covington, P., Adams, J., & Sargin, E. (2016). Deep Neural Networks for YouTube Recommendations. In Proceedings of the 10th ACM Conference on Recommender Systems (pp. 191–198).

Zmigrod, L., Burnell, R., & Hameleers, M. (2023). The Misinformation Receptivity Framework. European Psychologist.

Groh, M., Sankaranarayanan, A., & Picard, R. (2022). Human detection of political deepfakes across transcripts, audio, and video. arXiv preprint arXiv:2202.12883.

Ahmed, S., Wang, Y., & Bee, A. W. T. (2023). Adjusting news accuracy perceptions after deepfakes exposure: Evidence from a non-Western context. Telematics and Informatics, 84, 102047.

Köbis NC, Doležalová B, Soraperra I. Fooled twice: People cannot detect deepfakes but think they can. iScience. 2021 Oct 29;24(11):103364. doi: 10.1016/j.isci.2021.103364. PMID: 34820608; PMCID: PMC8602050.