# Jevin D. West

---

Associate Professor  
Information School  
University of Washington  
Box 352840, Seattle, WA, 98195

Email:    jevinw@uw.edu  
Web:     jevinwest.org  
Center:   cip.uw.edu  
Phone:   (206) 543-2646

## Academic Positions

| | |
|---|---|
| 2024 - 2024 | **Professor, Information School, University of Washington** |
| 2024 - 2027 | Associate Dean of Research, Information School, University of Washington |
| 2019 - 2023 | Associate Professor, Information School, University of Washington |
| 2019 - 2023 | Co-founder and Inaugural Director, Center for an Informed Public, University of Washington |
| 2024 - 2024 | Visiting Associate Professor, School of Information, University of California, Berkeley |
| 2018 - 2023 | Adjunct Faculty, Computer Science & Engineering, University of Washington |
| 2014 - 2023 | Affiliate Faculty, Center for Statistics & Social Sciences, University of Washington |
| 2014 - 2023 | Data Science Fellow, eScience Institute, University of Washington |
| 2014 - 2023 | Co-Director, DataLab, Information School, University of Washington |
| 2013 - 2019 | Assistant Professor, Information School, University of Washington |

## Education

| | |
|---|---|
| 2011 - 2012 | Postdoc, Department of Physics, Umea Unviersity, Sweden |
| 2005 - 2010 | Ph.D., Department of Biology, University of Washington |
| 1996 - 2004 | B.S., M.S., Department of Biology, Utah State University |

## Research

*Misinformation, Science of Science, Computational Social Science, Bullshit Studies*

I study the science of science, the spread of misinformation in and about science, and the sociotechnical factors driving the evolution of science.

## Publications[1]

2024

**P:** Duskin, K., Schafer, J., West, J. D., and Spiro, E. (2024b). Do friend recommendations construct echo chambers? an algorithmic audit on twitter. *ACM Web Science Conference (WebSci)*, (in press)

**P:** Harris, M. J., Murtfeldt, R., Wang, S., Mordecai, E. A., and West, J. D. (2024). Perceived experts are prevalent and influential within an antivaccine community on twitter. *Prceedings of the National Academy of Sciences (PNAS) Nexus*, 3(2):pgae007

**P:** Binz, M., Alaniz, S., Roskies, A., Aczel, B., Bergstrom, C. T., Allen, C., Schad, D., Wulff, D., West, J. D., Zhang, Q., et al. (2024). How should the advent of large language models affect the practice of science? *Proceedings of the National Academy of Sciences of the United States of America*, (in press)

**P:** Farr, D. T., Cruickshank, I., Manzonelli, N., Clark, N., Starbird, K., and West, J. D. (2024). Llm chain ensembles for scalable and accurate data annotation. *IEEE International Conference on Big Data*, (in press)

**P:** Peter, S., Riemer, K., and West, J. D. (2024a). The arrival of anthropomorphic systems. *Proceedings of the National Academy of Sciences*, (in review)

**P:** Bak-Coleman, J., Mann, R., Bergstrom, C. T., and West, J. D. (2023). Replication does not reliably measure scientific productivity. *SocArxiv*, (in review)

**P:** Peter, S., Riemer, K., and West, J. D. (2024b). On the nature of generative AI. *(in review)*

**P:** Hodel, D. and West, J. D. (2024a). Disagreement as a way to study misinformation and its effects. *Harvard Kennedy School (HKS) Misinformation Review*, (in review)

---

[1]**P** = peer-reviewed

**EXHIBIT A**

**P:** Hodel, D. and West, J. D. (2024b). Response: Emergent analogical reasoning in large language models. *Nature Human Behavior*, (in review)

**P:** Duskin, K., West, J. D., and Bak-Coleman, J. (2024c). Suspension of prominent accounts minimally impacts platform engagement. *in review*

**P:** Duskin, K., Schafer, J., West, J. D., and Spiro, E. (2024a). Content recommendation on twitter during the 2022 u.s. midterm election. *ACM Web Conference (WWW)*, (in review)

**P:** Hodel, D., West, J. D., and Caliskan, A. (2024). Probability association test: Inclusive detection and quantification of biases and associations in language models. *NAACL*, (in review)

West, J. D. and et al. (2024). Understanding and addressing misinformation about science. *National Academies of Sciences, Engineering and Medicine (NASEM) Consensus Report*, (in press)

Alvarez, A., Caliskan, A., Crockett, M., Ho, S. S., Messeri, L., and West, J. (2024). Science communication with generative ai. *Nature Human Behaviour*, 8(4):625–627

Murtfeldt, R., Alterman, N., Kahveci, I., and West, J. D. (2024). Rip twitter api: A eulogy to its vast research contributions. *arXiv preprint arXiv:2404.07340*

Kharazian, Z., Jalbert, M., Dash, S., Memon, S. A., Starbird, K., Spiro, E. S., and West, J. D. (2024). Our field was built on decades-old bodies of research across a range of disciplines. it wasnt invented by a 'class of misinformation experts' in 2016. *Center for an Informed Public, Blog*, January 24

2023 | **P:** Beers, A., Nguyn, S., Starbird, K., West, J. D., and Spiro, E. S. (2023). Selective and deceptive citation in the construction of dueling consensuses. *Science Advances*, 9(38):eadh1933

**P:** Prochaska, S., Duskin, K., West, J. D., and Starbird, K. (2023). Mobilizing manufactured reality: How participatory disinformation shaped deep stories to catalyze action during the 2020 u.s. presidential election. *Proceedings of the ACM on Human-Computer Interaction*, 7(CSCW1):1–39

**P:** Wang, S., Lee, C., West, J. D., Bergstrom, C. T., and Erosheva, E. (2023). Gender-based homophily in collaborations across a heterogeneous scholarly landscape. *PLoS One*, 18(4):e0283106

**P:** Conklin, S. L., Nekrasov, M., and West, J. D. (2023). Where are the women: The ethnic representation of women authors in philosophy journal by regional affiliation and specialization. *European Journal of Analytic Philosophy*, 19(1):1–46

**P:** Miller, M., Lindley, A. R., West, J. D., Thayer, E. K., and Godfrey, E. M. (2023). Does lower use of academic affiliation by university faculty in top u.s. newspapers contribute to misinformation about abortion? *Journal of Communication in Healthcare*, 16(1):7–20

West, J. D. (2023). The chatbot era: Better or worse off? *Seattle Times*, March 31

Bergstrom, C. T. and West, J. D. (2023). How publishers can fight misinformation in and about science. *Nature Medicine*, July 7

Starbird, K., Calo, R., Coward, C., Spiro, E., and West, J. D. (2023). Addressing false claims and mis-perceptions of the uw center for an informed publics research. *Center for an Informed Public Blog*, March 16

Venkatagiri, S., Caulfield, M., and West, J. D. (2022). How real-time visualizations of vote count 'spikes' can lead to unfounded allegations of election fraud. *Election Integrity Partnership Blog*, November 13

Chamberline, C. and West, J. D. (2023). Grantexplorer. *ACS Green Chemistry Institute Nexus*, March 24

2022 | **P:** Bak-Coleman, J. B., Kennedy, I., Wack, M., Beers, A., Schafer, J. S., Spiro, E. S., Starbird, K., and West, J. D. (2022). Combining interventions to reduce the spread of viral misinformation. *Nature Human Behaviour*, 6(10):1372–1380

**P:** Zade, H., Wach, M., Zhang, Y., Starbird, K., Calo, R., Young, J., and West, J. D. (2022). Auditing google's search headlines as a potential gateway to misleading content: Evidence from the 2020 us election. *Journal of Online Trust and Safety*, 1(4):1–32

**P:** Hassoun, N., Conklin, S., Nekrasov, M., and West, J. D. (2022). The past 110 years: Historical data on the underrepresentation of women in philosophy journals. *Ethics*, 132(3):680–729

**EXHIBIT A**

**P:** Portenoy, J., Radensk, M., West, J. D., Horvitz, E., Weld, D. S., and Hope, T. (2022). Bursting scientific filter bubbles: Boosting innovation via novel author discovery. *Proceedings of the 2022 CHI Conference on Human Factors in Computing Systems*, April 29:pages=1–13

West, J. D. (2022). A volcanic change in social-media landscape. *Seattle Times*, December 9

Bak-Coleman, J. B. and West, J. D. (2022). Modest interventions complement each other in reducing misinformation. *Nature Human Behaviour*, June 23

Torrance, A., West, J. D., and Friedman, L. (2022). Global ebbs and flows of patent knowledge. In *Trade in Knowledge: Intellectual Property, Trade and Development in a Transformed Global Economy*, chapter 7, pages 218–264. Cambridge University Press

West, J. D. and Bergstrom, C. T. (2022). An introduction to calling bullshit: Learning to think outside the black box. *Numeracy*, 15(1):1–5

2021    **P:** West, J. D. and Bergstrom, C. T. (2021). Misinformation in and about science. *Proceedings of the National Academies of Sciences*, 118(15):1–8

**P:** Vasan, K. and West, J. D. (2021). The hidden influence of communities in collaborative funding of clinical science. *Royal Society Open Science*, 8(8):210072

**P:** Aulck, L., Malters, J., Lee, C., Mancinelli, G., Sun, M., and West, J. (2021). Helping students fig-ure it out: A large-scale study of freshmen interest groups (figs) and student success. *AERA Open*, 7(1):1–19

Calo, R., Coward, C., Spiro, E., Starbird, K., and West, J. D. (2021). How do you solve a problem like misinformation? *Science Advances*, 7(50):eabn0481

Torrance, A. and West, J. D. (2021). Patent analytics: Information from innovation. In Katz, D. M., Bommarito, M. J., and Dolin, R., editors, *Legal Informatics*, chapter 3-4, pages 257–288. Cambridge University Press

Center for an Informed Public, Digital Forensic Research Lab, Graphika, Stanford Internet Observatory (2021). The long fuse: Misinformation and the 2020 election. *Election Integrity Partnership*, March 2

2020    **Book:** C.T. Bergstrom and **J.D. West** (2020). *Calling Bullshit: The Art of Skepticism in a Data-Driven World*. Random House

**P:** Kim, L., Portenoy, J. H., West, J. D., and Stovel, K. W. (2020b). Scientific journals still matter in the era of academic search engines and preprint archives. *Journal of the American Society for Information Science & Technology*, 71(10):1218–1226

**P:** Hope, T., Portenoy, J., Vasan, K., Borchardt, J., Horvitz, E., Weld, D. S., Hearst, M. A., and West, J. D. (2020). Scisight: Combining faceted navigation and research group detection for covid-19 exploratory scientific search. *Proceedings of the Conference on Empirical Methods in Natural Language Processing (EMNLP) (Systems Demonstrations)*

**P:** Kim, L., Adolph, C., West, J. D., and Stovel, K. (2020a). The influence of changing marginals on measures of inequality in scholarly citations: Evidence of bias and a resampling correction. *Sociological Science*, 7:314–341

**P:** Aulck, L., Nambi, D., and West, J. D. (2020). Increasing enrollment by optimizing scholarship allocations using machine learning and genetic algorithms. *International Conference on Educational Data Mining (EDM)*, pages 29–38

**P:** Aref, S., Miranda-Gonzalez, A., Subbotin, A., Theile, T., Zagheni, E., and West, J. D. (2020). Modeling and analysis of migration and mobility among scholars using bibliometric data. *Social Informatics: 2nd Workshop on Reframing Research*

**P:** Portenoy, J. and West, J. D. (2020). Constructing and evaluating automated literature review systems. *Scientometrics*, 125(3):3233–3251

Geeng, C., Francisco, T., West, J. D., and Roesner, F. (2020). Social media covid-19 misinformation interventions viewed positively, but have limited impact. *arXiv*, arXiv:2012.11055

Starbird, K., Spiro, E., and West, J. D. (2020b). This covid-19 misinformation went viral. heres what we learned. *The Washington Post*, May 8

**EXHIBIT A**

West, J. D. and Bergstrom, C. T. (2020b). Hydroxychloroquine for covid-19 prevention? how to separate science from partisanship. *NBC News Op-Ed*, August 5th

Starbird, K., West, J. D., and DiResta, R. (2020c). 5 types of misinformation to watch out for while ballots are being counted and after. *The Conversation*, November 5

West, J. D. and Bergstrom, C. T. (2020a). Calling bs: Data reasoning during an infodemic. *Organisation for Economic Co-operation and Development (OECD) Forum*, October 20

West, J. D. (2020b). A center for an informed public. *University of Washington Magazine*, 31(1):6

West, J. D. and Bergstrom, C. T. (2020c). Misinformation and the impending us election. *Penguin Random House Newsletter*, August

West, J. D. (2020a). The 2020 election integrity partnership. *Yale University Law School Information Society Project (ISP)*, December 11

J. Bak-Coleman, M. Wack, J. Schafer, E. Spiro, and **J.D. West** (2020b). Vote data patterns used to delegitimize the election results. *Election Integrity Partnership*, November 6

Starbird, K., Caulfield, M., DiResta, R., **West, J.D.**, Spiro, E., Buckley, N., Moran, R., and Wack, M. (2020a). Uncertainty and misinformation: What to expect on election night and days after. *Election Integrity Partnership*, October 26

C. Geeng, F. Roesner, and **J.D. West** (2020). Know the facts: Do social media covid-19 banners help? *Medium*, April 2

S. Prochaska, M. Grass, and **J.D. West** (2020). Deepfakes and the u.s. elections: Lessons from the 2020 workshops. *University of Washington Center for an Informed Public (CIP)*

F. Maffia, A. Verret, G. Wood, J. Gardner, C.T. Bergstrom, and **J.D. West** (2020b). Uncovering reality. *Pacific Science Center (Virtual Exhibit)*

J. Bak-Coleman, M. Haughey, J. Schaferand M. Wack, and **J.D. West** (2020a). Weaponizing projections as tools of election delegitimization. *Election Integrity Partnership*, November 3

