UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

Civil File No. 24-cv-3754 (LMP/DLM)

Christopher Kohls and Mary Franson,

        Plaintiffs,

v.

Keith Ellison, in his official capacity as
Attorney General of Minnesota, and
Chad Larson, in his official capacity as
County Attorney of Douglas County,

        Defendants.

**DECLARATION OF
CHAD M. LARSON**

STATE OF MINNESOTA )
                             )
COUNTY OF DOUGLAS )

    Chad M. Larson hereby states and alleges as follows:

    1.    I am the Douglas County Attorney and have been since January, 2011. I submit this declaration of my own personal knowledge in my official capacity as Douglas County Attorney in opposition to Plaintiffs' Motion for Preliminary Injunction in the above-referenced case.

    2.    Upon information and belief, service of this matter was made upon Douglas County by personal delivery of the Summons and Complaint upon the County Auditor's office, with a courtesy copy delivered to my office. I was not personally served.

    3.    I have reviewed the Complaint in this matter and am familiar with the

1

allegations and claims stated therein.

4. I have never filed, nor threatened to file, criminal charges against any individual under Minnesota Statutes Section 609.771.

5. I have never filed, nor threatened to file, a cause of action for injunctive or equitable relief against any individual under Minnesota Statutes Section 609.771.

6. I have never criminally prosecuted or threatened to criminally prosecute any individual for an alleged violation of Minnesota Statutes Section 609.771.

7. I have never enforced, nor threatened to enforce, any aspect of Minnesota Statutes Section 609.771.

8. I am not currently investigating any individual for an alleged violation of Minnesota Statutes Section 609.771.

9. I am not about to and have no present intention to commence civil or criminal proceedings against any individual for allegedly violating Minnesota Statutes Section 609.771.

10. I have no present intention to threaten enforcement of a violation of Minnesota Statutes Section 609.771 by any individual.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: November 1, 2024                    /s/ *Chad Larson*
                                                                                  Chad M. Larson