IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| CHRISTOPHER KOHLS and MARY FRANSON,<br><br>*Plaintiffs*,<br><br>v.<br><br>KEITH ELLISON, in his official capacity as Attorney General of Minnesota, and CHAD LARSON, in his official capacity as County Attorney of Douglas County,<br><br>*Defendants*. | Court File No. 0:24-cv-3754- LMP-DLM<br><br>**PLAINTIFFS'** ***DAUBERT*** **MOTION TO EXCLUDE EXPERT DECLARATIONS** |

Plaintiffs Christopher Kohls and Mary Franson, by and through their counsel of record respectfully move this Court to exclude the Declaration of Professor Jeff Hancock (Dkt. 23) portions of the Declaration of Prof. Jevin West (Dkt. 24) under Federal Rule of Evidence 702.[1] This motion is based upon the accompanying memorandum, the Declaration of M. Frank Bednarz and exhibits thereto, Plaintiffs' submissions to the Court, including Plaintiffs' verified

---

[1] Defendant Ellison originally filed these declarations at Dkt. 21 & 22, respectively, but apparently this was in error. Plaintiffs believe these are identical in content. The earlier filings contain an electronic signature and are significantly smaller filesize because they are native PDFs instead of images. To the extent that these filings are not unambiguously withdrawn, this Motion to Exclude should be read as applying to them as well.

complaint, motion and memorandum for preliminary approval, reply memorandum filed today, argument of counsel, and such other and further matters as this Court may consider.

It may be convenient for the Court to schedule this motion to be heard the same date as Plaintiffs' Motion for Preliminary injunction, which the relevant declarations were filed in support of—December 17, 2024, 10 a.m.

Dated: November 15, 2024     Respectfully submitted,

/s/ *M. Frank Bednarz*
Douglas P. Seaton (#127759)
James V. F. Dickey (#393613)
Alexandra K. Howell (#0504850)
UPPER MIDWEST LAW CENTER
12600 Whitewater Drive, Suite 140
Minnetonka, MN 55343
Voice: 612-428-7000
Email: Doug.Seaton@umlc.org
James.Dickey@umlc.org
Allie.Howell@umlc.org

M. Frank Bednarz (*pro hac vice*)
HAMILTON LINCOLN LAW INSTITUTE
1440 W. Taylor St. # 1487
Chicago, IL 60607
Voice: 801-706-2690
Email: frank.bednarz@hlli.org

*Attorneys for Plaintiffs Christopher Kohls and Mary Franson*