

**VISIT DOI.ORG**

## DOI NOT FOUND

## 10.1080/19331681.2022.2151234

This DOI cannot be found in the DOI System. Possible reasons are:

- The DOI is incorrect in your source. Search for the item by name, title, or other metadata using a search engine.
- The DOI was copied incorrectly. Check to see that the string includes all the characters before and after the slash and no sentence punctuation marks.
- The DOI has not been activated yet. Please try again later, and report the problem if the error continues.

## WHAT CAN I DO NEXT?

- If you believe this DOI is valid, you may **report this error** to the responsible DOI Registration Agency using the form here.
- If your organization is the steward of this DOI prefix, please make sure you have completed registration of this DOI with your Registration Agency.
- You can try to search again from **DOI.ORG homepage**

## ⚠ REPORT AN ERROR

DOI:

10.1080/19331681.2022.2151234

URL of Web Page Listing the DOI:

Your Email Address:

Additional Information About the Error:

**SUBMIT ERROR REPORT**



## More information on DOI resolution:

DOI Resolution Factsheet
The DOI Handbook
Privacy Policy

Copyright © 2023 DOI Foundation. The content of this site is licensed under a **Creative Commons Attribution 4.0 International License**.

DOI®, DOI.ORG®, and shortDOI® are trademarks of the DOI Foundation.