IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| CHRISTOPHER KOHLS and MARY FRANSON,<br><br>*Plaintiffs*,<br><br>v.<br><br>KEITH ELLISON, in his official capacity as Attorney General of Minnesota, and CHAD LARSON, in his official capacity as County Attorney of Douglas County,<br><br>*Defendants*. | Court File No. 0:24-cv-3754- LMP-DLM<br><br>**NOTICE OF HEARING** |

TO: Defendants above-named, through counsel, via ECF.

PLEASE TAKE NOTICE that as soon as Plaintiff may be heard, Plaintiff will bring on for hearing their *Daubert* Motion to Exclude Expert Declarations under F.R.E. 702 at the United States District Court, United States District Court, 316 N. Robert Street, St. Paul, MN 55101 in Courtroom 3C.

Dated: November 15, 2024        Respectfully submitted,

/s/ M. Frank Bednarz
Douglas P. Seaton (#127759)
James V. F. Dickey (#393613)
Alexandra K. Howell (#0504850)
UPPER MIDWEST LAW CENTER
12600 Whitewater Drive, Suite 140
Minnetonka, MN 55343
Voice: 612-428-7000
Email: Doug.Seaton@umlc.org
James.Dickey@umlc.org
Allie.Howell@umlc.org

M. Frank Bednarz (*pro hac vice*)
HAMILTON LINCOLN LAW INSTITUTE
1440 W. Taylor St. # 1487
Chicago, IL 60607
Voice: 801-706-2690
Email: frank.bednarz@hlli.org

*Attorneys for Plaintiffs Christopher Kohls and Mary Franson*