IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| CHRISTOPHER KOHLS and MARY FRANSON,<br><br>         *Plaintiffs*,<br><br>v.<br><br>KEITH ELLISON, in his official capacity as Attorney General of Minnesota, and CHAD LARSON, in his official capacity as County Attorney of Douglas County,<br>         *Defendants*. | Court File No. 0:24-cv-3754- LMP-DLM |

## [PROPOSED] ORDER

This matter came before the Court pursuant to Plaintiffs' Motion to Exclude Expert Declarations (ECF No. 29).

Based on the foregoing pleadings, files and proceedings herein, **IT IS HEREBY ORDERED** that Plaintiffs' Motion to Exclude Expert Declarations is **GRANTED**. The Declaration of Jeff Hancock will be excluded in its entirety and the concluding paragraph of the Declaration of Jevin West, ¶ 23, shall be excluded from consideration in resolving Plaintiffs' Motion for Preliminary Injunction.

2

IT IS SO ORDERED.

Dated:                                                      BY THE COURT:

                                                            _____
                                                            Hon. Laura M. Provinzino
                                                            United States District Judge