UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA


CHRISTOPHER KOHLS and,                          Case No.  24-cv-03754 (LMP/DLM)
MARY FRANSON

        Plaintiffs,

    vs.                                                    **MOTION FOR LEAVE
                                                                 TO FILE AMENDED
KEITH ELLISON, in his official capacity          EXPERT DECLARATION**
as Attorney General of Minnesota, and
CHAD LARSON, in his official capacity
as County Attorney of Douglas County,

        Defendants.


Defendant Keith Ellison, in his official capacity as the Minnesota Attorney General,

moves the Court for leave to file an amended expert declaration. This motion is made under

Fed. R. Civ. P. 6(b) and is based on the files, records, and proceedings herein, including

the memorandum of law and declarations filed in support of this motion.


Dated:  November 27, 2024                 KEITH ELLISON
                                          State of Minnesota
                                          Attorney General


                                          s/ **Peter Farrell**
                                          LIZ KRAMER (#0325089)
                                          Solicitor General
                                          PETER J. FARRELL (#0393071)
                                          Deputy Solicitor General
                                          ANGELA BEHRENS (#0351076)
                                          ALLEN COOK BARR (#0399094)
                                          Assistant Attorneys General

2

445 Minnesota Street, Suite 1400
St. Paul, Minnesota 55101-2131
(651) 757-1010 (Voice)
(651) 282-5832 (Fax)
liz.kramer@ag.state.mn.us
peter.farrell@ag.state.mn.us
angela.behrens@ag.state.mn.us
allen.barr@ag.state.mn.us

ATTORNEYS FOR KEITH ELLISON