| | |
|---|---|
| **From:** | Kristin C. Nierengarten |
| **To:** | Frank Bednarz; Peter Farrell |
| **Cc:** | Liz Kramer; Angela Behrens; Allen Barr; Allie Howell; Adam Schulman; Austin Lysy; James Dickey; Zachary J. Cronen |
| **Subject:** | Re: Kohls et al v. Ellison, 24-cv-3754 - motion to exclude |
| **Date:** | Friday, November 15, 2024 7:49:22 PM |
| **Attachments:** | image001.png |

Defendant Larson joins the AG's position.

Kristin



**Kristin C. Nierengarten**
*Shareholder Attorney*
333 South Seventh Street, Suite 2800
Minneapolis, MN 55402
Direct: (612) 244-2752
Office: (612) 436-4300
Fax: (612) 436-4340
www.raswlaw.com

The information contained in this electronic message may be attorney-client privileged and/or confidential information and is intended only for the use of the individual(s) to whom this electronic message is addressed.  If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this electronic communication or any attachment thereto is strictly prohibited.  If you have received this electronic communication in error, you should immediately return it to us and delete the message from your system.  Thank you.

---

**From:** Frank Bednarz <frank.bednarz@hlli.org>
**Date:** Friday, November 15, 2024 at 6:16 PM
**To:** Peter Farrell <Peter.Farrell@ag.state.mn.us>
**Cc:** Kristin C. Nierengarten <Kristin.Nierengarten@raswlaw.com>, Liz Kramer <Liz.Kramer@ag.state.mn.us>, Angela Behrens <Angela.Behrens@ag.state.mn.us>, Allen Barr <Allen.Barr@ag.state.mn.us>, Allie Howell <Allie.Howell@umlc.org>, Adam Schulman <adam.schulman@hlli.org>, Austin Lysy <Austin.Lysy@umlc.org>, James Dickey <James.Dickey@umwlc.org>, Zachary J. Cronen <Zachary.Cronen@raswlaw.com>
**Subject:** Re: Kohls et al v. Ellison, 24-cv-3754 - motion to exclude

Thanks Peter,

To be clear, do you also speak for defendant Larson on this? If not, could counsel for Larson let me know if they have a position on our intended motion.

EXHIBIT A

Frank

M. Frank Bednarz
Hamilton Lincoln Law Institute
1440 W. Taylor St # 1487
Chicago, IL 60607
801-706-2690


On Fri, Nov 15, 2024 at 1:12 PM Peter Farrell <Peter.Farrell@ag.state.mn.us> wrote:

> Frank,
>
> We oppose the motion to exclude.
>
> Pete
>
> **Pete Farrell**
> Deputy Solicitor General
>
> ---
>
> **From:** Frank Bednarz <frank.bednarz@hlli.org>
> **Sent:** Friday, November 15, 2024 1:03 PM
> **To:** Peter Farrell <Peter.Farrell@ag.state.mn.us>
> **Cc:** Kristin C. Nierengarten <Kristin.Nierengarten@raswlaw.com>; Liz Kramer <Liz.Kramer@ag.state.mn.us>; Angela Behrens <Angela.Behrens@ag.state.mn.us>; Allen Barr <Allen.Barr@ag.state.mn.us>; Allie Howell <Allie.Howell@umlc.org>; Adam Schulman <adam.schulman@hlli.org>; Austin Lysy <Austin.Lysy@umlc.org>; James Dickey <James.Dickey@umwlc.org>; Zachary J. Cronen <Zachary.Cronen@raswlaw.com>
> **Subject:** Re: Kohls et al v. Ellison, 24-cv-3754 - motion to exclude
>
> Hello Counsel,
>
> Plaintiffs intend to file a *Daubert* motion to exclude the declarations of Jeff Hancock and Javin West for consideration in resolving Plaintiffs' motion for preliminary injunction based on FRE 702.
>
> Please let me know whether either of the defendants take no position on the motion to exclude, or would agree to a stipulation that might narrow the issues of our motion under LR 7.1.
>
> I'm generally free today to discuss by phone.

EXHIBIT A

Best regards,

Frank

M. Frank Bednarz
Hamilton Lincoln Law Institute
1440 W. Taylor St # 1487
Chicago, IL 60607
801-706-2690

Office of the Minnesota Attorney General Disclaimer: This e-mail is intended to be read only by the intended recipient. This e-mail may be legally privileged or protected from disclosure by law. If you are not the intended recipient, any dissemination of this e-mail or any attachments is strictly prohibited, and you should refrain from reading this e-mail or examining any attachments. If you received this e-mail in error, please notify the sender immediately and delete this e-mail and any attachments. This electronic communication is available in alternative formats to individuals with disabilities by contacting the sender. Thank you.

EXHIBIT A