UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | |
|---|---|
| CHRISTOPHER KOHLS and, MARY FRANSON<br><br>Plaintiffs,<br><br>vs.<br><br>KEITH ELLISON, in his official capacity as Attorney General of Minnesota, and CHAD LARSON, in his official capacity as County Attorney of Douglas County,<br><br>Defendants. | Case No.  24-cv-03754 (LMP/DLM)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT ELLISON'S MOTION FOR LEAVE TO FILE AMENDED EXPERT DECLARATION** |

This case came before the Court for a hearing on Defendant Keith Ellison's motion for leave to file an amended expert declaration (ECF No. 34). Based on all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that Defendant Ellison's motion for leave to file an amended expert declaration is **GRANTED**.

BY THE COURT

_____
The Honorable Douglas L. Micko
Magistrate Judge of U.S. District Court

Dated this ____ day of _____, 2024.