UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| CHRISTOPHER KOHLS and MARY FRANSON, | Case No. 24-cv-3754 (LMP/DLM) |
| Plaintiffs, | |
| v. | AMENDED NOTICE OF HEARING AND BRIEFING SCHEDULE |
| KEITH ELLISON, in his official capacity as Attorney General of Minnesota, and CHAD LARSON, in his official capacity as County Attorney of Douglas County, | |
| Defendants. | |

The Court is in receipt of Plaintiffs Christopher Kohls's and Mary Franson's (collectively, "Plaintiffs") motion to exclude expert testimony (ECF No. 29), and Defendants Keith Ellison's (in his official capacity as Attorney General of Minnesota) and Chad Larson's (in his official capacity as Douglas County Attorney) (collectively, "Minnesota") motion for leave to file an amended expert declaration (ECF No. 34).

Based upon all the files, records, and proceedings in this matter, **IT IS HEREBY ORDERED THAT**:

1. The Court will hear Plaintiffs' motion for a preliminary injunction (ECF No. 10) on December 17, 2024, at 10:00 a.m. in Courtroom 3C of the St. Paul Courthouse.

1

2. The Court will also hear Plaintiffs' motion to exclude expert testimony (ECF No. 29) on December 17, 2024, at 10:00 a.m. in Courtroom 3C of the St. Paul Courthouse.

    a. Minnesota's responsive memorandum to Plaintiffs' motion to exclude expert testimony is due no later than December 6, 2024.

    b. Plaintiffs' reply memorandum in support of their motion to exclude expert testimony is due no later than December 13, 2024.

3. The Court will also hear Minnesota's motion for leave to file an amended expert declaration (ECF No. 34) on December 17, 2024, at 10:00 a.m. in Courtroom 3C of the St. Paul Courthouse.

    a. Plaintiffs' responsive memorandum to Minnesota's motion for leave to file an amended expert declaration is due no later than December 4, 2024.

    b. No reply memorandum will be permitted, pursuant to Local Rule 7.1(b)(3).

Dated: December 2, 2024                          *s/Laura M. Provinzino*
                                                 Laura M. Provinzino
                                                 United States District Judge