# UNITED STATES DISTRICT COURT
## District of Minnesota

Christopher Kohls, Mary Franson

**JUDGMENT IN A CIVIL CASE**

Plaintiffs,

v.                                            Case Number: 24-cv-03754-LMP-DLM

Keith Ellison, Chad Larson

Defendants.

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

Plaintiffs' Motion for a Preliminary Injunction (ECF No. 10) is **DENIED**.

Date: 1/13/2025                                            KATE M. FOGARTY, CLERK