**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| CHRISTOPHER KOHLS and MARY FRANSON,<br><br>Plaintiffs,<br><br>v.<br><br>KEITH ELLISON, in his official capacity as Attorney General of Minnesota; and CHAD LARSON, in his official capacity as County Attorney of Douglas County,<br><br>Defendants. | Court File No. 24-cv-3754-LMP-DLM<br><br><br>**NOTICE OF APPEAL** |

Pursuant to Fed. R. App. P. 3(c)(1) and 4(a), notice is hereby given that all plaintiffs in the above-named case hereby appeal to the United States Court of Appeals for the Eighth Circuit from the order denying and refusing plaintiffs' motion for a preliminary injunction, issued by the U.S. District Court for the District of Minnesota in this action on January 10, 2025 (ECF No. 47), and also from the judgment entered by the U.S. District Court for the District of Minnesota in this action on January 13, 2025 (ECF No. 48), and from all other orders that merge therein.

Dated: February 7, 2025                Respectfully submitted,

/s/ *M. Frank Bednarz*
M. Frank Bednarz (*pro hac vice*)
HAMILTON LINCOLN LAW INSTITUTE
1440 W. Taylor St. # 1487
Chicago, IL 60607
801-706-2690
frank.bednarz@hlli.org

/s/ *James V. F. Dickey*
Douglas P. Seaton (#127759)
James V. F. Dickey (#393613)
Alexandra K. Howell (#0504850)
UPPER MIDWEST LAW CENTER
12600 Whitewater Drive, Suite 140
Minnetonka, MN 55343
612-428-7000
Doug.Seaton@umlc.org
James.Dickey@umlc.org
Allie.Howell@umlc.org

*Attorneys for Plaintiffs*