

# UNITED STATES
# DISTRICT COURT
# DISTRICT OF MINNESOTA

| **Warren E. Burger Federal Building and U.S. Courthouse** <br> 316 North Robert Street <br> Room 100 <br> St. Paul, MN 55101 | **Diana E. Murphy U.S. Courthouse** <br> 300 South Fourth Street <br> Room 202 <br> Minneapolis, MN 55415 | **Gerald W. Heaney Federal Building and U.S. Courthouse and Customhouse** <br> 515 West First Street <br> Duluth, MN 55802 | **Edward J. Devitt U.S. Courthouse and Federal Building** <br> 118 South Mill Street <br> Fergus Falls, MN 56537 |

## TRANSMITTAL OF APPEAL

Date:   February 10, 2025

To:     U.S. COURT OF APPEALS, 8TH CIRCUIT

From:  MKB U.S. District Court-Minnesota

In Re:  District Court Case No. 24-cv-03754-LMP-DLM
        Eighth Circuit Case No.:  Not yet assigned
        Case Title:  Kohls et al v. Ellison et al

The statutory filing fee has:
        ☒ been paid, receipt number: AMNDC-11663203
        ☐ not been paid as of
            IFP     ☐ is    ☐ is not pending
        ☐ been waived because:
            ☐ Application for IFP granted   ☐ USA filed appeal

Length of Trial:  N/A

Was a court reporter utilized?   ☒ Yes   ☐ No
        If yes, please identify the court reporter: Lynne Krenz – 651-848-1226