# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| CHRISTOPHER KOHLS and MARY FRANSON,<br><br>*Plaintiffs*,<br><br>v.<br><br>KEITH ELLISON, in his official capacity as Attorney General of Minnesota, and CHAD LARSON, in his official capacity as County Attorney of Douglas County,<br><br>*Defendants*. | Court File No. 0:24-cv-3754- LMP-DLM<br><br>**[PROPOSED] ORDER FOR STAY OF DISTRICT COURT PROCEEDINGS PENDING RESOLUTION OF PLAINTIFFS' APPEAL** |

Based upon their stipulation (ECF No. 58), the parties' request for a stay of further proceedings pending resolution of the Defendant's appeal is hereby GRANTED.

This action is hereby STAYED until the appeal has been resolved, the Eighth Circuit's mandate has issued, and the deadline for seeking Supreme Court review has expired. Within one week after the deadline to seek Supreme Court review, the parties shall jointly notify the Court whether any party has filed a petition for a writ of *certiorari*.

Based also on the parties' foregoing stipulation, the Court hereby orders that the March 19, 2025 2:00 P.M. pretrial conference in this matter is cancelled. The Court will re-set the pretrial conference following conclusion of the stay.

Dated:                                      BY THE COURT:

                                            _____
                                            Hon. Douglas L. Micko
                                            United States Magistrate Judge