1629 K STREET, NW SUITE 300
WASHINGTON, D.C. 20006



HAMILTON LINCOLN
LAW INSTITUTE

M. Frank Bednarz*
    *(not admitted in D.C.)
(801) 706-2690
frank.bednarz@hlli.org

March 11, 2021

<u>*Via ECF*</u>

The Honorable Douglas L. Micko
Magistrate Judge, District of Minnesota
United States District Court
316 N. Robert Street
St. Paul, MN 55101

**Re:** *Kohls and Franson v. Ellison et al.*, No. 0:24-cv-3754- LMP-DLM

Your Honor:

    This office, along with the Upper Midwest Law Center, represents plaintiffs in the above-referenced matter.

    Enclosed please find a stipulation (Doc. No. 58) that the parties have entered proposing a stay of District Court proceedings pending the Eighth Circuit's disposition of Plaintiffs' appeal of the orders resolving the motions for preliminary injunction and to strike of January 10, 2025 (Doc. Nos. 46-48).

    The parties jointly request that the Rule 26(a) conference currently scheduled for March 19, 2025 2:00 P.M., and the corresponding Rule 26(f) report deadline, be postponed until the Court has determined whether to stay this matter.

    Thank you for your attention to this matter.

    Respectfully submitted,

    */s/ M. Frank Bednarz*

Cc:    All counsel of record (*via* ECF)