UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| CHRISTOPHER KOHLS and MARY FRANSON, | Case No. 24-cv-3754 (LMP/DLM) |
| Plaintiffs, | |
| v. | **ORDER STAYING CASE** |
| KEITH ELLISON, in his official capacity as Attorney General of Minnesota, and CHAD LARSON, in his official capacity as County Attorney of Douglas County, | |
| Defendants. | |

Plaintiffs Christopher Kohls and Mary Franson (collectively, "Plaintiffs") and Defendants Keith Ellison, in his official capacity as Attorney General of Minnesota, and Chad Larson, in his official capacity as County Attorney of Douglas County (collectively, "Minnesota") have stipulated to stay proceedings in this case pending resolution of Plaintiffs' appeal to the U.S. Court of Appeals for the Eighth Circuit. *See* ECF No. 58. "[T]he power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants." *Cottrell v. Duke*, 737 F.3d 1238, 1248 (8th Cir. 2013) (citation omitted). Accordingly, based upon the parties' stipulation, and all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. All proceedings in this action are **STAYED** until further order of the Court.

2

2. Within one week after the deadline to seek review of the decision of the U.S. Court of Appeals for the Eighth Circuit by the Supreme Court, the parties shall advise this Court in a joint letter whether any party has filed a petition for a writ of certiorari with the Supreme Court. The parties should also advise the Court whether a continued stay of the proceedings is warranted.

3. The pretrial conference scheduled for March 19, 2025, at 2:00 p.m. is **CANCELLED**.

Dated: March 12, 2025

*s/Laura M. Provinzino*
Laura M. Provinzino
United States District Judge