## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| CHRISTOPHER KOHLS and MARY FRANSON,<br><br>Plaintiffs,<br><br>v.<br><br>KEITH ELLISON, *in his official capacity as Attorney General of Minnesota*; and CHAD LARSON, *in his official capacity as County Attorney of Douglas County*,<br><br>Defendants. | Case No. 24-cv-3754 (LMP/DLM) |
| X CORP.,<br><br>Plaintiff,<br><br>v.<br><br>KEITH ELLISON, *in his official capacity, as Attorney General of Minnesota*,<br><br>Defendant. | Case No. 25-cv-1649 (JMB/ECW) |

**ORDER**

Case No. 24-cv-3754 having been assigned to U.S. District Judge Laura M. Provinzino and U.S. Magistrate Judge Douglas L. Micko, and Case No. 25-cv-1649 having later been assigned to U.S. District Judge Jeffrey M. Bryan and U.S. Magistrate Judge Elizabeth Cowan Wright, and said matters being related cases,

**IT IS HEREBY ORDERED** that Case No. 25-cv-1649 be assigned to Judge Provinzino and Magistrate Judge Micko, *nunc pro tunc*, and the Clerk of Court is directed to void and reuse the cards on the same list pursuant to this District's Order for Assignment of Cases dated July 19, 2021.

**IT IS FINALLY ORDERED** that a copy of this Order shall be placed in each of the above files.

Dated: April 24, 2025                                  *s/Laura M. Provinzino*
                                                                       Laura M. Provinzino
                                                                       United States District Judge


Dated: April 25, 2025                                  *s/Jeffrey M. Bryan*
                                                                       Jeffrey M. Bryan
                                                                       United States District Judge