

# UNITED STATES
# DISTRICT COURT
# DISTRICT OF MINNESOTA

**Warren E. Burger Federal Building and U.S. Courthouse**
316 North Robert Street
Room 100
St. Paul, MN 55101

**Diana E. Murphy U.S. Courthouse**
300 South Fourth Street
Room 202
Minneapolis, MN 55415

**Gerald W. Heaney Federal Building and U.S. Courthouse and Customhouse**
515 West First Street
Duluth, MN 55802

**Edward J. Devitt U.S. Courthouse and Federal Building**
118 South Mill Street
Fergus Falls, MN 56537

# TRANSMITTAL SHEET

**Date:** May 15, 2025

**To:** U.S. Court of Appeals, 8th Circuit

**From:** clk    U.S. District Court District of Minnesota

**Appeal Number:** 25-1300

**District Court Case Number:** 24-cv-3754 LMP/DLM

**Case Title:** Kohls et al v. Ellison et al

## TRANSMITTED HEREWITH:

☐ Original Files

☒ Copy of document(s)/conventionally filed portable media files

☐ Other

☐ Transcript(s)

| Docket # | Description/Date of Proceeding |
|---|---|
| 20-2 | Exhibits 3, 6, 14-22 on flash drive |