# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No. 25-1300
_____

Christopher Kohls; Mary Franson

Plaintiffs - Appellants

v.

Keith M. Ellison, in his official capacity as Attorney General of Minnesota; Chad Larson, in his official capacity as County Attorney of Douglas County

Defendants - Appellees

_____

Appeal from U.S. District Court for the District of Minnesota
(0:24-cv-03754-LMP)
_____

**JUDGMENT**

Before COLLOTON, Chief Judge, LOKEN, and BENTON, Circuit Judges.

This appeal from the United States District Court was submitted on the record of the district court, briefs of the parties and was argued by counsel.

After consideration, it is hereby ordered and adjudged that the judgment of the district court in this cause is affirmed in accordance with the opinion of this Court.

February 09, 2026

Order Entered in Accordance with Opinion:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____

/s/ Susan E. Bindler