# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

CHRISTOPHER KOHLS and MARY FRANSON,

**NOTICE OF WITHDRAWAL OF ATTORNEY FOR JAMES V.F. DICKEY**

Plaintiffs,

Case No: 24-cv-3754 (LMP/DLM)

v.

KEITH ELLISON, in his official capacity as Attorney General of Minnesota, and CHAD LARSON, in his official capacity as County Attorney of Douglas County,

Defendants.

---

Pursuant to Rule 83.7(a) of the Local Rules of the United States District Court for the District of Minnesota, the undersigned attorney hereby notifies the Court and counsel that James V. F. Dickey withdraws from representation of Plaintiffs CHRISTOPHER KOHLS and MARY FRANSON.

Douglas P. Seaton, and Alexandra K. Howell from the Upper Midwest Law Center and Michael Frank Bednarz from the Hamilton Lincoln Law Institute, remain counsel of record for Plaintiffs CHRISTOPHER KOHLS and MARY FRANSON.

Dated: February 13, 2026          By:  */s/Alexandra K. Howell*

**UPPER MIDWEST LAW CENTER**

Douglas P. Seaton (#127759)
Alexandra K. Howell (#0504850)
12600 Whitewater Dr., Suite 140
Minnetonka, Minnesota 55343
(612) 428-7000
Doug.Seaton@umlc.org
Allie.Howell@umlc.org

**HAMILTON LINCOLN LAW INSTITUTE**
Michael Frank Bednarz (*pro hac vice*)
1440 W. Taylor St. # 1487
Chicago, IL 60607
(801) 706-2690
frank.bednarz@hlli.org

*Attorneys for Plaintiffs*