# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

CHRISTOPHER KOHLS and MARY
FRANSON,

Case No. 24-cv-3754 (LMP/DLM)

Plaintiffs,

v.

**ORDER**

KEITH ELLISON, *in his official capacity*
*as Attorney General of Minnesota, and*
CHAD LARSON, *in his official capacity*
*as County Attorney of Douglas County*,

Defendants.

On March 12, 2025, this Court stayed this matter pending an appeal to the U.S. Court of Appeals for the Eighth Circuit. ECF No. 61. The Court informed the parties that upon conclusion of the appeal, they should advise the Court in a "joint letter . . . whether a continued stay of the proceedings is warranted." *Id.* at 2. On July 6, 2026, counsel for Defendants submitted a letter stating their position that a continued stay of these proceedings is no longer warranted. ECF No. 72. This letter was not submitted jointly with Plaintiffs and does not reveal Plaintiffs' position on a continued stay.

Accordingly, **IT IS HEREBY ORDERED** that no later than July 10, 2026, counsel for Plaintiffs and Defendants must meet and confer to discuss the propriety of a continued stay in this matter and must submit a joint letter to the Court explaining whether this case should remain stayed. If the parties differ on whether the case is to remain stayed, both Plaintiffs and Defendants should set forth their respective positions in the joint letter. If the

1

parties agree that the stay should be lifted, the parties should jointly advise the Court of that fact.

Dated: July 7, 2026                                   *s/Laura M. Provinzino*
                                                      Laura M. Provinzino
                                                      United States District Judge