July 8, 2026

Honorable Laura M. Provinzino
U.S. District Judge, District of Minnesota
Courtroom 3A
United States District Court
316 N. Robert Street
St. Paul, MN 55101

    **Re: *Kohls v. Ellison*, D. Minn. No. 24-cv-3754**

Dear Judge Provinzino:

    The parties write as directed by the Court's July 7, 2026 order. The parties agree that the stay in this matter should be lifted.

        [Signatures follow]

Honorable Laura M. Provinzino
July 8, 2026
Page 2

| FOR THE PLAINTIFFS: | FOR THE DEFENDANTS: |

**UPPER MIDWEST LAW CENTER**

s/**M. Frank Bednarz**
Douglas P. Seaton (#127759)
Nicholas J. Nelson (#391984)
12600 Whitewater Drive, Suite 140
Minnetonka, MN 55343
Voice: 612-428-7000
Email: doug.seaton@umlc.org
nicholas.nelson@umlc.org

**HAMILTON LINCOLN LAW INSTITUTE**

M. Frank Bednarz (*pro hac vice*)
1440 W. Taylor St. # 1487
Chicago, IL 60607
Voice: 801-706-2690
Email: frank.bednarz@hlli.org

ATTORNEYS FOR PLAINTIFFS
CHRISTOPHER KOHLS
AND MARY FRANSON

**KEITH ELLISON**
**State of Minnesota**
**Attorney General**

s/**Allen Cook Barr**
Liz Kramer (#0325089)
Solicitor General
Peter J. Farrell (#0393071)
Deputy Solicitor General
Angela Behrens (#0351076)
Allen Cook Barr (#0399094)
Assistant Attorneys General
445 Minnesota Street, Suite 600
St. Paul, Minnesota 55101-2125
(651) 757-1010 (Voice)
Email: liz.kramer@ag.state.mn.us
peter.farrell@ag.state.mn.us
angela.behrens@ag.state.mn.us
allen.barr@ag.state.mn.us

ATTORNEYS FOR DEFENDANT
KEITH ELLISON

**SQUIRES, WALDSPURGER & MACE, P.A.**

s/**Zachary J. Cronen**
Kristin C. Nierengarten (#395224)
Zachary J. Cronen (#397420)
333 South Seventh Street, Suite 2800
Minneapolis, MN 55402
Phone: (612) 436-4300
Fax: (612) 436-4340
Email: kristin.nierengarten@raswlaw.com
zachary.cronen@raswlaw.com

ATTORNEYS FOR DEFENDANT
CHAD LARSON