**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Christopher Kohls, and Mary Franson,,

Plaintiffs,

v.

Keith Ellison, *in his official capacity as Attorney General of Minnesota*, and Chad Larson, *in his official capacity as County Attorney of Douglas County*,

Defendants.

No. 24-cv-3754 (ECT/DLM)

**ORDER**

Before the Court is the joint request of the parties to stay this matter in their Joint Rule 26(f) Report. (Doc. 82.) The related matter, *X Corp. v. Ellison,* No. 25-cv-1649-LMP-DLM, is currently pending the Court's resolution of Defendants' motion to dismiss. The parties agree that it would be most efficient to have this case on a parallel timeline as the related case, and therefore, request a stay of the proceedings in this matter. The Court finds good cause to GRANT the parties' request, and **IT IS HEREBY ORDERED**:

1. The 9/29/2026 pretrial conference is CANCELED; and
2. All deadlines in this matter are stayed pending further order of this Court. It is further ORDERED:

i. If the Court denies Defendants' motion to dismiss in *X Corp. v. Ellison,* within 20 days of the filing of the order, the parties across both cases shall meet and confer and jointly file on each docket a proposed schedule for next

steps. If agreement cannot be reached, the parties may file separate submissions on each docket.

ii. If the Court grants Defendants' motion to dismiss in *X Corp. v. Ellison,* within 20 days of the filing of the order, X Corp. will file a submission on the *X Corp. v. Ellison* docket setting forth whether X Corp. will appeal the Court's final judgment to the United States Court of Appeals for the Eighth Circuit. Within 5 days of the filing of that stipulation, the *Kohls v. Ellison* parties will file a stipulation providing their position about whether *Kohls v. Ellison* should continue to be stayed pending the Eighth Circuit's resolution of X Corp.'s appeal. In the event that the stay in *Kohls v. Ellison* continues through X Corp.'s appeal to the Eighth Circuit, upon the Eighth Circuit's resolution of X Corp.'s appeal, the parties in the Actions will meet and confer and, within 20 days of the filing of the decision in that appeal, file stipulations providing the Court with proposed next steps. If the *Kohls v. Ellison* parties are unable to reach agreement on any stipulation contemplated by this paragraph, they shall instead file separate submissions within the applicable deadlines set forth herein.

DATED: September 29, 2026

*s/Douglas L. Micko*
DOUGLAS L. MICKO
United States Magistrate Judge