F. Maffia, A. Verret, G. Wood, J. Gardner, C.T. Bergstrom, and **J.D. West** (2020a). Facts in the time of covid-19. *Pacific Science Center (Virtual Exhibit)*

2019    **P:** Aulck, L., Nambi, D., and West, J. D. (2019b). Using machine learning and genetic algorithms to optimize scholarship allocation for student yield. *Special Interest Group on Knowledge Discovery and Data Minings (KDD) Workshop on Machine Learning in Education*

**P:** S. Aref, E. Zagheni, and **J.D. West** (2019). The demography of the peripatetic researcher: Evidence on highly mobile scholars from the web of science. In *Social Informatics*, pages 50–65. Springer International Publishing

**P:** S. Yang, P. Lee, A. Joshi, L. Kazakova, B.M. Oh, **J.D. West**, and B. Howe (2019a). Identifying the central figure of a scientific paper. *International Conference on Document Analysis and Recognition (ICDAR)*, pages 1063–1070

**P:** Larsen, K. R., Hovorka, D., Dennis, A., and West, J. D. (2019). Understanding the elephant: The discourse approach to boundary identification and corpus construction for theory review articles. *Journal of the Association for Information Systems*, 20(7):15

**P:** S. Yang, P. Lee, L. Rodriguez, **J.D. West**, and B. Howe (2019b). Gravitie: Exploratory analysis of large-scale heterogeneous image collections. In *The World Wide Web Conference (WWW)*, pages 3605–3609. Association for Computing Machinery

**P:** Aulck, L., Nambi, D., Velagapudi, N., Blumenstock, J., and West, J. D. (2019a). Mining university transcript and registrar records to predict undergraduate attrition and re-enrollment. *International Conference on Educational Data Mining (EDM)*

**P:** L. Aulck, J. Malters, C. Lee, G. Mancinelli, M. Sun, and **J.D. West** (2019). Using institutional records and student survey responses to examine freshmen interest groups (figs). *Society for Research in Educational Effectiveness (SREE) Symposium on New Types of Data and Their Applications in Educational Research*

**EXHIBIT A**

2018 **P:** H. Piwowar, J. Priem, L. Vincent, J.P. Alperin, J. Pablo, L. Matthias, B. Norlander, A. Farley, **J.D. West**, and S. Haustein (2018). The state of OA: a large-scale analysis of the prevalence and impact of open access articles. *PeerJ*, 6:e4375

**P:** L. Aulck, K. Vasan, and **J.D. West** (2018). Is together better? examining scientific collaborations across multiple authors, institutions, and departments. *Special Interest Group on Knowledge Discovery and Data Minings (KDD) Workshop on Scholarly Big Data (BigScholar)*

**P:** S. Yang, B.M. Oh, D. Merchant, B. Howe, and **J.D. West** (2018). Classifying digitized art type and time period. *SIGKDD Conference On Knowledge Discovery and Data (KDD) Mining Workshop on Data Science for Digital Art History*

**P:** L. Tran, P. Lee, **J.D. West**, and M. Schich (2018). Chromatic structure and family resemblance in large art collections exemplary quantification and visualizations. *SIGKDD Conference On Knowledge Discovery and Data (KDD) Mining Workshop on Data Science for Digital Art History*

**P:** A. Torrance and **J.D. West** (2018b). A worldwide patent citation network. *IP Statistics for Decision Makers (IPSDM) conference*

C.T. Bergstrom and **J.D. West** (2018). Why scatter plots suggest causality, and what we can do about it. *arXiv.org*, 1809.09328

2017 **P:** M.M. King, C.T. Bergstrom, S.J. Correll, J. Jacquet, and **J.D. West** (2017). Men set their own cites high: Gender and self-citation across fields and over time. *Socius*, 3:1–22

**P:** L. Aulck, R. Aras, L. Li, C. LHeureux, P. Lu, and **J.D. West** (2017). Stem-ming the tide: Predicting stem attrition using student transcript data. In *Special Interest Group on Knowledge Discovery and Data Minings (KDDs) Workshop on Machine Learning in Education*

**P:** M. Chow, H. Egna, and **J.D. West** (2017). Towards assessing gender authorship in aquaculture publications. *The Journal of the Asian Fisheries Society*, 30s:131–143

**P:** P. Lee, S. Yang, **J.D. West**, and B. Howe (2017a). Phyloparser: A hybrid algorithm for extracting phylogenies from dendrogram. In *14th IAPR International Conference on Document Analysis and Recognition (ICDAR)*, pages 1087–1094

**P:** P. Lee, **J.D. West**, and B. Howe (2017b). Viziometrics: Analyzing visual information in the scientific literature. *IEEE Transactions on Big Data*, PP(99):1–14

**P:** A.W. Torrance and **J.D. West** (2017). All patents great and small - a big data network approach to valuation. *Virginia Journal of Law and Technology*, 20(3):466–504

**P:** L. Kim, **J.D. West**, and Stovel, K. (2017). Echo chambers in science? In *American Sociological Association (ASA) Annual Meeting*

**P:** B. Howe, P. Lee, M. Grechkin, P.T. Yang, and **J.D. West** (2017). Deep mapping of the visual literature. In *Proceedings of the 26th International Conference on World Wide Web Companion (WWW): Workshop on Big Scholarly Data*, pages 1273–1277

**P:** Hiniker, A., Hong, R., Kim, Y., N. Chen, **J.D. West**, and Aragon, C. (2017). Toward the operationalization of visual metaphor. *Journal of the American Society for Information Science and Technology*, 68(10):2338–2349

**P:** L. Aulck and **J.D. West** (2017). Attrition and performance of community college transfers. *PLoS One*, 12(4):1–23

**P:** J.R. Nahum, **J.D. West**, B.A. Althouse, L. Zaman, C. Ofria, and B. Kerr (2017). Improved adaptation in exogenously and endogenously changing environments. *Proceedings of the 14th European Conference on Artificial Life*, 14:306–313

**P:** A. Torrance and **J.D. West** (2018a). Are trolls good (at choosing valuable patents)? *PAE Reform Symposium*, Stanford Law School

**P:** J. Portenoy and **J.D. West** (2017). Visualizing scholarly publications and citations to enhance author profiles. In *Proceedings of the 26th International Conference on World Wide Web Companion (WWW): Workshop on Big Scholarly Data*, pages 1279–1282

**EXHIBIT A**

**P:** S. Bae, D. Halperin, **J.D. West**, M. Rosvall, and B. Howe (2017). Scalable and efficient flow-based community detection for large-scale graph analysis. *ACM Transactions on Knowledge Discovery from Data*, 11(3):32:1–32:30

**P:** J. Portenoy, J. Hullman, and **J.D. West** (2017). Leveraging citation networks to visualize scholarly influence over time. *Frontiers in Research Metrics and Analytics*, 2:1–10

C.T. Bergstrom, M. Rosvall, D. Vilhena, **J.D. West**, and A. Torrance (2016). Systems and methods for data analysis. *US Patent Application: US20140337280A1*

**J.D. West** (2017). How to fine-tune your bs meter. *Seattle Times*, Op-ed, Sept. 12

2016  **P: J.D. West**, I. Wesley-Smith, and C.T. Bergstrom (2016). A recommendation system based on hierarchical clustering of an article-level citation network. *IEEE Transactions on Big Data*, 2(2):113–123

**P:** I. Wesley-Smith, C.T. Bergstrom, and **J.D. West** (2016). Static ranking of scholarly papers using article-level eigenfactor (ALEF). In *WSDM Conference: Entity Ranking Challenge Workshop*

**P: J.D. West** and J. Portenoy (2016b). Delineating fields using mathematical jargon. In *Joint Conference on Digital Libraries. Workshop on Bibliometric-enhanced Information Retrieval and Natural Language Processing for Digital Libraries (BIRNDL)*, pages 63–71

**P:** L. Aulck, N. Velagapudi, J. Blumenstock, and **J.D. West** (2016). Predicting student dropout in higher education. In *International Conference on Machine Learning (ICML). Workshop on Data4Good: Machine Learning in Social Good Applications*

**P:** I. Wesley-Smith and **J.D. West** (2016). Babel: A platform for research in scholarly article recommendation. In *Proceedings of the 26th International Conference on World Wide Web (WWW)*, pages 389–394

**P:** P. Lee, **J.D. West**, and B. Howe (2016). Viziometrix: A platform for analyzing the visual information in big scholarly data. In *WWW Worskhop on Big Scholarly Data*, pages 413–418

**P:** J. Portenoy and **J.D. West** (2016). Dynamic visualization of citation networks showing the influence of scholarly fields over time. In *WWW Worskhop on Semantics, Analytics, Visualisation: Enhancing Scholarly Data*, pages 147–151. Springer International Publishing

**J.D. West** and J. Portenoy (2016a). The data gold rush in higher education. In Sugimoto, C., Ekbia, H., and Mattioli, M., editors, *Big Data is Not a Monolith*, chapter 10. MIT Press

C.T. Bergstrom and **J.D. West** (2016). Comparing impact factor and scopus citescore. *Eigenfactor.org*

**J.D. West** (2016). The science of data science. *Journal of Integrated Creative Studies*, No.2016-010-e

2015  **P:** C.R. Sugimoto, C. Ni, **J.D. West**, and V. Larivire (2015). The academic advantage: Gender disparities in patenting. *PLoS ONE*, 10(5):e0128000

**P:** I. Wesley-Smith, R.J. Dandrea, and **J.D. West** (2015). An experimental platform for scholarly article recommendation. In *37th European Conference on Information Retrieval (ECIR): Workshop on Bibliometric-Enhanced Information Retrieval*, volume 1344, pages 30–39

2014  **P: J.D. West**, T.C. Bergstrom, and C.T. Bergstrom (2014). Cost effectiveness of open access publications. *Economic Inquiry*, 52(4):1315–1321

**P:** M. Rosvall, A.V. Esquivel, A. Lancichinetti, **J.D. West**, and R. Lambiotte (2014). Memory in network flows and its effects on spreading dynamics and community detection. *Nature Communications*, 5(1)

**P:** D. Vilhena, J. Foster, M. Rosvall, **J.D. West**, J. Evans, and C.T. Bergstrom (2014). Finding cultural holes: How structure and culture diverge in networks of scholarly communication. *Sociological Science*, 1:221–238

**P:** K.R. Larsen, D. Hovorka, **J.D. West**, J. Birt, J.R. Pfaff, T.W. Chambers, Z.R. Sampedro, N. Zager, and B. Vanstone (2014). Theory identity: A machine-learning approach, (best paper nomination). In *Hawaii International Conference on System Sciences*, pages 4639–4648. IEEE

**P:** C.R. Sugimoto, C. Ni, **J.D. West**, and V. Lariviere (2014). Innovative women: an analysis of global gender disparities in patenting. In *International Conference on Science and Technology Indicators*, pages 611–615

**EXHIBIT A**

CASE 0:24-cv-03754-LMP-DLM    Doc. 24-1    Filed 11/01/24    Page 7 of 31

**P: J.D. West** (2014). Modifying the eigenfactor algorithm for improving interpretability. ASIS&T Workshop on Informetric and Scientometric Research, Seattle, WA

**P:** S. Bae, D. Halperin, **J.D. West**, M. Rosvall, and B. Howe (2013). Scalable flow-based community detection for large-scale network analysis. In *International Conference on Data Mining Workshops (ICDMW)*, pages 303–310. IEEE

**P:** M. Brooks, **J.D. West**, C.R. Aragon, and C.T. Bergstrom (2013). Hoptrees: branching history navigation for hierarchies. In *Human-Computer Interaction (INTERACT)*, pages 316–333. Springer

**P:** A. Adler, S. Milojevic, C. Rogers, J. Tennis, S. Van Hooland, , and **J.D. West** (2013). The temporal dimension in the study of knowledge bases: Approaches to understanding knowledge creation and representation over time. *Proceedings of the American Society for Information Science and Technology*, 50(1):1–3

**J.D. West** and D. Vilhena (2014). A network approach to scholarly evaluation. In B. Cronin and C.R. Sugimoto, editors, *Beyond Bibliometrics: Harnessing Multidimensional Indicators of Scholarly Impact*, chapter 8, pages 151–166. MIT Press

2013 | **P: J.D. West**, M.C. Jensen, R.J. Dandrea, G.J. Gordon, and C.T. Bergstrom (2013b). Author-level Eigenfactor metrics: Evaluating the influence of authors, institutions, and countries within the social science research network community. *Journal of the American Society for Information Science and Technology*, 64(4):787–801

**P: J.D. West**, J. Jacquet, M.M. King, S.J. Correll, and C.T. Bergstrom (2013a). The role of gender in scholarly authorship. *PloS One*, 8(7):e66212

**P:** S. Bae, D. Halperin, **J.D. West**, M. Rosvall, and B. Howe (2013). Scalable flow-based community detection for large-scale network analysis. In *International Conference on Data Mining Workshops (ICDMW)*, pages 303–310. IEEE

**P:** M. Brooks, **J.D. West**, C.R. Aragon, and C.T. Bergstrom (2013). Hoptrees: branching history navigation for hierarchies. In *Human-Computer Interaction (INTERACT)*, pages 316–333. Springer

2011 | **P: J.D. West**, D. Peak, K.A. Mott, and S. Messinger (2011). Comparing the dynamics of stomatal networks to the problem-solving dynamics of cellular computers. In *Unifying Themes in Complex Systems: Proceedings of the Fifth International Conference on Complex Systems*, pages 327–341. Springer

**J.D. West** and C.T. Bergstrom (2011). Can ignorance promote democracy? *Science*, 334(6062):1503–1504

2010 | **P: J.D. West**, T.C. Bergstrom, and C.T. Bergstrom (2010b). The eigenfactor metrics: A network approach to assessing scholarly journals. *College and Research Libraries*, 71(3):236–244

**P: J.D. West**, T.C. Bergstrom, and C.T. Bergstrom (2010a). Big macs and eigenfactor scores: Don't let correlation coefficients fool you. *Journal of the American Society for Information Science and Technology*, 61(9):1800–1807

**J.D. West** (2010b). How to improve the use of metrics: Learn from game theory. *Nature*, 465:870–872

**J.D. West**, T.C. Bergstrom, and C.T. Bergstrom (2010c). Response to big macs and eigenfactor scores: The correlation conundrum. *Journal of the American Society for Information Science and Technology*, 61(12):2592–2592

**J.D. West** (2010a). *Eigenfactor: ranking and mapping scientific knowledge*. PhD thesis, University of Washington, Department of Biology

2009 | **P:** B.M. Althouse, **J.D. West**, C.T. Bergstrom, and T.C. Bergstrom (2009). Differences in impact factor across fields and over time. *Journal of the American Society for Information Science and Technology*, 60(1):27–34

**P:** F. Prado, A. Sheih, **J.D. West**, and B. Kerr (2009). Coevolutionary cycling of host sociality and pathogen virulence in contact networks. *Journal of theoretical biology*, 261(4):561–569

**J.D. West**, M. Stefaner, and C.T. Bergstrom (2009). The eigenfactor metrics: How does the journal of biological chemistry stack up? *The American Society for Biochemistry and Molecular Biology (ASBMB Today)*, April:20–21

2008 | C.T. Bergstrom and **J.D. West** (2008a). Assessing citations with the eigenfactor metrics. *Neurology*, 71(23):1850–1851

**EXHIBIT A**

B. Kerr, **J.D. West**, and B. Bohannan (2008). Bacteriophages: models for exploring basic principles of ecology. In S.T. Abedon, editor, *Bacteriophage Ecology: Population Growth, Evolution, and Impact of Bacterial Viruses*, chapter 2, pages 31–63. Cambridge Univerity Press

C.T. Bergstrom, **J.D. West**, and M. Wiseman (2008). The eigenfactor metrics. *The Journal of Neuroscience*, 28(45):11433–11434

**J.D. West** (2008). Eigenfactor - the google approach to bibliometrics. *FrontMatter*, 4:7

**J.D. West** and C.T. Bergstrom (2008a). Calculating author-level eigenfactor metrics. *Eigenfactor.org*

C.T. Bergstrom and **J.D. West** (2008b). Compressed source code for the eigenfactor calculation. *Eigenfactor.org*

**J.D. West** and C.T. Bergstrom (2008b). Calculating journal-level eigenfactor metrics. *Eigenfactor.org*

2005    **P: J.D. West**, D. Peak, J.Q. Peterson, and K.A. Mott (2005). Dynamics of stomatal patches for a single surface of xanthium strumarium l. leaves observed with fluorescence and thermal images. *Plant, Cell & Environment*, 28(5):633–641

2004    **P:** D.Peak, **J.D. West**, S. Messinger, and K.A. Mott (2004). Evidence for complex, collective dynamics and emergent, distributed computation in plants. *Proceedings of the National Academy of Sciences of the United States of America*, 101(4):918–922

**J.D. West** (2004). Investigations into the spatial and temporal dynamics of stomatal networks to determine whether plants perform emergent, distributed computation. Master's thesis, Utah State University, Department of Biology

## Invited Talks

I have given more than 300 invited talks, including more than 40 keynotes or distinguished university lectures (**K**). The list below is not complete at this time. An updated list can be found at jevinwest.org.

2024    **K:** Saphier Family Lecture. Brown University. (Sept. 19)

**K:** Epistemology of Science. Institute for Practical Ethics, University of California, San Diego (May 1)

**K:** Idaho State University Teaching and Learning Symposium. Idaho State University, Pocatello, ID. 'Generative Misinformation' (March 28)

**K:** MIDS Immersion Program. University of California, Berkeley. 'Numbers, statistics, and algorithms: seeing through the BS.' (March 26)

**K:** Discovery Science Lecture Series, University of Nevada. 'Misinformation in and about science.' (Feb. 22)

**K:** UC Berkeley School of Information Distinguished Lecture Series. University of California, Berkeley. 'Misinformation in and about science.' (Feb. 21)

American Mensas Theodore Talks. 'Resisting Misinformation' (Aug. 25)

Information Access Seminar. University of California, Berkeley. 'Search Engines as Gates and Gateways to Misinformation.' (Feb. 16)

Washington State of Reform Health Policy Conference. Sheraton Grand Hotel, Seattle. 'Public Health Check-In: Responding to Disinformation & Intersection of Social Media' (Jan. 4)

2023    **K:** UC Irvine Childrens Hospital of Orange County Research Day. University of California, Irvine. 'The Impact of Misinformation on Pediatric Mental Health and Wellbeing' (Nov. 15)

**K:** Advancing Science in America (ARCS) Annual Luncheon. Seattle, WA (Oct. 30)

**K:** UW Public Lecture Series: Town Hall Seattle. 'Generative Misinformation' (Oct. 27)

**K:** International Research Administration Meeting (Oct. 14)

**K:** Idaho Library Association. Twin Falls, ID. 'Misinformation Interventionists: Working with and for Librarians' (Oct. 5)

**K:** North American Menopause Society (NAMS). Philadelphia, PA (Set. 27)

**K:** TechConnect Conference. University of Washington. (Set. 2)

**K:** International Conference on Computational Social Science (IC2S2). Copenhagen, Denmark (July 18)

**K:** Association of Washington Cities Annual Conference (June 23)

**EXHIBIT A**

**K:** American College of Emergency Physicians (WA-ACEP). Suncadia Lodge, Cle Elum, WA (May 8)

**K:** Jeju National University, Korea R User Group (May 3)

**K:** College of Emergency Preparedness, Homeland Security and Cybersecurity. Albany, NY (April 26)

**K:** Network of the National Library of Medicine (NNLM) Health Misinformation Symposium. 'The Etiology of Medical Misinformation' (April 5)

WA Senate Early Learning & K-12 Education Committee. Olympia, WA. 'Media literacy, misinformation, and disinformation' (Dec. 1)

Teachers for an Informed Public. 'ChatGPT and Misinformation' (Nov. 6)

Sound Cities Association. Tukwila, WA (Oct. 25)

Scientists Speak Up Workshop. Stanford University (virtual) 'Scientific communication and integrity' (Oct. 18)

UW Allen Library Space Collaboration. University of Washington. (Oct. 12)

Child Mind Institute. Mitigating Misinformation about Science. (July 17)

ICERM workshop: Educating at the Intersection of Data Science and Social Justice. (July 17)

Humphrey Fellowship Program. University of Washington (June 12)

Phi Beta Kappa. The Art of Skepticism. University of Washington (June 7)

Western States Civics Coalition. 'Media literacy in a changing media environment' (May 25)

Naval Postgraduate Institute. Monterey, CA (May 11, 2023)

The European Centre of Excellence for Countering Hybrid Threats. Virtual Talk. (May 8)

Gruter Institute. Palisades. 'Impacts of Isolation on Institutions and Impacts of Institutions on Isolation' (April 17)

Williams Institute. UCLA. (April 14)

Salish Current Public Speaker Event. Bellingham, WA (April 13)

American Physical Society (APS) Annual Conference. 'Countering Misinformation in Physics Outreach and Public Engagement.' Las Vegas, NV (March 8)

American College Health Association. (March 7)

Washington State University, Misinfoday. Pullman, WA (March 6)

The European Centre of Excellence for Countering Hybrid Threats. Helsinki, Finland (March 3)

Institute of Museum and Library Services (IMLS). McLean, Virginia (Feb. 25)

NASA Marshall Space Flight Center IMPACT Tech Talk Series. Huntsville, AL (Feb. 15)

University of Toronto Data Science Institute Speaker Series. Toronto, Canada (Jan. 23)

2022    **K:** U.S. State Department's Humphrey Fellowship Program. 'How do you solve a problem like misinformation?' Washington, DC. (Oct. 26)

**K:** International Data Week. Sungkyunkwan University. Seoul, South Korea (June 1)

**K:** International Conference on Software Engineering. Pittsburgh, PA (May 25)

**K:** Society for Industrial and Applied Mathematics (SIAM) Pacific Northwest Section Biennial Meeting. Washington State University (April 10)

**K:** Southeastern-Massachusetts Quantitative Engagement and Literacy (SEQuEL) Conference. Bridgewater State University (April 2)

**K:** Social Science Data Program Inaugural Event. University of Maryland. (March 28)

**K:** The role of libraries in digital inclusion. Idaho Commission for Libraries. (March 2)

**K:** Bioengineering Annual Faculty Retreat. University of Washington (Feb. 15)

Northwestern University: Center of HCID, Center for SoS, PhD Program in Technology and Social Behavior. 'Inequalities and Science' (Dec. 8)

Council of State Governments. Honolulu, HI (Dec. 7)

University of Maryland: iSchool, College of Journalism and the College of Education Community of Interest Talk Series on Search Literacy. 'Search engines as gates and gateways to misinformation' (Nov. 17)

Seattle Times. 'Misinformation in the news.' Seattle, WA (Nov. 3)

Seattle Surgical Society Speaker Series. Rainer Club, Seattle, WA (Oct. 24)

Library Journal and School Library Journal: Tools and Strategies for Managing Frontline Challenges. (Oct. 20)

**EXHIBIT A**

Jevin D. West                                                                                          10

Oliver Ochs Lecture: Providence Regional Medical Center. Everett Performing Arts Center. (Oct. 13)

UW iSchool Alumni Panel on U.S. Elections. (Oct. 12)

Elliot Bay Book Release. 'The Neuroscience of You.' (Aug. 3)

AARP Teletown Statewide Conversation with Washington Secretary of State. (July 13)

U.S. National Academies of Sciences, Engineering, and Medicine. 'Addressing Inaccurate and Misleading Information about Biological Threats through Scientific Collaboration and Coordination' (June 28)

American Association for the Advancement of Science (AAAS) Webinar on Misinformation. (June 21)

Skeptical Inquiry. 'Calling BS: The Art of Skepticism in a Data-Driven World.' (May 26)

Discovering AI Event at UW. 'AI+Society and Health' (May 23)

American Society of Gene and Cell Therapy. 'Misinformation in and about science.' (May 16)

Council on World Affairs. University of Colorado (April 6)

FIUTS: Foundation for International Understanding Through Students. 'Combating Misinformation and Disinformation.' (March 2)

Numbers in Policy and Society. Harvard University. (Feb. 28)

Lifelong Learning Institute. University of Washington (Feb. 16)

Vice-Provost Research Advisory Board. University of Washington (Feb. 4)

2021    **K:** How do you solve a problem like misinformation? Washington Council for the Social Studies. (Nov. 6)

**K:** Mapping Latent Knowledge? SciNLP 2021: 2nd Workshop on Natural Language Processing for Scientific Text (Oct. 8)

**K:** How do you solve a problem like misinformation? Washington Council for Social Studies. (Nov. 6)

**K:** Information Literacy in the Disinformation Era. American Chemical Society Symposium (Aug. 23)

**K:** Calling BS: The Art of Skepticism in a Data-Driven World. Society for Applied Research in Memory and Cognition (SARMAC) (July 21)

**K:** Calling BS: The Art of Skepticism in a Data-Driven World. Western Association of Gynecologic Oncologists (WAGO) (June 17)

**K:** Calling BS: The Art of Skepticism in a Data-Driven World. National Numeracy Network (NNN) Conference (Feb. 26)

Institute for Science & Policy Symposium. Denver Museum of Nature and Science (Dec. 1)

Science in an Age of Misinformation. Clarivate Future of Research Forum. (Oct. 20)

INFOcon 2021. Studies of Misinformation. The iSchools Organization (Oct. 19)

Book Club. The Biocord Server. (Oct. 1)

Calling Bullshit: Declining Trust in News and What to Do About It? Radio Television Digital News Association Conference. Denver, CO (Sept. 23)

COVID-19: Science and Society. Washington State Academy of Sciences (Sept. 23)

Numbers, statistics, and algorithms: seeing through the bullshit. Washington State Judicial Conference (Sept. 13)

Countering Disinformation Among Older Adults. U.S. State Department: International Visitor Leadership Program (IVLP) (July 27)

Misinformation in and about science. Women's University Club (July 22)

What is the role of the public library in addressing misinformation? Bibliocommons Webinar (July 15)

Value of Science: Data, Products and Use. NSFs National Center for Science and Engineering Statistics (June 24)

Calling BS: The Art of Skepticism in a Data-Driven World. Aroostook Band of Micmacs (May 28)

Information School iAffiliates Annual Meeting. University of Washington (April 27)

Responding to the crisis of misinformation with humanities-inspired data reasoning. Middlebury College (April 23)

Research for Impact: Using Evidence to Power Association Work. ASAE Research Foundation (April 23)

Is Truth Dead? Or, How Does Anyone Find Out Whats True Anymore? Folio Seattle (April 21)

Calling BS: The Art of Skepticism in a Data-Driven World. George Mason University (April 19)

The biggest source of misinformation is us. Humanities Washington (April 16)

Calling BS: The Art of Skepticism in a Data-Driven World. FermiLab Pubic Lecture Series. (April 9)

**EXHIBIT A**

The nature of evidence. Princeton University Public Lecture Series (Council of Science and Technology) (March 30)

Technology, Democracy, and Misinformation. Knight Foundation (92Y): State of Democracy Summit (March 19)

Countering the 2020 Infodemic. Knight Media Forum (March 2)

Promoting Media Literacy and Countering Disinformation. Delegation of Young Leaders from Africa. Foundation for International Understanding Through Students (FIUTS), University of Washington (Jan 29)

2020  **K:** Department of Real Estate in the College of Built Environment (July 5)

**K:** Washington Library Association (WLA) (Sept 25)

Umea University (Nov 2)

The 2020 election integrity partnership (Panelist). Yale University Law School Information Society Project. New Haven, CT (Virtual) (December 11)

Cyber and Other Threats to Functioning Democracies. *Institute for Public Administration Australia (PAA)*. Sydney, Australia (virtual) (Nov. 16)

Pacific Science Center, Public Lecture (Oct 6)

Washington State Annual Judicial Conference. Spokane, WA (Sept 15)

Harvard Business School, Digital Initiatives Seminar (Sept 9)

Children and Screens: Institute of Digital Media and Child Development (panel) (Aug 18)

AARP Seminar Series (Aug 13)

Holocaust Center for Humanity's Ambassadors Program (July 16)

World Affairs Council (July 8)

World Bank Conference on Misinformation (May 30)

University of Washington Public Lecture (May 21)

Alliance for Democracy (panel) (May 20)

Center for Business Ethics. Seattle University Albers School of Business (May **7**)

Community Development Roundtable. Washington Athletic Club (WAC), Seattle, WA (May 4)

Edelman Trust Barometer. Seattle, WA (March 11)

2019  **K:** National Geographic Science Festival. Rome, Italy (April 14)

'Echo Chambers in Science?' *Metascience*. Stanford University (Sept. **7**)

Australian Library and information Association (panel) (Aug 8)

NICAR (March **7**)

American Library Association (ALA) (Jan 28)

ARL Executive Seminar (Jan 27)

2018  **K:** Spotting and Refuting Bullshit. University of Washington **Public Lecture Series**. *BUNK: The Information Series*. Seattle, WA (Nov 7)

**K:** National Association for Business Economics (**NABE**). Boston, MA (Sept 30)

**Simon Fraser University Dream Colloquium**. Burnaby, BC, Canada (Sept 13)

**K: NIH** Bibliometrics and Research Assessment Symposium. Bethesda, MD (Aug 21)

**K:** 'Calling BS in an Age of Misinformation.' Washington Medical Library Association (**WMLA**). UW, Seattle, WA (July 20)

**K:** UW Student Life Annual Conference (July **7**)

'The Truth in Numbers.' **The Future of Information Alliance.** meeting on the 'Future of Facts in a Post-Truth World.' University of Maryland, The Phillips Collection Museum, Washington DC (May 15)

**K:** 'Data reasoning amidst the data deluge.' Academic Business Library Directors (**ABLD**) Annual Meeting. UW, Seattle, WA (May 9)

**K:** 'Combatting Misinformation in Science.' **PharmaSUG** Annual Conference. Westin Hotel, Seattle, WA (April 29)

'Cleaning up our polluted information environments.' **UW Provost Lecture Series on Fake News and Misinformation** UW, Seattle, WA (April 24)

**K:** 'Reigning in Data Science.' **UW Data Science Summit.** UW, Seattle, WA (April 3)

**K:** National Academies Arthur M. Sackler Colloquium (April 1)

**EXHIBIT A**

**K:** 'Calling BS in the Age of Big Data.' Engineering Biology Research Consortium. (**EBRC**) UW, Seattle, WA (March 24)

**K:** 'Thinking critically about data in the social and natural sciences.' **The Rolf Buchdahl Endowed Lecture** on Science, Technology, and Values. North Carolina State University, Raleigh, NC (March 16)

**K:** Investigative Reporters & Editors (March 7)

**K:** 'Sorting Evidence from Bullshit in the Age of Evidence-Based Dentistry.' **UW Dental School Research Day.** UW, Seattle, WA (Jan. 30)

**K:** 'Calling BS in an Age of Misinformation.' **University of Iowa** meeting on 'Teaching with the Library: From Data to Knowledge.' Iowa City, IA (Jan. 8)

'Calling BS in the Age of Big Data.' *University District Rotary Club.* Seattle Yacht Club (April 6)

'Combatting Misinformation in Science.' *Am. Institute of Physics.* College Park, MD (March 29)

'Calling BS in an Age of Misinformation.' *Western Washington University Lecture Series.* Poulsbo, WA (March 22)

'Calling BS: data reasoning for a digital age.' *Seattle Chamber of Commerce.* Washington Athletic Club (WAC), Seattle, WA (March 5)

Bullshitting: Empirical and Experiential Examinations of a Pervasive Social Behavior. *Society for Personality and Social Psychology Annual Meeting.* Atlanta, GA (March 3)

Combatting Misinformation with Libraries. *Association of Librarians of the UW (ALUW)* Seattle, WA (Feb 27)

Making sense of information: Who do we trust? Where do we go from here? *UW Faculty Senate* UW, Seattle, WA (Feb 9)

'Calling BS in the Real World.' *Epistemology for the Real World.* UW, Seattle, WA (Jan. 29)

Calling BS in the Age of Big Data. *Big History Annual Meeting.* Seattle, WA (Jan 20)

2017    **K:** 'Learning how to become an expert at recognizing BS.' **TEDxSeattle.** McCaw Hall, Seattle, WA (Nov 18)

**K:** 'When to Call BS on Big Data.' National Association for Business Economics (**NABE**). Economics in the Age of Algorithms, Experiments and A.I., Marriott Waterfront, Seattle, WA (Nov 16)

**K:** 'Calling BS in the Age of Big Data.' **Washington Library Association Conference.** Hotel Murano, Tacoma, WA (Nov 4)

**K:** 'The Role of Gender in Scholarly Authorship.' **NSF ADVANCE** Conference on Broadening Participation: Intersectionality. Washington, DC (Oct 8)

**K:** 'Calling BS in the Age of Big Data.' **Washington State Council for the Social Studies** Annual Conference. Woodway High School, Edmonds, WA (Oct 7)

**K:** 'Calling BS in the Age of Big Data.' **AUREO** Conference. Fairmont Olympic Hotel, Seattle, WA (Sept 18)

**K:** 'Viziometrics: mapping the knowledge literature.' **Netsci Workshop**: Knowledge Networks in Science and Technology. Indianapolis, IN (June 20)

**K:** 'Measuring patent influence using citation and litigation.' **Netsci Satellite**: Quantifying Success. Indianapolis, IN (June 20)

**K:** 'Viziometrics: building a figure-centric search engine for the scholarly literature.' Joint Conference on Digital Libraries (**JCDL**), Workshop on Mining Scientific Publications. University of Toronto, Canada (June 19)

Identifying Fake News. *Beyond the Bench 24: Uniting for a Better Future.* Manchester Grand Hyatt, San Diego, CA (Dec 19)

'Mapping Knowledge Networks.' *League of Women Voters.* Benaroya Hall, Seattle, WA (Dec 7)

Data Reasoning in a Digital World. *Creative Mornings.* Seattle, WA (Dec 15)

Calling BS in the Age of Data Science Euphoria. *National Academy of Sciences, Integrating Ethics and Privacy Concerns into Data Science Education.* Washington, DC (Dec 8)

Calling BS in the Age of Big Data. *Clinical Informatics Grand Rounds Meeting.* Mayo Clinic, Rochester, MN (Nov 13)

Plenary. Media Literacy in the Age of Big Data. *Journalism Interactive.* University of Maryland, College Park, MD (Oct 20)

'Calling BS in the Age of Big Data.' SCIX Chemistry Conference. Reno, NV (Oct 13)

**EXHIBIT A**

Panel on Misinformation. *GeekWire Summit.* Sheraton Hotel, Seattle, WA (Oct 11)

Plenary. Calling BS in a Data-Driven World. *UPCEA Conference.* Seattle, WA (Sept 26)

Talking fake news and misinformation. *UW News Facebook Live Q&A.* UW, Seattle, WA (Sept 20)

Public Panel on The Information War: Fake News, Privacy and Big Data. *UW MS Data Science Panel.* ImpactHub, Seattle, WA (Sept 18)

Podcast. *Lifehacker.* Seattle, WA (Sept 6)

Why we do what we do. *Faculty Fellows Program Panel.* Center for Teaching and Learning, UW, Seattle, WA (Sept 5)

Calling BS in the Age of Big Data. *National Network of Libraries of Medicine (PNR Rendezvous).* Seattle, WA (Aug 16)

Digital history from the perspective of a data scientist. *Chemical Heritage Foundation.* Philadelphia, PA (May 27, 2017)

Plenary. Calling BS Worskshop. Lakeside High School, Seattle, WA (May 15)

Are Trolls Good (At Choosing Valuable Patents)? *PAE Reform Symposium.* Stanford University, Palo Alto, CA (May 11)

Plenary. Calling Bullshit in the Age of Big Data, *UW Foundation Board.* University of Washington, Seattle, WA (April 28)

An information theoretic approach for hierarchically clustering largeacyclic graphs. *American Mathematical Society.* Washington State University, Pullman, WA (April 23)

BS in Science *Northwest Science Writers Association.* University House, Seattle, WA (March 14)

News Literacy Working Group. *Walter Cronkite School of Journalism & Mass Communication*, Arizona State University, AZ (March 4-5)

2016    **K:** 'The Science of Science.' Fred Hutchinson Cancer Institute Annual Retreat, Grand Hyatt, Seattle, WA (Sept 12)

**K:** 'Ranking and Mapping Science.' International Conference on Data-driven Discovery: Data Science Meets Information Science. National Science Library, **Chinese Academy of Sciences**, Beijing, China (June 20)

Measuring patent value using citation networks. *The Stanford Center for Legal Informatics, Stanford University.* Palo Alto, CA (Nov. 18)

Measuring and Messaging Research Outcomes. *Health Research Alliance Annual Meeting.* New York City, NY (April 1)

Science of Science. *International Symposium on Science of Science?.* Library of Congress, Washington, DC (March 22)

Static Ranking of Scholarly Papers using Article-Level Eigenfactor (ALEF). *WSDM Cup 2016 - Entity Ranking Challenge Workshop.* San Francisco, CA (Feb. 22)

Mapping the Emergence of Scientific Disciplines. *International Symposium on Advanced Future Studies.* Kyoto University, Japan (Feb. 12)

The Data Gold Rush in Science Education. *International Symposium on Advanced Future Studies.* Kyoto University, Japan (Feb. 11)

Facilitating discovery with zoomable maps. *Allen Institute for Artificial Intelligence.* Seattle, WA (Feb. 4)

2015    **K:** 'Loosing sleep in a data-driven dream.' Moore-Sloan **Data Science Environment Summit**. Suncadia Resort, Cle Elem, WA (Oct. 5)

Mapping Knowledge Networks. *Duke University Machine Learning Seminar Series.* Durham, NC (Nov. 11)

Mapping the citation influence of the Pew Biomedical Scholars Program. *Pew Biomedical Scholars Conference.* Grand Cayman, West Indies (Nov. 5)

Gender Differences in Scholarly Self Citation. *Social-Personality Psychology Seminar.* University of Washington, (Oct. 22)

Data Cartography: Managing Knowledge Networks. *SKKU Library and Information Science Distinguished Lecture Series.* Sungkyunkwan University, Seoul, South Korea (July 16)

Normalizing Eigenfactor Scores. *Thomson Reuters Webinar on the State of Journal Evaluation.* (June 23)

The Jargon Barriers of Science. *Santa Fe Institute Speaker Series.* Santa Fe, NM (March 17)

Data Cartography: using maps to navigate knowledge networks. *Cisco Data Science Speaker Series.* San Jose, CA (Jan. 27)

**EXHIBIT A**

Data Cartography: using maps to navigate knowledge networks. *Pacific Northwest National Laboratory.* Richland, WA (Jan. 14)

The Economics and Structure of Scholarly Publishing. *Group Health Research Seminar.* Seattle, WA (Jan. 13)

2014 Data Cartography. *Boulder Analytics Fellows, Leeds School of Business.* University of Colorado, Boulder, CO (Nov. 6)

Data Science Panel. *Association for Information Science and Technology Annual Meeting.* Sheraton, Hotel, Seattle, WA (Nov 5)

Data Science Education. *Moore-Sloan Data Science Environments Annual Summit*, Asilomar, Monterey, CA (Oct 6-8)

Mapping Jargon. *Center for Statistics & Social Sciences Seminar Series.* University of Washington, Seattle, WA (Oct. 5)

The Flow of Ideas from the Non-patent Literature to the Patent Literature. *TechMining International Conference.* Leiden, Netherlands (Sept. 2)

Mapping Institutional Impact. *Gordon Research Conference on Science and Technology Policy.* Waterville Valley, NH (Aug 13)

Evaluating patents from large open data sets. *United States Patent and Trademark Office*, Washington, DC (Aug 4)

DataLab: Developing a Student-centered Data Science Lab. *Microsoft Faculty Summit..*Redmond, WA (July 16)

Detecting Innovation in Patents. *Gruter Institute for Law and Behavior.* Squaw Valley, CA (May 19)

Biology and Data Science. *Department of Biology Annual Awards Banquet..* University of Washington, Seattle, WA (April 8)

Using Maps to Navigate Large, Hierarchical Networks. *Biomedical & Health Informatics Lecture Series.* University of Washington, Seattle, WA (Feb. 4)

2013 Article-Level Navigators. *Public Library of Science Article-level Metrics Workshop..* San Francisco, CA (Oct 11)

Data Cartography. *School of Library and Information Science.* Bloomington, IN (Nov 18)

Article-Level Navigators. *National Science Communication Institute.* Seattle, WA (Nov 15)

The Role of Gender in Scholarly Authorship. *Genome Sciences Seminar.* University of Washington, Seattle, WA (Nov 12)

The Genesis of Scientific Disciplines. *Association for Information Science and Technology.* Montreal, Canada (Nov 5)

The Eigenfactor Metrics. *International Society of Managing & Technical Editors.* Washington, DC (Aug 6)

Publishing and Perishing in the Twenty-First Century. *Microsoft Faculty Summit.* Redmond, WA (July 15)

Innovation in Science. *Gruter Institute For Law & Behavioral Research.* Squaw Valley, CA (May 21)

Using Maps to Navigate Knowledge Networks. *National Socio-Environmental Synthesis Center.* University of Maryland, Annapolis, MD (April 9)

Document Discovery. *Aquatic & Fishery Science.* UW, Seattle, WA (March 22)

2012 Growth of Growth Economics. *Gruter Institute For Law & Behavioral Research.* Stanford University, Palo Alto, CA (Oct 12)

Ranking and Mapping. *Digital Science.* London, UK (June 14)

The Role of Gender in Scholarly Authorship. *International Conference on Academia & Publishing.* Torino, Italy (May 31)

Can Ignorance Promote Democracy? *Gruter Institute For Law & Behavioral Research.* Squaw Valley, CA (May 21)

2011 Document Discovery: Advancing Research with Large Knowledge Networks. *Computer Science and Engineering Seminar Series.* University of Washington, Seattle, WA (Dec 1)

Eigenfactor. *Graduate School of Library and Information Science.* University of Illinois, Champaign—Urbana, IL (Nov 11)

Document Discovery: Advancing Research with Large Knowledge Networks. *Department of Computer Science.* University of Colorado, Boulder, CO (Nov 3)

**EXHIBIT A**

Future of Scholarly Communication. *Harvard eScience Workshop*. Harvard University, Boston, MA (Oct 24)

*Canadian Research Knowledge Network*, Ottawa, Canada (Oct 5)

Eigenfactor: ranking and mapping scientific knowledge. *Microsoft Faculty Summit*. Redmond, WA (July 20)

Eigenfactor and Microsoft Academic Search. *Open Repositories*, U. of Texas, Austin, TX (June 7)

The Eigenfactor Metrics: a network approach to assessing scholarly journals. *Society of Scholarly Publishing*, Boston, MA (June 1)

Measuring Interdisciplinarity in Science. *Law and Human Behavior - Innovation and Economic Growth*, Gruter Institute, CA (May 26)

The Eigenfactor Metrics: a network approach to assessing scholarly journals. *Mapping and Measuring Scientific Output*, Santa Fe, NM (May 10)

Mapping the Network Ecology of Science at the Article Level. *Centers for Models of Life*. Niels Bohr Institute, Copenhagen, Denmark (April 19)

Mapping the Network Ecology of Science at the Article Level. *Applications in Network Theory - The Conference*. NORDITA, Stockholm, Sweden (April 8)

| 2010 | Eigenfactor: ranking and mapping scientific knowledge. *The Changing Face of Scientific Research*. McGill University, Montreal, Canada (Dec 1) |

Eigenfactor: ranking and mapping scientific knowledge. *Assessing The Usage and Value of Scholarly and Scientific Output*, Philadelphia, PA (Nov 10)

Eigenfactor: harnessing the power of networks to better navigate the scholarly... *Impact & Productivity Measurements in a Changing Research Environment*. Washington, DC (Oct 27)

Eigenfactor: harnessing the power of networks to better navigate the scholarly... *ITHAKA Sustainable Scholarship 2010: Discovering Scholarly Content*, New York, NY (Sept 28)

New Developments in Defining Impact. *Society for Scholarly Publishing 32nd Annual Meeting*, San Francisco, CA (June 4)

Eigenfactor and the Future of Scholarly Communication. *American Chemistry Society National Meeting*, San Francisco, CA (March 24)

| 2009 | The Eigenfactor Metrics. *NSF Workshop: Scholarly Evaluation Metrics: Opportunities & Challenges*. Washington, DC (Dec 16) |

Traversing Fitness Landscapes by Changing Environments. *International Workshop on What is Evolution?*. Kyoto University, Japan (Oct 17)

The Networks of Bibliometrics. *Complex Networks*, Department of Physics, Umea University, Sweden (Oct 2)

The Eigenfactor Metrics: tools for navigating the scholarly literature. *ALPSP International Conference*. Oxford, UK (Sept 10)

The Eigenfactor 'Ac-count' of Scholarly Evaluation. *Council of Science Editors Annual Meeting*. Pittsburgh, PA (May 3)

The Economics and Structure of Scholarly Publishing. *Digital Research Symposium*. Portland State University (April 29)

The Economics and Structure of Scholarly Publishing. *BioOne*, Washington, DC (April 17)

Eigenfactor: ranking and mapping the scholarly literature. *Electronic Resources and Libraries Conference*. University of California, Los Angeles, CA (Feb. 11)

| 2008 | Eigenfactor: ranking and mapping the scholarly literature. *National Institute of Informatics*. Tokyo, Japan (Nov. 24) |

Eigenfactor and Materials Science Journals. *National Institute for Materials Science*. Tokyo, Japan (Nov 25)

Eigenfactor: ranking and mapping scientific knowledge. *Yale Library and Faculty*. Yale University (Nov 3)

Alternatives to Impact Factor in Evaluating Scholarly Literature. *Center for Digital Research and Scholarship*. Columbia University (Oct 30)

Measuring Interdisciplinarity: A Flow Cite-ometry Approach. *Institute of Economic Research & Yukawa Institute of Theoretical Physics*. Kyoto, Japan (Oct 21)

Applying Eigenfactor Metrics to JSTOR Data. *American Library Association Annual Conference*. Anaheim, CA (June 29)

**EXHIBIT A**

Using bibliometrics to making purchasing decisions. *SLA International Conference.* Seattle, WA (June 16)

Eigenfactor: ranking and mapping the scientific knowledge. *Council of Science Editors Annual Meeting.* Vancouver, B.C. (May 19)

Journal-Quality Metrics, the Eigenfactor. *HighWire Press Publishers Meeting.* Stanford University (May 6)

The Academic Perspective on Research Evaluation. *Assessing Research Performance and Value.* University of California, Los Angeles (May 5)

Eigenfactor - The Google Approach to Bibliometrics. *Emerging Trends in Scholarly Publishing.* National Press Club, Washington, D.C. (April 17)

Eigenfactor, a new approach to assessing journal quality. *National Academy of Sciences E-Journal.* Summit, Washington, D.C. (March 18)

2007    Metrics for the Humanities. *European Science Foundation,* University of Granada, Spain (Nov. 19)

Networks, Disease and Maps. *29th Annual ARCS Luncheon.* Westin Hotel, Seattle, WA (Nov. 13)

From antibiotic resistance to the bird flu. *ARCS Auction Dinner,* Conibear Shellhouse, University of Washington, Seattle, WA

2006    Academic Reputation: Democracy vs Meriotocracy. *Berkman Center for Internet & Society,* Harvard University, Cambridge, MA (May 4)

## Media

I have been quoted and my work has been featured in over 450 local, national, and international media outlets. The list below is not complete at this time. An updated list can be found at jevinwest.org.

2024    Science Based Medicine. Yet more evidence that we physicians need to clean up our act (Feb. 12)

Geekwire. The impact of AI and deepfakes on politics is worrying misinformation researchers (Jan. 30)

Forbes. The Creator Economy Is Facing A Perfect Storm Of AI-Generated Content And Piracy (Jan. 26)

2023    Seattle Times. Attacked by conservatives, UW misinformation researcher gears up for 2024 (Dec. 10)

Christian Headlines. AI Bots Experience 'Hallucinations' as Google Launches Gemini AI Model (Dec. 8)

Tanium. Misinformation / Disinformation, Part 1 The Coming Crisis and Enterprises Most at Risk (Dec. 6)

Childrens Hospital of Orange County (CHOC). Pediatric mental health services take the spotlight at Research Day 2023 at CHOC (Dec. 5)

UW Daily. The UW Center for an Informed Public increases awareness of mis- and disinformation, a growing concern during the digital era (Oct. 24)

University of Montana News. UM Course Teaches Students How to Cut the B.S out of B.S (Sept. 5)

Proceedings of the National Academy of Sciences (PNAS). How to mitigate misinformation (Aug. 30)

UW News. Researchers prefer same-gender co-authors, UW study shows (Aug. 29)

Cornell News. Researchers prefer same-gender co-authors, study confirms (Aug. 2)

CNN. With the rise of AI, social media platforms could face perfect storm of misinformation in 2024 (July 17)

Nature. Artificial-intelligence tools aim to tame the coronavirus literature (June 9)

CIP Blog. New WA law requires clear disclosures for 'deepfakes' used in election media (June 9)

KNKX News. Sorting real from fake in a world where AI can create new content (May 16)

News Tomato. The essence of the AI problem is the distribution of fake news that is real (May 13)

OpenMind. Weaponized Empathy (April 28)

CIP Blog. Participatory disinformation, deep stories and catalyzing action during the 2020 U.S. elections (April 26)

**CNN**. 'It's an especially bad time': Tech layoffs are hitting ethics and safety teams (April 6)

The Northern Light. Lecture on truth in the news set for April 13 (April 6)

Nature. Searching the web for science: how small mistakes create big problems (April 6)

Geekwire. University of Washington professors on using ChatGPT in the classroom (April 6)

NPR, KNKX: Digital literacy: Can the republic 'survive an algorithm'? (March 26)

Associated Press. Trump arrested? Putin jailed? Fake AI images spread online (March 24)

**EXHIBIT A**

MyNorthwest. Trump arrested? Putin jailed? Fake AI images spread online (March 23)

RealChange. UW hosts misinformation conference for local high school students (March 22)

Geekwire. High school students learn how to spot misinformation at UWs 'Misinfo Day' event (March 20)

Associated Press. Digital literacy: Can the republic 'survive an algorithm'? (March 20)

CIP Blog. What we can learn from Finland (March 9)

KIRO 7. AI goes mainstream with ChatGPT in Bing; experts warn of pitfalls (Feb. 8)

Yahoo! AI goes mainstream with ChatGPT in Bing; experts warn of pitfalls (Feb 8)

ArtForum. Procedural Drama (Feb. 3)

2022   BoingBoing. Can you guess which face is real and which is computer generated? (Dec. 17)

**The New York Times.** The Nicest Place Online? It Might Just Involve Identifying Sea Slugs. (Dec. 9)

Reuters. Fact Check-Election graphs published by Mike Lindell do not indicate U.S. voter fraud. (Nov. 24)

Snopes. Why Facebook Won't Be Fact-Checking Trump Now That He's Announced Candidacy. (Nov. 17)

Seattle Times. How legit is that verified Twitter account? (Nov. 15)

Seattle Times. Washingtonians split on social media regulation, WA poll says. (Nov. 4)

The Chronicle. Washingtonians Split on Social Media Regulation, Washington Poll Says. (Nov. 4)

**PC Magazine.** Can Twitter Stamp Out Misinformation? Should It? (Oct. 25)

**NPR.** Eyeballs and AI power the research into how falsehoods travel online. (Oct. 13)

**BBC Radio.** The Digital Human. (Sept. 27)

Tech Policy Press. Video Headlines Served By Google a Notable Pathway to Content That May Undermine Trust in Elections, Say Researchers. (Sept. 22)

**The New York Times.** Spiders Are Caught in a Global Web of Misinformation. (Aug. 25)

**Geekwire.** High school students in Seattle educate community on how to identify and combat misinformation. (July 24)

Nature Computational Science. Modeling and combating misinformation spread. (July 19)

Association of American Medical Colleges. Widespread distrust in science: Is the way we communicate to blame? (July 14)

CNET. Twitter Could Take These Steps to Slow Viral Misinformation, Researchers Say. (July 1)

Investor's Business Daily. Meet Qualcomm 'Patent Value Billionaire': Marta Karczewicz. (June 30)

Questao De Ciencia. Estudo simula estrategias para conter desinformacao online. (June 23)

Federal Trade Commission. Report to Congress. Combatting Online Harms Through Innovation. (June 16)

Behavioural and Social Sciences. Journals must do more to support misinformation research. (June 8)

OpenMind. How Science Fuels a Culture of Misinformation. (June 2)

Geekwire. Microsoft President Brad Smith on the Russian invasion of Ukraine and 'the worlds first hybrid war'. (April 27)

PEASoup. The Past 110 Years: Historical Data on the Underrepresentation of Women in Philosophy Journals. (April 26)

Readers Digest. Misinformation vs. Disinformation: How to Tell the Difference. (April 19)

Colorado School of Public Health. The COVID-19 Pandemic: Still okay in Colorado, and the ongoing challenge of mis- and dis-information. (April 19)

PennState Academics. Penn State professors partner to help students push back on disinformation. (April 13)

The Wire Science. How Science Itself Fuels a Culture of Misinformation. (April 6)

The Times (London). Deepfakes and AI-generated faces are corroding trust in the web. (April 3)

Science. Detecting Bullshit. (March 23)

DailyNous. New Data on Women in Philosophy Journals. (March 18)

Government Technology. UW Professors Lead Misinformation Course for High Schoolers. (March 16)

SoundCloud. Calling Bullshit Podcast. (March 11)

Education Week. Digital Illiteracy Is a Rising Threat. A New Department of Education Program Seeks Solutions. (March 11)

Seattle Times. 'You can fake anything on the internet': Professors host day to teach WA students to combat misinformation. (March 10)

**EXHIBIT A**

KIRO Radio. Dave Ross Show. UW experts show how everyone can participate in spreading truth about Ukraine. (Feb. 26)

The Grid. In Ukraines fog of war, social media creates further confusion. (Feb. 24)

NPR KUOW. Spotify was larger than life until it wasn't. (Feb. 3)

**2021** King5. 'It's a huge deal': UW professor examines impact of global Facebook outage on companies and users (Oct 4)

Geekwire. Misinformation and vaccines: How public health messaging and experts can help curb distrust (Oct 2)

Spokane News. Think more, share less: Expert blames misinformation for prolonging pandemic (Sept 30)

Utah Public Radio (NPR): The Art Of Skepticism In A Data-Driven World With Jevin West On Wednesday's Access Utah (Aug 18)

theBMJ. Covid-19: Who fact checks health and science on Facebook? (May 25)

Inverse. Mars Fascinating: Why a garbage video went viral before NASA could release the real one (Feb 23)

Knowable Magazine. How online misinformation spreads (Feb 11)

**2020** Forbes. Calling Bullsh*t By Carl Bergstrom & Jevin West Review (Aug 28)

Washington Post. Covid-19 is one of Wikipedia's biggest challenges ever. Here's how the site is handling it (Aug 7)

Scientific American. How to Evaluate COVID-19 News without Freaking Out (Aug 3)

Times Higher Education. New book aims to empower readers to 'call bullshit' on data (July 20)

Seattle Times. COVID-19 meets Election 2020: the perfect storm for misinformation (July 5)

Washington Post. New research explores how conservative media misinformation may have intensified the severity of the pandemic (June 25)

Nature. Coronavirus misinformation, and how scientists can help to fight it (June 17)

Forbes. Trolls Continue To Be A Problem On Social Media (June 4)

Science. Scientists are drowning in COVID-19 papers. Can new tools keep them afloat? (May 13)

**Axios**. 'Coronavirus "infodemic" threatens world's health institutions.' (Feb 25)

**Seattle Met**. 'Can a New Think Tank Rescue Us from the Misinformation Age?' (Feb 25)

**AFP News**. 'Internet giants fight spread of coronavirus untruths.' (Feb 25)

Who can we trust? Technology's Impact on Democracy. *Seattle Town Hall*. Seattle, WA (Feb 16)

**TribLive**. 'Disease warriors tasked to fight misinformation about coronavirus.' (Feb 12)

**Washington Post**. "The coronavirus is spreading rapidly. So is misinformation about it.' (Feb 10)

**2019** Knight Foundation. 'Advancing a new field of research: Sam Gill at University of Washingtons Center for an Informed Public Opening.' (Dec 12)

**Governing**. 'Universities Unite to Expose Deepfakes before 2020 Vote.' (Dec 5)

**Seattle Times**. 'Can you tell which face is real? UW and WSU plan to fight digital deepfakes.' (Dec 4)

**NPR**. 'UW launches new center' (Dec 4)

**KUOW**. 'UW research center to tackle the problem of fake news.' (Dec 4)

**KOMO Radio**. 'UW Launching New Center.' (Dec 4)

**KIRO 7**. 'UW Launching Fake News Center.' (Dec 3)

**2018** Humanities Washington Think & Drink Series. Moment of Truth: Journalism and Democracy in the Age of Misinformation. Panelist with David Mikkelson, Kate Starbird, and Ross Reynolds from KUOW. Naked City Brewery, Seattle, WA (Oct. 16)

**Nature**. 'Rotating plots to form diamonds could prevent correlation-causation confusion' (Oct 4)

**Fast Company**. 'Could a simple design tweak fix one of data vizs big problems?' (Oct 4)

**Nature**. 'Huge peer-review study reveals lack of women and non-Westerners' (Sept 18)

The StarMetro, Vancouver. 'Education is our best weapon against fake news, says information expert' (Oct 4)

**NPR**. 'The Record, KUOW' (July 2)

My Northwest, **KIRO Radio**. 'UW officially adopts course fighting fake news' (July 2)

The Dave Ross Show. 'MyNorthwest, KIRO Radion' (June 29)

Echo Chambers in Science. *Sunbelt Conference*. Utrecht University, Netherlands (June 26)

**EXHIBIT A**

**The Conversation**. 'Why bullshit hurts democracy more than lies' (May 15)

Ben Fama Podcast. "Reality Trip with Ben Fama Jr" (April 1)

**NW New Day Morning Show**. "Making sense of the Facebook data mining scandal and how it affects you" (March 26)

**King 5 News**. "UW data expert wants Facebook to tell us how many users are bots" (March 20)

**The Wall Street Journal**. "Fine-Tune Your B.S. Detector: Youll Need It" (March 19)

**King5 News**, Seattle."UW professor who studies 'information warfare' on how to protect yourself" (Feb 16)

UW News Today. "Making sense of information: Who do we trust? Where do we go from here?" (Feb 9)

The Daily, UW. "Technology will only contribute to the production of fake news" (Feb 9)

**The Chronicle of Higher Education**. "Metrics Mania" (Jan 7)

2017    UW News. "UW's 2017: A year of innovation, access and impact" (Dec 20)

**Nature**. "The science thats never been cited" (Dec 13)

Calling BS on Phrenology 2.0. *UW iSchool Research Symposium*. Seattle, WA (Dec 4)

RadioLab. "Stereothreat" (Nov 23)

**Inside Higher Ed.** "Messy but Essential" Ana Mari Cauce (Nov 20)

**Le Monde.** "Researchers mobilize for free access to publications" David Larousserie (Nov 8)

Making a case for open research: Implications for reproducibility and transparency. *ASIS&T Annual Conference*. Washington, DC (Oct 27)

Calling BS in the Age of Big Data. *MisinfoCon*. Mozilla Festival, London, UK (Oct 26)

**Columbia Journal Review**. "Making media literacy great again" Michael Rosenwald (Oct 15)

**The New Yorker**. "The A.I. Gaydar Study and the Real Dangers of Big Data" Alan Burdick. (Sept 15)

**Seattle Times**. "UW panel on battling fake news: Think more, share less" Paige Cornwell. (Sept 13)

Lifehacker. "How to Detect Bullshit" Alice Bradley. (Sept 11)

MyNorthwest. "UW professors in search of the truth or calling BS" Dave Ross. (Aug 31)

**King5 News**. "UW data expert Jevin West explains your odds of winning the Powerball jackpot" Amanda Grace and Mark Wright. (Aug. 22)

King5 News Facebook. "How do you increase your luck when you play the lottery?" Heather Bosch. (Aug 22)

**The Scientist**. "Open Access On the Rise: Study" Bob Grant. (Aug. 7)

**New York Magazine**. "A Beginner's Guide to Calling BS" Thomas MacMillan. (June 26)

**New Scientist**. "Feedback: The university offering a course on calling bullshit" Paul McDevitt. (June 21)

**Salon**. "Explosive growth in bulls**t studies! The latest academic frontier in the age of You Know Who" Paul Rosenberg. (June 18)

**The New Yorker**. "How to call B.S. on big data: A practical guide" Michelle Nijuis. (June 3)

Daily KOS. "Calling Bullshit (on us all, and in no one in particular)" Frederick Clarkson. (May 28)

UW Daily. "Analyzing bullshit" Michael Blume. (May 16)

iSchools. "Popular University of Washington Course Calls "Bull" on Big Data" (May 13)

**Seattle Times**. "We crashed UW's class on calling BS. Here's what we learned about sleuthing 'big data'" Katherine Long. (May 11)

Der Freitag. "Zahlenmbig leider unterlegen" Moritz Wichmann. (May 4)

Irish Medical Times. "The death of the expert" (April 21)

**Forbes**. "This college course teaches you to separate fact from BS" Kevin Murnane. (April 19)

**Q13 News**. "Students pack new UW class on 'B.S.'" Carolyn Kresser. (April 12)

King 5's The Sound Podcast. "Calling BS on Fake News" Ryan Takeo. (April 11)

DeMorgen. "Word eens 'Master in de bullshit' " Lieven Desmet. (April 10)

**Financial Times**. "A masterclass in calling bullshit" (April 9)

**King 5 News**. "UW's 'Calling BS' class tackles fake news" Ryan Takeo. (April 5)

Columns. "Busting BS: Training students to catch–and call out fake news and falsehoods" Quinn Russell Brown. (March 30)

UW Information School. "In new iSchool class, students get to start 'Calling Bullshit'" (March 30)

**EXHIBIT A**

Press Release Point. "After much media attention, UW Information Schools Calling BS class begins" (March 28)

**Top Hat**. "Washington Profs Counter BS and Fake News with New Course" Juanita Bagawan. (March 28)

Data Literacy. *News Literacy Working Group*. Walter Cronkite School of Journalism & Mass Communication, Arizona State University, AZ (March 4)

SFGate. "Calling Bullsh*t 101: The (real) college course the world needs now" Mark Morford. (March 17)

**Publishers Weekly**. "London Book Fair 2017: A Few Novels Gain Buzz Amid Restrained Deal-Making." Rachel Deahl. (March 15)

The Indy 100. "There's a new university class 'calling bulls**t' on fake news" Jessica Brown. (March 15)

**Boing Boing**. "Site is calling BS on crappy data visualization and other annoyances" Andrea James. (March 10)

Big Think. ""Calling Bullshit" is the College Course for Our Time - Here's How You Can Take it Online" Paul Ratner. (February 26)

**Boston Globe**. "Innovation of the Week" David Scharfenberg. (February 25)

University Herald. "University of Washington to Teach Course on Critical Thinking about Big Data" Emily Marks. (February 21)

**The Chronicle of Higher Education**. "Job-Killing Computerization Sets Its Sights on the University Researcher." Paul Basken. (February 20)

Silicon. "Un cours sur le "bullshit" l're du Big Data passione" Jacques Cheminat. (February 20)

The Register. "BS Detection 101 becomes actual University subject" Richard Chirgwin. (February 20)

Seattle Review of Books. "A "Bullshit" Course at University of Washington" Paul Constant. (February 20)

**ReCode**. "These University of Washington professors are teaching a course on bullshit" Tess Townsend. (February 19)

**Business Insider**. "This college course teaches you how to call out things that are unscientific" Usha Lee McFarling. (February 17)

STAT. "In age of alternative facts, a college course on calling out scientific crap" Usha Lee McFarling. (February 17)

**NPR KUOW**. "The Record, Tues. Feb 7th" KUOW Staff. (February 7)

UW Today. "Overwhelming' response, global press attention, for new UW Information School course, 'Calling BS'" Peter Kelley. (February 6)

Indiana Statesman. "University of Washington Class on How to Spot Fake Data Goes Viral Within Hours" Katherine Long. (February 6)

**Seattle Times**. "Librarians take up arms against fake news" Jerry Lange. (February 5)

**King 5** Seattle Evening News. "UW Professors' data class goes viral" (February 1)

UW Home Page. "UW class on how to spot fake data goes viral within hours" (February 1)

**Inc. Magazine**. "Here's How You Can Learn to Spot Fake News (There's Much More of it Than You Think)" Minda Zetlin. (January 31)

**Seattle Channel**. "Exploring inclusive solutions to disruption" (January 31)

Daily KOS. "Bullshit 101" DRo. (January 28)

**The Seattle Times**. "UW class on how to spot fake data goes viral within hours." Katherine Long. (January 28)

Konbini. "Professors create a 'calling bullshit' course because it's getting out of hand." Justina Bakutyte. (January 27)

RT Today. "Calling bullsh*t': University course teaches how to identify BS" (January 26)

**Dave Ross Show**, KIRO Radio. "UW will soon teach students how to call 'BS' on claims" KIRO Radio Staff. (January 26)

UPI. "University of Washington instructors push for 'calling BS' in class" Ben Hooper. (January 24)

**NPR, Morning Edition**. "It's Getting Harder to Sort Out Truth From Fiction." Rachel Martin. (January 23)

**Seattle PI**. "University of Washington could offer course in 'BS'." Mitch Pittman. (January 22)

**KOMO News**. "University of Washington could offer course in 'BS'." Mitch Pittman. (January 20)

**EXHIBIT A**

**Fast Company Co.Design**. "Data Can LieHere's A Guide To Calling Out B.S." Katharine Schwab. (January 19)

EdSurge News. "Navigating B.S. might soon be a college level course" (January 19)

UW Information School press release. "Professors aim to fight for truth by 'Calling Bullshit'" (January 17)

**The Chronicle of Higher Education**. "The Fine Art of Sniffing Out Crappy Science." Steve Kolowich. (January 16)

Brain Magazine. "Identifier le bullshit : un seminaire." (January 13)

The Outline. "Two Professors Created a Course on How to Recognize Bullshit." Jon Christian. (January 13)

**Boing Boing**. "A potential college course on detecting and combating bullshit in all its forms." Cory Doctorow. (January 12)

2016   **Inside Higher Ed**. "How to Measure Impact." Carl Straumsheim. (December 14)

**Nature**. "Controversial impact factor gets a heavyweight rival." Richard Van Noorden. (December 8)

**Reuters News**. "Female researchers underrepresented, but collaborate widely." Kathryn Doyle. (November 9)

**Slate**. "Mansplaining Is Real! But Male Self-Citation in Academic Work Isnt So Simple." Rebecca Onion. (August 2)

**Jezebel**. "Men Are Their Own Favorite Experts Says Unsurprising Study." Anna Merlan. (August 1)

**New York Magazine**. "Men Are Way More Likely to Cite Themselves As an Expert." Drake Baer. (August 1)

**The Washington Post**. "New study finds that men are often their own favorite experts on any given subject." Christopher Ingraham. (August 1)

**Vice Media's Motherboard**. "Study Finds Men Are More Likely Than Women to Cite Their Own Science Papers." Stephen Buranyi. (July 22)

**The London Times**. "Women academics trail men (at shameless self-citation)." Tom Whipple. (July 16)

**Nature**. "Men cite themselves more than women do." Dalmeet Singh Chawla. (July 5)

**The Economist**. "A scientific study of the importance of diagrams to science." (June 18)

**MIT Technology Review**. "The First Visual Search Engine for Scientific Diagrams." (May 27)

Data Science Education. *Moore-Sloan Data Science Environments Annual Summit*. Mohonk Mountain House, New Paltz, NY (March 23-26)

Scholarly Recommendation. *Metaknowledge Network*. University of Chicago, Hyde Park, IL (March 14)

Microsoft Research. "Microsoft opens up online infrastructure to the research community." (Feb 23)

UW iSchool. "UW team takes second place in Microsoft search challenge." (Feb 24)

**Chronicle of Higher Education**. ''The rise of the megajournal" Paul Basken. (Jan 13)

Thomas Reuters. "The state of journal evaluation." (December)

2015   UW eScience. ''UW Research Science Team Takes 2nd in WSDM Cup" (Dec 1)

**Bloomberg News**. "Patents By Women – Better In The Life Sciences?" John T. Aquino (Nov 12)

**Inside Higher Ed**. "Men Who Admire Their Own Work." Scott Jaschik. (Aug. 25)

**FiveThirtyEight**. ''In Science, It Matters that Women Come Last." Emma Pierson. (Aug. 5)

Metaknowledge Network. Asilomar, Pacific, CA (July 27)

Data Technology. "Finding Relevant Data Gets Easier With New Microsoft Research Graph." Michael Hart. (June 29)

Data Science Education. *SciFoo*. Google, Mountain View, CA (June 26)

UW iSchool. "DataLab at the University of Washington iSchool." (June 15)

2014   Modifying the Eigenfactor Algorithm for improving interpretability. *ASIS&T SIGMET Workshop*. Sheraton, Hotel, Seattle, WA (Nov 5)

Curation and Policy Issues in Collaborative Research Data Management Communities. *Association for Information Science and Technology Annual Meeting*. Sheraton, Hotel, Seattle, WA (Nov 5)

**Nature**. "Bibliometrics: the citation game." Jonathan Adams. (June 25)

**Popular Science Magazine**. "The Life Cycle of Ideas." Katie Peek. (May 21)

**The Chronicle of Higher Education**. "Lowered Cites." Robin Wilson. (March 17)

**EXHIBIT A**

|      | |
|------|--|
|      | **Think Magazine**. "Visualizing and analyzing large data." (January) |
|      | UW iSchool. "Big Data expert Jevin West joins the iSchool as assistant professor." (Jan 5) |
| 2013 | **Nature**. "Open access: The true cost of science publishing." (March 17) |
|      | **Wired**. "Finding Bang for your Buck in the World of Open Access." Samuel Arbesman. (February 7) |
|      | **The Scientist**. "Cheap Impact?" Dan Cossins. (January 23) |
|      | **Nature**. "Price doesn't always buy prestige in open access." Zoe Corbyn. (January 22) |
| 2012 | **The Chronicle of Higher Education**. "Scholarly Publishing's Gender Gap." Robin Wilson. (October 22) |
|      | **The Chronicle of Higher Education**. "The Marketplace in Your Brain." (September 24) |
|      | **The Scientist**. "Predicting Publishing Futures." Sabrina Richards. (September 12) |
|      | **Science**. "Live Chat: The Science of Decision Making." Jane J. Lee. (April 11) |
|      | College of Science Letters. "Live Chat: The Science of Decision Making." Jane J. Lee. (January 10) |
| 2011 | **Science News**. "Uncommitted newbies can foil forceful few." Susan Milius. (December 15) |
|      | **MSNBC**. "Can ignorance make a better democracy? In fish it can..." Joseph Castro. (December 15) |
|      | **The Chronicle of Higher Education**. "The Anatomy of Influence." Evan R. Goldstein. (November 8) |
|      | **The Boston Globe**. "Academic Influence, Visualized." Josh Rothman. (October 5) |
|      | **The Chronicle of Higher Education**. "Citation by Citation, New Maps Chart Hot Research and Scholarship's Hidden Terrain." Jennifer Howard. (September 11) |
|      | **Nature**. "Computing giants launch free science metrics." Declan Butler. (August 2) |
|      | **The Economist**. "Of goats and headaches." (May 26) |
| 2010 | Above the Law. "Ranking the Law Reviews." Elie Mystal. (October 6) |
|      | Concurring Opinions. "The Top Law Reviews (Eigenfactor)." Lawrence Cunningham. (October 5) |
|      | **The Chronicle of Higher Education**. "Conference Explores How to Find – and Make Findable – Information in a Digital Sea." Jennifer Howard. (September 29) |
|      | Galileo. "Scienziati vs criteri quantitativi." (June 22) |
|      | **Nature**. "Let's make science metrics more scientific." Julia Lane. (March 25) |
|      | **The Scientist**. "Science on the map." Jef Akst. (January 28) |
|      | **NPR**, "All Things Considered". "Want to argue about 'sharia'? Here's what it means." (January 27) |
| 2009 | **The Chronicle of Higher Education**. "Scholars Seek Better Metrics for Assessing Research Productivity." David Glenn. (December 16) |
|      | Utah State University. "USU's David Peak Named Utah's 2009 Carnegie Professor of the Year" (November 19) |
|      | **Wired**. "The Genius Index: One Scientist's Crusade to Rewrite Reputation Rules." Wired Staff. (May 22) |
|      | Journal of Biological Chemistry. "Journal of Biological Chemistry Cover" (May 8) |
|      | **Proceedings of the National Academy of Sciences**. "The most influential journals: Impact Factor and Eigenfactor" |

## Funding

As a PI or co-PI, I have generated more $20 million in funding to support research, the CIP and related projects. An updated list can be found at jevinwest.org.

|      | |
|------|--|
| 2023 | Institute of Museum and Library Services (IMLS). Misinformation Media Literacy: Supporting Libraries as Hubs for Misinformation Education (MML) ($750,000) |
|      | NIH: Title: Developing user-centric training in rigorous research: post-selection inference, publication bias, and critical evaluation of statistical claims. ($269,826) |
|      | The William and Flora Hewlett Foundation. Center for an Informed Public (CIP). ($1,000,000) |
|      | NSF: SaTC: CORE: Medium: Safeguarding Scientific Consensus Communication in the Age of Generative AI (in review) |

**EXHIBIT A**

2022    NSF: Convergence Accelerator Track F: Co-Designing for Trust: Reimagining Online Information Literacies with Underserved Communities. Phase II ($5,000,000)

The William and Flora Hewlett Foundation. Center for an Informed Public (CIP). ($600,000)

Microsoft. Defending Democracy Program. ($250,000)

State of Washington. Center for an Informed Public (CIP). ($167,000)

Argosy Foundation, Media Literacy Foundation ($50,000)

Gordon and Betty Moore Foundation. GrantExplorer. ($35,000)

RTDNA (Trusted Journalism). ($12,000)

2021    NSF: Convergence Accelerator Track F: Co-Designing for Trust: Reimagining Online Information Literacies with Underserved Communities. Phase I ($750,000)

NSF: Collaborative Research: SaTC: CORE: Large: Rapid-Response Frameworks for Mitigating Online Disinformation. ($2,249,918)

Craig Newmark Philanthropies. Election Integrity Partnership. ($1,000,000)

State Deparment, Humphrey Fellowship Program, Workshop on Misinformation ($75,042)

Gates Ventures. Election Integrity Partnership. ($150,000)

Institute of International Education. UW Continuum College Program. ($75,042)

Microsoft, Defending Democracy Program, Legal Fellow ($163,000)

Omidyar Network. Election Integrity Partnership. ($68,449)

UW Provost's Office. Phd Support. ($54,000)

2020    NSF: RAPID: How Scientific Data, Knowledge, and Expertise Mobilize in Online Media during the COVID-19 Crisis. ($197,538)

Microsoft. Defending Democracy Program. ($150,000)

UW Population Health Initiative. Postdoctoral Support. ($20,000)

BECU. Fact check ambassadors, speaker series. ($75,000)

AARP Washington. Fact check ambassadors, speaker series. ($15,000)

Craig Newmark Philanthropies. Election Integrity Partnership. ($100,000)

Microsoft. Azure Credits over 4 years. ($500,000)

RTDNA Trust Project ($6,723)

2019    **Knight Foundation**. Center for an Informed Public (CIP). ($5,000,000)

**The William and Flora Hewlett Foundation**. Center for an Informed Public. ($600,000)

UW Provost's Office ($600,000)

2018    Improving access to the literature. **JSTOR**. ($110,000)

Facilitating the curation and conversation of biotech history. **Science History Museum**. ($19,992)

NSF Grant Explorer. **Moore Foundation** ($5,000)

2017    Calling Bullshit in the Age of Fake News. **Knight Foundation** ($50,000)

Echo Chambers in Science? The Impact of Academic Recommender Systems on the Dissemination of Scientific Knowledge. **National Science Foundation** (NSF SciSip) ($293,372)

Tracking Data Science Funding. **Gordon and Betty Moore Foundation** ($5,000)

Scholarship Allocation. UW Academic Services (RA Support)

2016    Measuring scholarly influence. **Pew Charitable Trust** and **Chemical Heritage Foundation** ($43,073)

**EXHIBIT A**

|      | (RA) Incorporating citation recommendation into Semantic Scholar. Allen Institute for Artificial Intelligence ($14,000) |
|------|---|
|      | Improving market function in Open Access publishing through transparent comparison of journal price and quality. **Sloan Foundation** ($124,370) |
|      | Employing Data Science at the University of Washington. Royalty Research Fund, UW ($39,404) |
|      | Mapping and Recommending Scholarly Articles. JSTOR Gift ($110,000) |
|      | CCE STEM: Collaborative: Learning from Ethics Self-Regulation in InfoSec Research. **National Science Foundation** ($336,058) |
|      | Fundamental Mathematical Models for Human Interactions. **Pacific Northwest National Laboratory** ($88,516) |
|      | (collaborator) Open Data Literacy. Institute of Museum and Library Services ($690,858) |
|      | Cloud Computing. Microsoft Azure ($20,000) |
| 2015 | Diversification dynamics of scientific ideas using small clustering for community detection. Metaknowledge Network, Templeton Foundation ($35,000) |
|      | Inferring the hierarchical structure of citation networks to improve semantic search. Metaknowledge Network, **Templeton Foundation** ($109,172) |
|      | Semantic Scholar Recommendation. Allen Institute for Artificial Intelligence (RA Support) |
|      | DataLab Gift. Tony Hey ($2,000) |
|      | Measuring the Influence Pew Scholars. **Pew Charitable Trust** ($24,044) |
|      | (RA) Mapping student trajectories. UW Grad School ($14,000) |
|      | (AWS) Recommendation as a service ($5,000) |
|      | Data Science Education. Cisco ($2,000) |
|      | DataLab. Tony Hey ($2,000) |
| 2014 | Scholarly recommendation of PLoS content. Public Library of Science ($24,000) |
|      | Mapping Student Trajectories. UW Graduate School (RA Support) |
|      | (RA) Metaknowledge Network, **Templeton Foundation** ($14,000) |
|      | Blackrock Research ($49,251) |
|      | Auto-classifying scholarly publications. Microsoft ($40,000) |
|      | Metaknowledge Network, **Templeton Foundation** ($15,015) |
|      | Eigenfactor Project. CoMotion, UW ($5,000) |
|      | Cloud Computing. Amazon Web Services ($5,000) |
| 2013 | Evaluating scholarly influence. **Kauffman Foundation** ($18,000) |
|      | DataLab Formation. Costco ($60,000) |
| 2012 | Postdoctoral Fellow. Center for Commercialization, UW ($36,000) |
| 2011 | Mapping citation networks over time. **JSTOR** ($90,000) |

## Teaching

I co-founded the course, "Calling Bullshit in the Age of Big Data". The course, or parts the course, are being taught or proposed at over a hundred universities and education institutions. The online lectures have been viewed cumulatively more than a million times. I have co-developed, whichfaceisreal.com, which is an online game to bring public attention to deepfakes that has been played tens of millions of times from around the world. I also co-founded the MisinfoDay Program the UW CIP, which has delivered media literacy programming to thousands of high school students in Washington state and beyond. I am also actively involved in developing curricula in Data Science at UW

**EXHIBIT A**

at the undergraduate and graduate level.

## Teaching Awards

Nominated for **UW Distinguished Teaching Award** (Winter 2018)

Huckabay Fellowship, UW Graduate School (Winter 2007 - Summer 2007)

Nominated for Ingrith Deyrup-Olsen Teaching Award (Spring 2007)

## Courses

| | |
|---|---|
| 2023 | INFO 270: Calling BS: Data Reasoning in a Digital World (Fall) |
| | IMT 574-A: Data Science II: Machine Learning (Winter) |
| | IMT 574-C: Data Science II: Machine Learning (Winter) |
| 2022 | INFO 270: Calling BS: Data Reasoning in a Digital World (Fall) |
| | IMT 574: Data Science II: Machine Learning (Winter) |
| 2021 | INFO 371: Core Methods in Data Science (Winter) |
| | INFO 498: Global Disinformation (Winter) |
| | INFO 371: Core Methods in Data Science (Spring) |
| | INFO 270: Calling BS: Data Reasoning in a Digital World (Fall) |
| 2020 | INFO 270: Calling BS: Data Reasoning in a Digital World (Fall) |
| 2019 | INFO 270: Data Reasoning in a Digital World (Fall) |
| | INFO 371: Core Methods in Data Science (Spring) |
| 2018 | INFO 180: Introduction to Data Science (Fall) |
| | INFO 270: Data Reasoning in a Digital World (Fall) |
| | INFO 371: Core Methods in Data Science (Spring) |
| | INFX 574: Machine Learning and Econometrics (Winter) |
| 2017 | INFO 198: Calling Bullshit in the Age of Big Data (Spring) |
| | INFX 574: Machine Learning and Econometrics (Winter) |
| 2016 | INFX 575: Data Scaling, Applications and Ethics (Spring) |
| | INFO 370: Introduction to Data Science (Fall) |
| 2015 | INFO 370: Introduction to Data Science (Fall) |
| | Introduction to Data Science & Management (Summer, Sungkyunkwan University) |
| | INFX 575: Data Science III: Scaling, Applications, & Ethics (Spring) |
| | INFO 370: Introduction to Data Science (Spring) |
| 2014 | INSC 570: Research Design (Fall) |
| | INFX 598: Advanced Methods in Data Science (Spring) |
| | INFO 498: Introduction to Data Science (Spring) |
| 2013 | INSC 570: Research Design (Fall) |

## Curriculum Development

UW CIP MisinfoDay Program

Undergraduate Option in Data Science, UW Informatics Program (2013 - present)

*Jevin D. West* 26

Masters in Data Science, UW Professional & Continuing Education (2014 - present)

Introduction to Data Science, UW iSchool (2014 - present)

MSIM Data Science Series, UW iSchool (2013 - present)

Summer Teaching Institute, Seattle School District (Summer 2009)

Huckabay Teaching Seminar (Winter 2009), Howard Hughs RA (Summer 2006)

**Advising**

| | |
|---|---|
| Postdoc | Joseph Bak-Coleman (2020 - 2022) |
| | Rachel Moran (2020 - present) |
| | Madeline Jalbert (2021 - present) |
| PhD | Mallory Harris (Stanford) (2022 - present) |
| | Stephen Prochaska (2021 - present) |
| | Kayla Duskin (2021 - present) |
| | Damian Hodel (2022 - present) |
| | Yim Register (2019 - present) |
| | Chris Holstrom (2019 - present) |
| | Sean Yang (2019 - 2022) |
| | Alex Kale, Information School (committee) (2017 - 2022) |
| | Benjamin Xie, Information School (committee) (2017 - 2021) |
| | Yuan Hsiao, Sociology (GSR) (2017 - 2021) |
| | Lanu Kim (2016 - 2019) |
| | Stephanie Ballard (2017 - 2018) |
| | Simmi Mookerjee, Foster School of Business (GSR) (2021 - 2022) |
| | Krithika Manohar, Applied Mathematics (GSR) (2017-2018) |
| | Ryan McGee, Biology (2015 - 20121) |
| | Poshen Lee, Electrical Engineering (2014 - 2017) |
| | Lavi Aulck, Information School (2014 - 2019) |
| | Jason Portenoy, Information School (2013 - 2021) |
| | Cyrus Rashtchian, Computer Science and Engineering (GSR) (2016-2018) |
| | Jean Feng, Biostatistics (GSR) (2019 - 2020) |
| | Vicky Zayats, Electrical Engineering (GSR) (2017-2021) |
| | Robert Keener, Education (GSR) (2019) |
| | Kanit Wongsuphasawat, Computer Science and Engineering (GSR) (2017-2018) |
| | Michael Brooks, HCDE (GSR) (2015) |
| | Ray Hong, HCDE (2013 - 2018) |
| | Amit Misra, Astronomy (2013 - 2014) |
| | Emad Soroush, Computer Science and Engineering (GSR) (2014) |
| | Taylor Scott HCDE (GSR) (2014 - 2017) |
| MS | Luke Rodriguez, Information School (2017 - present) |

**EXHIBIT A**

|     |                                                                 |
|-----|-----------------------------------------------------------------|
|     | Ian Wesley-Smith, Information School (2015 - 2017)              |
|     | Prerak Pradhan, MSIM (2013-2015)                               |
|     | Nishant Sinha, MSIM (2013-2015)                               |
|     | Kelly Toskey, MLIS (2014 - 2015)                              |
|     | Terri Northcut, MLIS (2014)                                    |
| BS  | Nishant Velagapudi, Informatics (2016 - present)              |
|     | Logan Walls, Informatics (2016 - present)                     |
|     | Patrick Spieker, Computer Science (2015 - present)           |
|     | Katherine Zhu, Informatics (2015 - present)                   |
|     | Nick Thorpe, Informatics (2015)                               |
|     | Jeff Giorgi, Informatics (2013 - 2014)                       |
|     | UW Data Science Club (2016 - present)                        |

## Guest Lectures

| Year |                                                                     |
|------|---------------------------------------------------------------------|
| 2023 | Jeju National University visiting students (Feb 13)                |
|      | Sungkyunkwan University visiting students (Jan 17)                |
| 2022 | CSE 599D: The Future of Scholarly Communication (Oct 27)          |
|      | New York University Honors Seminar (April 20)                     |
|      | Harvard University. Numbers in Policy and Society (Feb 2)         |
| 2021 | Brooklyn Library Guest Lecture (Jan 14)                           |
| 2020 | UW CSSS: Philosophy and Statistics of Voting (Nov 12)             |
|      | University of Rhode Island. Envisioning the Future (Oct 28)       |
|      | Harvard Business School. Data Science (Sept 11)                   |
|      | UW: LIS 560 (May 11)                                              |
|      | UW: Problematic Information (April 30)                            |
| 2019 | Sungkyunkwan University visiting students (Feb 28)               |
|      | INFO 200: Intellectual Foundations of Informatics (Feb. 12)      |
| 2018 | Sungkyunkwan University visiting students (Jan 18)               |
| 2017 | DATA 556: Introduction to Statistics (Dec 6)                     |
|      | ESRM 455: Wildlife Science Seminar Series (May 22)               |
|      | INFX 200: Intellectual Foundations of Informatics (March 1)      |
| 2016 | INFX 561: Visualization Design (April 25)                        |
| 2015 | INFO 372: Introduction to Data Science (MLIS, MSIM) (Dec. 2)     |
|      | INFO 200: Intellectual Foundations of Informatics (Oct. 28)      |
|      | INSC 570 Research Design (Oct. 23)                               |
|      | SKKU Data Science Camp, UW (Feb 2-12)                            |
| 2014 | UW iSchool Preview Day Lecture (Nov. 15)                         |
|      | Network Science, University Colorado Leeds School of Business (Nov. 7) |
|      | Sungkyunkwan University Big Data Lecture, UW (Aug 19)            |

**EXHIBIT A**

| | |
|---|---|
| | HCDE 411: Information Visualization (Winter) |
| | HCDE 511: Information Visualization (Feb. 26) |
| 2013 | INFO 200: Introduction to Information Science (Fall) |
| | HCDE 411: Information Visualization (Winter) |
| 2009 | BIS 232: Visualizing Quantitative Data, UW Bothell (Feb 25) |
| 2008 | BIOL 113: Diversity in Learning (May 22) |
| 2007 | BIOL 492: The Teaching of Biology, UW (Spring) |
| 2006 | BIOL 429: Models in Biology, UW (Dec 6) |
| | BIOL 510: Seminar in Mathematical Biology, UW (May 11) |
| 2004 | AP Calculus, Logan High School (May 5) |

## Service

I co-founded the Center for an Informed Public. I have sat on numerous committees at UW, in the iSchool, and in my professional committee. I sit on several boards. And I have reviewed well over a hundred papers and proposals for journals, conferences, funding agencies, book publishers, etc.

### Center for an Informed Public (CIP)

    Executive Council Committee (2019 - present)

    Hiring Committee (staff, postdocs, research scientists) (2019 - present)

    Inaugural Director (2019 - 2021)

    Co-founder, Center for an Informed Public (2019)

### UW iSchool Committees

    Elected Faculty Council: Incoming Chair (2022 - 2024)

    Tenure and Promotion (3) (2021 - 2022)

    PhD Admissions Committee (2021 - 2022)

    **Co-founder and co-director, UW DataLab** (2014 - 2019)

    Research Committee (2018 - 2019)

    MSIM Data Science Steward, UW iSchool (2017 - 2019)

    Informatics INFO 370 Steward, UW iSchool (2017 - 2019)

    Informatics Program Committee, UW iSchool (2015 - 2019)

    PhD Admissions, UW iSchool (2014 - 2015)

    Informatics Admissions, UW iSchool (2013 - 2014)

    IAC Search Committee, UW iSchool (2014 - 2015)

    Hiring Committee Research Services (2022 - 2023)

    MSIM Faculty Search (2018 - 2019)

    Open Faculty Search (ad hoc), UW iSchool (2018)

    Data Science (2016 - 2018)

    MSDS Hiring Committee (2016)

    Information Assurance & Cybersecurity (2014 - 2015)

## UW Committees

Advisory Committee ●n Intellectual Property, Policy, and Practice (ACIP3) (2022 - present)

Provost Task Force on Data Science for non-STEM, Data Science Minor Committee, UW (2019 - 2021)

UW Royalty Research Fund Reviewer (6) (2017 - present)

Masters in Data Science (MSDS) Committee Member, UW (2017 - 2022)

Masters in Data Science Admissions Committee, UW (2017 - 2022)

Faculty Council on University Libraries, UW (2015 - 2017)

eScience Steering Committee, UW (2014 - 2017)

eScience Education Working Group, UW (2014 - present)

Data Science Seminar Committee, UW (2014 - 2017)

PCE Data Science Masters, UW (2014 - 2017)

MSDS Admissions Committee, UW (2016 - 2017)

## Board Membership

TrueMedia.org Board Member (2024 - present)

ADVANCE Resource and Coordination Network (ARC) Research Advisory Board (2017 - present)

Advisory Board: Consensus.app (2021 - present)

Port of Seattle Commission: Biometrics External Advisory Board (2019 - 2021)

The Trust Project (2018 - 2021)

Open Academic Society Advisory Board (2016 - 2020)

ASKXXI: Art and Science Knowledge-Building (2018 - 2020)

TASHA Advisory Board (2017 - 2019)

## Professional Committees

National Academy of Sciences, Medicine and Engineering (NASEM) Committee on Understanding and Addressing Misinformation about Science (2022 - present)

Science of Science Conference Co-Chair (2024 - present)

National Academies Strategic Council and its working group, Credit and Accountability (2023 - present)

Tenure and Promotion Letters (3) (2021 - present)

National Science Foundation (SOS:DCI) Proposal Review Committee (2022)

Science of Science Conference at the National Academy of Sciences (2019 - 2021)

National Science Foundation (SciSIP) Proposal Reviewer (7) (2019 - 2022)

National Network of Libraries of Medicine, Pacific Northwest Region: Executive Committee (2014 - 2019)

Journal of the Association for Information Science and Technology (JASIST) Editorial Board (2016 - present)

Quantitative Science Studies (QSS) Editorial Board (2019 - present)

NetSci Conference: Program Committee (2017)

iConference: Paper Chair Committee (2016)

**EXHIBIT A**

*Jevin D. West* 30

**Peer Review, Journals, Conferences and Proposals**

Journal of the Association for Information Science & Technology (Editorial Board), Quantitative Science Studies (Editorial Board), Nature, Science, Proceedings of the National Academy of Sciences (PNAS), Data Mining & Knowledge Discovery, Proceedings of the Royal Society B, Science Advances, Communications, Economic Inquiry, American Sociological Review, Nature Human Behaviour, Sociological Science, Journal of Social Computing (Editorial Board), IEEE Transactions on Big Data, Scientometrics, PLoS One, SIGCHI, PNAS Nexus, Nature Ecology and Evolution, International Society for Scientometrics and Informetrics (Program Committee), iConference (Paper Chair), NetSci (Program Committee), Journal of Librarianship & Scholarly Communication, WWW, ASIS&T, Science Reports, Journal of Data and Information Science (Editorial Board), MISQ, Journal of Information Technology, eLife, Faculty 1000, Royal Society Open, Harvard Review of Psychiatry, Journal of Computational Social Science, New England Journal of Medicine, Sage Open, PLoS Biology, Information Management, Journal of Management Information Systems, Journal of Informetrics, R Journal, PeerJ, Knowledge-based Systems, Information Processing, BioScience, Journal of Applied Cognitive Psychology, PLoS Computational Biology, Plant Cell & Environment, Journal of Information Technology, National Science Foundation (SciSIP), Sloan Foundation, Netherlands Organisation for Scientific Research, Cambridge University Press, National Science Foundation

**EXHIBIT A**

**Exhibit B**

**References:**

Bak-Coleman, J. B., Coan, T. G., & Cornwell, B. (2022). Combining interventions to reduce the spread of viral misinformation. *Nature Human Behaviour, 6*(10), 1372-1380. https://doi.org/10.1038/s41562-022-01363-y

Dobber, T., Metoui, N., Trilling, D., Helberger, N., & de Vreese, C. H. (2021). Do (microtargeted) deepfakes have real effects on political attitudes? *The International Journal of Press/Politics, 26*(1), 69-91. https://doi.org/10.1177/1940161220944364

Dolhansky, B., Howes, R., Pflaum, B., Baram, N., & Ferrer, C. C. (2020). The deepfake detection challenge (DFDC) dataset. *arXiv preprint arXiv:2006.07397*.

Duskin, K., Munger, K., & Bailenson, J. N. (2024). Echo chambers in the age of algorithms: An audit of Twitter's friend recommender system. In *Proceedings of the 16th ACM Web Science Conference*.

Goodfellow, I., Pouget-Abadie, J., Mirza, M., Xu, B., Warde-Farley, D., Ozair, S., Courville, A., & Bengio, Y. (2020). Generative adversarial networks. *Communications of the ACM, 63*(11), 139-144. https://doi.org/10.1145/3422622

Hancock, J. T., & Bailenson, J. N. (2021). The social impact of deepfakes. *Cyberpsychology, Behavior, and Social Networking, 24*(3), 149-152. https://doi.org/10.1089/cyber.2020.0291

Prochaska, S., Neff, G., & Starbird, K. (2023). Mobilizing manufactured reality: How participatory disinformation shaped deep stories to catalyze action during the 2020 US presidential election. *Proceedings of the ACM on Human-Computer Interaction, 7*(CSCW1), 1-39. https://doi.org/10.1145/3579523

Rana, M. S., Hossain, M. S., Khandakar, A., Rahman, T., Qiblawey, Y., & Islam, M. T. (2022). Deepfake detection: A systematic literature review. *IEEE Access, 10*, 25494-25513. https://doi.org/10.1109/ACCESS.2022.3156577

Suwajanakorn, S., Seitz, S. M., & Kemelmacher-Shlizerman, I. (2017). Synthesizing Obama: Learning lip sync from audio. *ACM Transactions on Graphics (ToG), 36*(4), 1-13. https://doi.org/10.1145/3072959.3073640

Vaccari, C., & Chadwick, A. (2020). Deepfakes and disinformation: Exploring the impact of synthetic political video on deception, uncertainty, and trust in news. *Social Media + Society, 6*(1), 2056305120903408. https://doi.org/10.1177/2056305120903408